## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 11-1846 DOC (ANx)                       Date: March 27, 2012

Title: RESEARCH AFFILIATES, LLC -V- WISDOM TREE INVESTMENTS, INC., ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS):     TAKING MATTER UNDER SUBMISSION

       Before the Court is a Motion for Judgment on the Pleadings filed by Defendants in the above-captioned case (Docket 20). The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for April 2, 2012 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.