| Name & Address: | |
|---|---|
| Ruby Wayne Wood (SBN 229538)<br>*rwood@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017<br>Tel: 213.426.2500 / Fax: 213.623.1673<br>Attorneys for Defendants | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Research Affiliates, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV11-01846 DOC (ANx)** |
| v. | |
| WisdomTree Investments, Inc., et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, <u>Ruby Wayne Wood</u>, <u>229538</u>, <u>rwood@goodwinprocter.com</u>
       Name                          CA Bar ID Number                    E-mail Address

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Defendants WISDOM TREE INVESTMENTS, INC.; WISDOM TREE TRUST; WISDOM TREE ASSET MANAGEMENT, INC.; WISDOM TREE RETIREMENT SERVICES, INC.; MELLON CAPITAL MANAGEMENT CORP.; and ALPS DISTRIBUTORS, INC.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

American LegalNet, Inc.
www.FormsWorkFlow.com

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

☒ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☒ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney*. **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: April 9, 2012                    /s/ Ruby Wayne Wood
                                       *Signature of Attorney of Record / Attorney for the Firm*
                                       Ruby Wayne Wood (SBN 229538)
                                       **GOODWIN PROCTER LLP**

                                       Attorney for Defendants
                                       WISDOM TREE INVESTMENTS, INC.;
                                       WISDOM TREE TRUST; WISDOM TREE
                                       ASSET MANAGEMENT, INC.; WISDOM
                                       TREE RETIREMENT SERVICES, INC.;
                                       MELLON CAPITAL MANAGEMENT
                                       CORP.; and ALPS DISTRIBUTORS, INC.

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

G-06 (10/10)          NOTICE OF CHANGE OF ATTORNEY INFORMATION                Page 2 of 2



## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Goodwin Procter LLP, 601 S. Figueroa Street, 41st Floor, Los Angeles, California 90017.

On April 9, 2012, I served the **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the person(s) listed below as follows:

| | |
|---|---|
| David S. Steuer<br>*dsteuer@wsgr.com*<br>**WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: 650.493.9300<br>Fax: 650.565-5100 | Attorneys for Plaintiff<br>**RESEARCH AFFILIATES, LLC** |
| Natalie J. Morgan<br>*nmorgan@wsgr.com*<br>**WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>12235 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel.: 858.350.2303<br>Fax: 858.350-2399 | Attorneys for Plaintiff<br>**RESEARCH AFFILIATES, LLC** |
| Jose C. Villarreal (pro hac vice)<br>*jvillarreal@wsgr.com*<br>Brian D. Range (pro hac vice)<br>*brange@wsgr.com*<br>Aden M. Allen (pro hac vice)<br>*aallen@wsgr.com*<br>Robert A. Delafield II (pro hac vice)<br>*bdelafield@wsgr.com*<br>**WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>900 South Capital of Texas Hwy<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746<br>Tel:: 512 338 5400<br>Fax: 512 338 5499 | Attorneys for Plaintiff<br>**RESEARCH AFFILIATES, LLC** |

LIBA/2278930.1

1 ☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ **(CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."**

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on April 9, 2012, at Los Angeles, CA.

_____          _____
       Britani N. Selzler                              
      (Type or print name)                         (Signature)

2

LIBA/2278930.1