Name & Address:
Ruby Wayne Wood  (SBN 229538)
Goodwin|Procter LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Research Affiliates LLC

Plaintiff(s)

v.

WisdomTree Investments Inc et al

Defendant(s).

CASE NUMBER:
8:11-cv-01846-DOC-AN

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Michael S. DeVincenzo , of  Goodwin|Procter LLP, 620 Eighth Avenue, New York, NY 10018
     *Applicant's Name*                              *Firm Name / Address*

212.813.8800                                          mdevincenzo@goodwinprocter.com
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person  ALPS Distributors Inc, Mellon Capital Management Corp, WisdomTree Asset Management Inc, WisdomTree Investments Inc., WisdomTree Retirement Services Inc., WisdomTree Trust

and the designation of  Ruby Wayne-Wood (SBN 229538)
                       *Local Counsel Designee /State Bar Number*

of  Goodwin|Procter LLP, 601 S. Figueroa Street, 41st Floor, Los Angeles, CA 90017
    *Local Counsel Firm / Address*

213.426.2500                                          rwood@goodwinprocter.com
*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated   4/9/12

*/s/ David O. Carter*

U. S. District Judge/U.S. Magistrate Judge
Hon. Judge David O. Carter