# EXHIBIT 1

1    DAVID S. STEUER, SBN 127059
2    dsteuer@wsgr.com
     WILSON SONSINI GOODRICH &
3    ROSATI, P.C.
4    650 Page Mill Road
     Palo Alto, CA 94304-1050
5    Telephone:   (650) 493-9300
6    Facsimile:    (650) 565-5100

7    NATALIE J. MORGAN, SBN 211143
8    nmorgan@wsgr.com
     WILSON SONSINI GOODRICH &
9    ROSATI, P.C.
     12235 El Camino Real, Suite 200
10   San Diego, CA 92130
11   Telephone:   (858) 350-2303
     Facsimile:    (858) 350-2399
12

JOSE C. VILLARREAL (*pro hac vice*)
jvillarreal@wsgr.com
BRIAN D. RANGE (*pro hac vice*)
brange@wsgr.com
ADEN M. ALLEN (*pro hac vice*)
aallen@wsgr.com
ROBERT A. DELAFIELD II (*pro hac vice*)
bdelafield@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI, P.C.
900 South Capital of Texas Hwy.
Las Cimas IV, Fifth Floor
Austin, TX 78746
Telephone:   (512) 338-5400
Facsimile:    (512) 338-5499

13   Attorneys for Plaintiff and Counterdefendant
14   Research Affiliates, LLC

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
                       SOUTHERN DIVISION
17

| | |
|---|---|
| 18  Research Affiliates, LLC, | CASE NO. SACV11-01846 DOC (ANx) |
| 19  Plaintiff, | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| 20  v. | |
| 21  | <u>DEMAND FOR JURY TRIAL</u> |
| 22  WisdomTree Investments, Inc., WisdomTree Trust, | JUDGE: HONORABLE DAVID O. CARTER |
| 23  WisdomTree Asset Management, Inc., | |
| 24  WisdomTree Retirement Services, Inc., Mellon Capital Management Corp., and | |
| 25  ALPS Distributors, Inc., | |
| 26  Defendants. | |
| 27  | |
| 28  AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterdefendant Research Affiliates, LLC hereby amends its Complaint against WisdomTree Investments, Inc., WisdomTree Trust, WisdomTree Asset Management, Inc., WisdomTree Retirement Services, Inc., Mellon Capital Management Corp., and ALPS Distributors, Inc. (collectively, "Defendants"), and alleges as follows:

## NATURE OF THE SUIT

1.      This action is for patent infringement under the Patent Laws of the United States of America, 35 U.S.C. §§ 1 et seq., including 35 U.S.C. § 271.

## THE PARTIES

2.      Plaintiff Research Affiliates, LLC ("Plaintiff" or "RA LLC") is a limited liability company duly organized and existing under the laws of the State of California, with its principal place of business at 620 Newport Center Dr., Suite 900, Newport Beach, California 92600.

3.      Defendant WisdomTree Investments, Inc. ("WT Investments") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 380 Madison Avenue, 21st Floor, New York, New York 10017.

4.      Defendant WisdomTree Trust ("WT Trust") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 380 Madison Avenue, 21st Floor, New York, New York 10017. The Chief Executive Officer of WT Investments serves as a Trustee and President of WT Trust; and the Chief Financial Officer of WT Investments serves as Treasurer of the Trust.

5.      Defendant WisdomTree Asset Management, Inc. ("WT Asset Management") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 380 Madison Avenue, 21st Floor, New York, New York 10017.  WT Asset Management is a wholly-owned subsidiary of WT Investments.  WT Asset Management is the operating subsidiary

of WT Investments through which WT Investments provides investment advisory and other management services to the WT ETFs (as defined herein).

6.     Defendant WisdomTree Retirement Services, Inc. ("WT Retirement Services") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 380 Madison Avenue, 21st Floor, New York, New York 10017.  WT Retirement Services is a wholly owned subsidiary of WT Investments.  WT Retirement Services markets with selected third parties the use of WT ETFs in 401(k) plans as well as offering a platform that offers WT ETFs to the 401(k) marketplace.

7.     Defendant Mellon Capital Management Corp. ("MCM") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 50 Fremont Street, Suite 3900, San Francisco, California 94105.  MCM is under contract with WT Asset Management to act as a sub-advisor and provide portfolio management services and other related services for the WT ETFs.

8.     Defendant ALPS Distributors Inc. ("ALPS") is a corporation duly organized and existing under the laws of the State of Colorado, with its principal place of business at 1290 Broadway, Suite 1100, Denver, Colorado 80203.  ALPS is a distributor of the WT ETFs.

## JURISDICTION AND VENUE

9.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action for patent infringement arising under the United States patent statutes.

10.    The Court has personal jurisdiction over Defendants, because, upon information and belief, Defendants have done business in this judicial district, have continuous and systematic contacts within this district, have committed and continue to commit acts of  patent infringement in this judicial district, and have harmed and continue to harm RA LLC in this judicial district by, among other things, offering

1   for sale and selling products made by practicing infringing methods in this judicial

2   district.

3        11.   Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400 because,

4   among other reasons, Defendants are subject to personal jurisdiction and have

5   committed acts of patent infringement in this judicial district.

6                           **THE PATENTS-IN-SUIT**

7        12.   On June 29, 2010, U.S. Patent No. 7,747,502 (the "'502 Patent") was

8   issued to RA LLC by the United States Patent and Trademark Office ("USPTO")

9   and is titled "Using Accounting Data Based Indexing to Create a Portfolio of

10   Assets."  A true and correct copy of the '502 Patent is attached hereto as Exhibit A.

11        13.   On September 7, 2010, U.S. Patent No. 7,792,719 (the "'719 Patent")

12   was issued to RA LLC by the USPTO and is titled "Valuation Indifferent Non-

13   Capitalization Weighted Index and Portfolio."  A true and correct copy of the '719

14   Patent is attached hereto as Exhibit B.

15        14.   On August 23, 2011, U.S. Patent No. 8,005,740 (the "'740 Patent") was

16   issued to RA LLC by the USPTO and is titled "Using Accounting Data Based

17   Indexing to Create a Portfolio of Financial Objects."  A true and correct copy of the

18   '740 Patent is attached hereto as Exhibit C.

19        15.   RA LLC is the owner by assignment of all right, title, and interest to

20   the '502 Patent, the '719 Patent, and the '740 Patent (collectively, the "Patents-in-

21   Suit") and has the right to bring an action and recover damages for infringement of

22   the Patents-in-Suit, including damages for past infringement.

23        16.   The Patents-in-Suit are valid, enforceable, and were duly issued in full

24   compliance with Title 35 of the United States Code.

25        17.   On information and belief, WT Investments, WT Trust, WT Asset

26   Management, and WT Retirement Services (collectively, "WisdomTree") have had

27   knowledge of the Patents-in-Suit since their issuance and of the patent applications

28   that led to the issuance of the Patents-in-Suit even before they issued.

18.     For example, around September 2005, counsel for RA LLC wrote to WT Investments and provided notice of the publication of the patent application that led to the issuance of the '719 Patent.  This publication was U.S. Pub. No. 2005/0171884 A1 (the "'884 Application").

19.     S. Craig Hemenway, counsel for WT Investments, responded to the September 2005 letter in a letter to RA LLC's counsel dated October 7, 2005.  In this letter, Mr. Hemenway wrote that RA LLC's intellectual property rights were "speculative at best" and that "WisdomTree is not interested in speculating about [Research Affiliate's] eventual patent rights . . . ."

20.     In the same letter, Mr. Hemenway also wrote that RA LLC should have received service copies of WisdomTree's submission to the USPTO of alleged prior art references related to the '884 Application.

21.     In a separate letter to RA LLC on October 12, 2005, Mr. Hemenway enclosed the two Third Party Submissions that were submitted during the prosecution of the application that issued as the '719 patent.  Mr. Hemenway sent this letter at the instruction of WisdomTree.

22.     Mr. Hemenway also submitted prior art during the prosecution of the application that issued as the '502 Patent.  On information and belief, this submission was also done at the request of WisdomTree.

23.     The United States Patent Office duly issued RA LLC's patents despite WisdomTree's submission of alleged prior art references.

24.     Furthermore, RA LLC's Fundamental Index® methodologies have become extremely well known in the financial industry.

25.     RA LLC's patents are also well known and RA LLC has licensed its technology to numerous major entities in the financial industry.

26.     On March 1, 2007, RA LLC management, including Mr. Robert Arnott, traveled to WisdomTree's location in New York for a discussion with WisdomTree's management, including Mr. Michael H. Steinhardt, the current

chairman of WTI's Board of Directors.  RA LLC's pending patent applications were a primary topic of that discussion.

27.     Prior to the March 1, 2007 meeting, Mr. Arnott had met with management of Barclays Global Investors.  On information and belief, Mr. Bruce Lavine, WTI's President and Chief Operating Officer since 2006, attended or was aware of the discussions that occurred at the meeting.  During this meeting, Mr. Arnott spoke about his inventions and patent applications.

28.     On information and belief, WisdomTree has monitored the prosecution of the Patents-In-Suit and was aware of when the Patents-In-Suit issued.

29.     RA LLC has complied with 35 U.S.C. § 287 by requiring licensees of the Patents-in-Suit to place a notice that any product made, used, sold, or offered for sale under the license is covered by the Patents-in-Suit.

## COUNT I – INFRINGEMENT OF THE '502 PATENT
### (Against All Defendants)

30.     RA LLC restates and re-alleges each of the allegations contained in all preceding paragraphs this Complaint, and incorporates them as if fully stated herein.

31.     As set forth more fully below, Defendants have infringed and continue to infringe – directly, contributorily, and/or by active inducement – one or more claims of the '502 Patent by using the methods claimed in the '502 patent and/or selling products created by using said methods without authority and in violation of 35 U.S.C. § 271.

32.     WT Investments directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by performing, directing and/or controlling others to perform, or offering to perform one or more claims of the '502 Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  Alternatively, WT Investments directly infringes and continues to directly infringe at least claim 53 of

the '502 Patent by performing and directing and/or controlling others to perform one or more steps of one or more claims of the '502 Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  Example financial products that are based on fundamental factors include: WisdomTree Dividend Index, WisdomTree LargeCap Dividend Index, WisdomTree MidCap Dividend Index, WisdomTree SmallCap Dividend Index, WisdomTree Equity Income Index, WisdomTree ex-Financials Dividend Index, WisdomTree Earnings Index, WisdomTree Earnings 500 Index, WisdomTree MidCap Earnings Index, WisdomTree SmallCap Earnings Index, WisdomTree LargeCap Growth Index, WisdomTree LargeCap Value Index, WisdomTree Global Equity Income Index, WisdomTree World ex-U.S. Growth Index, WisdomTree DEFA Index, WisdomTree DEFA Equity Income Index, WisdomTree International LargeCap Dividend Index, WisdomTree International MidCap Dividend Index, WisdomTree International SmallCap Dividend Index, WisdomTree Japan SmallCap Dividend Index, WisdomTree Europe SmallCap Dividend Index, WisdomTree Asia Pacific ex-Japan Index, WisdomTree Australia Dividend Index, WisdomTree International Dividend ex-Financials Index, WisdomTree Commodity Country Equity Index, WisdomTree Global Natural Resources Index, WisdomTree International Utilities Sector Index, WisdomTree International Real Estate Index, WisdomTree Japan Hedged Equity Index, WisdomTree DEFA International Hedged Equity Index, WisdomTree India Earnings Index, WisdomTree Emerging Markets Equity Income Index, WisdomTree Emerging Markets SmallCap Dividend Index, WisdomTree Middle East Dividend Index (collectively, "WT Indexes") and related Exchange Traded Funds ("WT ETFs").  As a direct and proximate result of WT Investments' direct infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

33.     WT Investments has indirectly infringed and continues to indirectly infringe at least claim 53 the '502 Patent by actively inducing direct infringement by

other persons.  In particular, WT Investments has induced direct infringement by customers and partners of WT Investments, including without limitation WT Trust, WT Retirement Services, WT Asset Management, MCM, and ALPS.  WT Trust, WT Retirement Services, WT Asset Management, MCM, and ALPS perform one or more claims of the '502 Patent pursuant to contractual agreements with WT Investments and/or make, use, sell, license, or offer for sale financial products made by performing one or more of the claims of the '502 patent.  WT Investments engaged in such inducement having knowledge of the '502 Patent.  Furthermore, WT Investments knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Investments' indirect infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

34.     WT Investments has contributorily infringed and continues to contributorily infringe at least claim 53 the '502 Patent by providing non-staple articles of commerce to others for use in an infringing method with knowledge of the '502 Patent and knowledge that these non-staple articles of commerce are used as a material part of the claimed invention of the '502 Patent.  As a direct and proximate result of WT Investments' contributory infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

35.     WT Trust issues WT ETFs based on the WT Indexes.  WT Trust has directly infringed and continues to directly infringe at least claim 53 of the '502 Patent by performing or directing and/or controlling others to perform one or more claims of the '502 Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  Alternatively, WT Trust directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by performing and directing and/or controlling others to perform one or more steps of one or more claims of the '502

Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  As a direct and proximate result of WT Trust's direct infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

36.     WT Trust has indirectly infringed and continues to indirectly infringe at least claim 53 of the '502 Patent by actively inducing direct infringement by other persons.  In particular, WT Trust has induced direct infringement by partners of WT Trust including, without limitation, WT Asset Management, MCM, and ALPS.  WT Asset Management, MCM, and ALPS perform one or more claims of the '502 Patent pursuant to contractual agreements with WT Trust and/or make, use, sell, license, or offer for sale financial products, including WT ETFs, made by performing one or more of the claims of the '502 patent.  WT Trust engaged in such inducement having knowledge of the '502 Patent.  Furthermore, WT Trust knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Trust's indirect infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

37.     WT Asset Management directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by performing, directing and/or controlling others to perform, and/or offering to perform one or more claims of the '502 Patent related to financial products, including WT ETFs, that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  Alternatively, WT Asset Management directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by performing and directing and/or controlling others to perform one or more steps of one or more claims of the '502 Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.

38.     WT Asset Management has indirectly infringed and continues to indirectly infringe at least claim 53 of the '502 Patent by actively inducing direct infringement by other persons.  In particular, WT Asset Management has induced direct infringement by partners of WT Asset Management, including without limitation MCM.  MCM performs one or more claims of the '502 Patent pursuant to contractual agreements with WT Asset Management and/or makes, uses, sells, licenses, or offers for sale financial products, including WT ETFs, made by performing one or more of the claims of the '502 patent.  WT Asset Management engaged in such inducement with knowledge of the '502 Patent.  Furthermore, WT Asset Management knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Asset Management's indirect infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

39.     WT Retirement Services directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by performing or directing and/or controlling others to perform one or more claims of the '502 Patent related to financial products, including WT ETFs, that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products. As a direct and proximate result of WT Retirement Services' direct infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

40.     MCM directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by performing, directing and/or controlling others to perform, and/or offering to perform one or more claims of the '502 Patent related to financial products, including WT ETFs, that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  As a direct and proximate result of MCM's indirect infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

41.     ALPS directly infringes and continues to directly infringe at least claim 53 of the '502 Patent by selling, licensing, and/or offering to sell said financial products, including WT ETFs, that are based on fundamental factors that are created by performing one or more claims of the '502 Patent.  As a direct and proximate result of ALPS's direct infringement of the '502 Patent, Plaintiff has been and continues to be damaged.

42.     Defendants' acts of infringement have caused damage to RA LLC.  RA LLC is entitled to recover from Defendants the damages that it has incurred as a result of the infringing acts under the theories of lost profits, reasonable royalty, and/or any other theory adequate to fully compensate RA LLC.  Moreover, Defendants are still infringing the Patents-in-Suit and will continue to do so unless preliminarily and permanently enjoined by this Court.

43.     WT Investments, WT Trust, and WT Asset Management have had notice of the '502 Patent.  Despite having notice, WT Investments, WT Trust, and WT Asset Management have continued to infringe the '502 Patent despite an objectively high likelihood that their actions constituted infringement of a valid patent.  On information and belief, the infringement of WT Investments, WT Trust, and WT Asset Management has been deliberate and willful.

## COUNT II – INFRINGEMENT OF THE '719 PATENT

**(Against Defendants WT Investments, WT Trust and WT Asset Management)**

44.     RA LLC restates and re-alleges each of the allegations contained in all preceding paragraphs of this Complaint, and incorporates them as if fully stated herein.

45.     As set forth more fully below, WT Investments, WT Trust, and WT Asset Management have infringed and continue to infringe – directly, contributorily, and/or by active inducement – one or more claims of the '719 Patent by using the methods claimed in the '719 patent and/or selling products created by using said methods without authority and in violation of 35 U.S.C. § 271.

46.     WT Investments has directly infringed and continues to directly infringe at least claims 34, 35, and 36 of the '719 Patent by performing, directing and/or controlling others to perform, or offering to perform one or more claims of the '719 Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  Alternatively, WT Investments directly infringes and continues to directly infringe at least claims 34, 35, and 36 of the '719 Patent by performing and directing and/or controlling others to perform one or more steps of one or more claims of the '719 Patent related to financial products that are based on fundamental factors and by making, using, selling, licensing, and/or offering to sell said financial products.  Example financial products of WT Investments that are based on fundamental factors include the WT Indexes.  As a direct and proximate result of WT Investments' direct infringement of the '719 Patent, Plaintiff has been and continues to be damaged in an amount yet to be determined.

47.     WT Investments has indirectly infringed and continues to indirectly infringe at least claims 34, 35, and 36 of the '719 Patent by actively inducing direct infringement by other persons.  In particular, WT Investments has induced direct infringement by customers and partners of WT Investments, including without limitation index managers.  The index managers perform one or more claims of the '719 Patent pursuant to contractual agreements with WT Investments and/or make, use, sell, license, or offer for sale financial products made by performing one or more of the claims of the '719 patent.  WT Investments engaged in such inducement having knowledge of the '719 Patent.  Furthermore, WT Investments knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Investments' indirect infringement of the '719 Patent, Plaintiff has been and continues to be damaged.

48.     WT Trust has indirectly infringed and continues to indirectly infringe at

least claims 34, 35 and 36 of the '719 Patent by actively inducing direct infringement by other persons.  In particular, WT Trust has induced direct infringement by partners of WT Trust, including without limitation WT Investments.  Partners of WT Trust perform one or more claims of the '719 Patent pursuant to contractual agreements with WT Trust.  WT Trust engaged in such inducement with knowledge of the '719 Patent.  Furthermore, WT Trust knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Trust's indirect infringement of the '719 Patent, Plaintiff has been and continues to be damaged.

49.    WT Asset Management has indirectly infringed and continues to indirectly infringe at least claims 34, 35 and 36 of the '719 Patent by actively inducing direct infringement by other persons.  In particular, WT Asset Management has induced direct infringement by partners of WT Asset Management, including without limitation WT Investments.  Partners of WT Asset Management perform one or more claims of the '719 Patent pursuant to contractual agreements with WT Asset Management.  WT Asset Management engaged in such inducement with knowledge of the '719 Patent.  Furthermore, WT Asset Management knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Asset Management's indirect infringement of the '719 Patent, Plaintiff has been and continues to be damaged.

50.    WT Investments, WT Trust, and WT Asset Management's acts of infringement have caused damage to RA LLC.  RA LLC is entitled to recover from WT Investments, WT Trust, and WT Asset Management the damages that it has incurred as a result of the infringing acts under the theories of lost profits, reasonable royalty, and/or any other theory adequate to fully compensate RA LLC.

1   Moreover, WT Investments, WT Trust, and WT Asset Management are still

2   infringing the Patents-in-Suit and will continue to do so unless preliminarily and

3   permanently enjoined by this Court.

4        51.    WT Investments, WT Trust, and WT Asset Management have had

5   notice of the '719 Patent.  Despite having notice, WT Investments, WT Trust, and

6   WT Asset Management have continued to infringe the '719 Patent despite an

7   objectively high likelihood that their actions constituted infringement of a valid

8   patent.  On information and belief, the infringement of WT Investments, WT Trust,

9   and WT Asset Management has been deliberate and willful.

10              **COUNT III – INFRINGEMENT OF THE '740 PATENT**

11   **(Against Defendants WT Investments, WT Trust and WT Asset Management)**

12       52.    RA LLC restates and re-alleges each of the allegations contained in all

13   preceding paragraphs of this Complaint, and incorporates them as if fully stated

14   herein.

15       53.    As set forth more fully below, WT Investments, WT Trust, and WT

16   Asset Management have infringed and continue to infringe – directly, contributorily,

17   and/or by active inducement – one or more claims of the '740 Patent by using the

18   methods claimed in the '740 patent and/or selling products created by using said

19   methods without authority and in violation of 35 U.S.C. § 271.

20       54.    WT Investments has directly infringed and continues to directly

21   infringe at least claim 1 of the '740 Patent by performing, directing and/or

22   controlling others to perform, or offering to perform one or more claims of the '740

23   Patent related to financial products that are based on fundamental factors and by

24   making, using, selling, licensing, and/or offering to sell said financial products.

25   Alternatively, WT Investments directly infringes and continues to directly infringe

26   at least claim 1 of the '740 Patent by performing and directing and/or controlling

27   others to perform one or more steps of one or more claims of the '740 Patent related

28   to financial products that are based on fundamental factors and by making, using,

selling, licensing, and/or offering to sell said financial products.  Example financial products of WT Investments that are based on fundamental factors include the WT Indexes.  As a direct and proximate result of WT Investments' direct infringement of the '740 Patent, Plaintiff has been and continues to be damaged.

55.     WT Investments has indirectly infringed and continues to indirectly infringe at least claim 1 of the '740 Patent by actively inducing direct infringement by other persons.  In particular, WT Investments has induced direct infringement by customers and partners of WT Investments, including without limitation index managers.  The index managers perform one or more claims of the '740 Patent pursuant to contractual agreements with WT Investments and/or make, use, sell, license, or offer for sale financial products made by performing one or more of the claims of the '740 patent.  WT Investments engaged in such inducement having knowledge of the '740 Patent.  Furthermore, WT Investments knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Investments' indirect infringement of the '740 Patent, Plaintiff has been and continues to be damaged.

56.     WT Trust has indirectly infringed and continues to indirectly infringe at least claim 1 of the '740 Patent by actively inducing direct infringement by other persons.  In particular, WT Trust has induced direct infringement by partners of WT Trust, including without limitation WT Investments.  Partners of WT Trust perform one or more claims of the '740 Patent pursuant to contractual agreements with WT Trust.  WT Trust engaged in such inducement with knowledge of the '740 Patent. Furthermore, WT Trust knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.  As a direct and proximate result of WT Trust's indirect infringement of the '740 Patent, Plaintiff has been and continues to be damaged.

57.     WT Asset Management has indirectly infringed and continues to

1  indirectly infringe at least claim 1 of the '740 Patent by actively inducing direct

2  infringement by other persons.  In particular, WT Asset Management has induced

3  direct infringement by partners of WT Asset Management, including without

4  limitation WT Investments.  Partners of WT Asset Management perform one or

5  more claims of the '740 Patent pursuant to contractual agreements with WT Asset

6  Management.  WT Asset Management engaged in such inducement with knowledge

7  of the '740 Patent.  Furthermore, WT Asset Management knew or should have

8  known that its actions would induce direct infringement by others and intended that

9  its actions would induce direct infringement by others.  As a direct and proximate

10  result of WT Asset Management's indirect infringement of the '740 Patent, Plaintiff

11  has been and continues to be damaged.

12       58.     WT Investments, WT Trust, and WT Asset Management's acts of

13  infringement have caused damage to RA LLC.  RA LLC is entitled to recover from

14  WT Investments, WT Trust, and WT Asset Management the damages that it has

15  incurred as a result of the infringing acts under the theories of lost profits,

16  reasonable royalty, and/or any other theory adequate to fully compensate RA LLC.

17  Moreover, WT Investments, WT Trust, and WT Asset Management are still

18  infringing the Patents-in-Suit and will continue to do so unless preliminarily and

19  permanently enjoined by this Court.

20       59.     On information and belief, WT Investments, WT Trust, and WT Asset

21  Management have had notice of the '740 Patent.  Despite having notice, WT

22  Investments, WT Trust, and WT Asset Management have continued to infringe the

23  '740 Patent despite an objectively high likelihood that their actions constituted

24  infringement of a valid patent.  On information and belief, the infringement of WT

25  Investments, WT Trust, and WT Asset Management has been deliberate and willful.

26  \\\

27  \\\

28  \\\

# **PRAYER FOR RELIEF**

RA LLC prays for the following judgment and relief:

A.      Judgment that Defendants have infringed the '502 Patent;

B.      Judgment that WT Investments, WT Trust, and WT Asset Management have infringed the '719 Patent and '740 Patent;

C.      An award of preliminary and permanent injunction enjoining Defendants and their agents, servants, officers, directors, employees, and persons or entities acting in concert with Defendants, from infringing directly or indirectly, inducing others to infringe, and/or contributing to the infringement of the infringed Patents-in-Suit;

D.      An award to RA LLC in an amount to be determined for the damages necessary to compensate it for Defendants' infringement of the Patents-in-Suit pursuant to 35 U.S.C. § 284;

E.      An award to RA LLC of enhanced damages for the willful infringement of the Patents-in-Suit pursuant to 35 U.S.C. § 284;

F.      An award to RA LLC of its attorneys' fees, costs, expert witness fees, and expenses incurred by it in connection with this action pursuant to 35 U.S.C. § 285;

G.      Pre-judgment and post-judgment interest; and

H.      Any other and further relief, both general and special, at law or in equity, to which RA LLC is entitled.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

1

## **DEMAND FOR JURY TRIAL**

2         Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, RA LLC

3   hereby demands a trial by jury of all issues in this action.

4

5   Dated:  June 11, 2012                    WILSON SONSINI GOODRICH &
                                             ROSATI P.C.
6

7

8                                            By:_____

9                                                David S. Steuer
                                                 Jose C. Villarreal
10                                               Natalie J. Morgan

11

12                                           Attorneys for Plaintiff and Counterdefendant
                                             RESEARCH AFFILIATES, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US007747502B2

## (12) United States Patent
### Arnott et al.

(10) **Patent No.:** **US 7,747,502 B2**

(45) **Date of Patent:** **Jun. 29, 2010**

(54) **USING ACCOUNTING DATA BASED INDEXING TO CREATE A PORTFOLIO OF ASSETS**

(75) Inventors: **Robert D. Arnott**, Pasadena, CA (US); **Paul Christopher Wood**, Waltham (GB)

(73) Assignee: **Research Affiliates, LLC**, Newport Beach, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 594 days.

(21) Appl. No.: **11/509,002**

(22) Filed: **Aug. 24, 2006**

(65) **Prior Publication Data**

US 2007/0055598 A1     Mar. 8, 2007

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/196,509, filed on Aug. 4, 2005, now Pat. No. 7,620,577, which is a continuation-in-part of application No. 10/961,404, filed on Oct. 12, 2004, and a continuation-in-part of application No. 10/159,610, filed on Jun. 3, 2002.

(60) Provisional application No. 60/541,733, filed on Feb. 4, 2004, provisional application No. 60/751,212, filed on Dec. 19, 2005.

(51) **Int. Cl.**
*G06Q 40/00* (2006.01)

(52) **U.S. Cl.** ..................................... **705/36 R**; 705/35

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,334,270 A     6/1982  Towers

(Continued)

FOREIGN PATENT DOCUMENTS

EP           1351179 A1    10/2003

(Continued)

OTHER PUBLICATIONS

John D. Bazley, Financial Accounting Concepts and Uses, PWS-Kent Publishing Company, 1988, p. 4.*

(Continued)

*Primary Examiner*—Alexander Kalinowski
*Assistant Examiner*—Gregory Johnson
(74) *Attorney, Agent, or Firm*—Albrecht Tousi & Farnum PLLC; Ralph P. Albrecht; Cameron H. Tousi

(57) **ABSTRACT**

A system, method and computer program product creates an index based on accounting based data, as well as a portfolio of financial objects based on the index where the portfolio is weighted according to accounting based data. A passive investment system may be based on indices created from various metrics. The indexes may be built with metrics other than market capitalization weighting, price weighting or equal weighting. Non-financial metrics may also be used to build indexes to create passive investment systems. Additionally, a combination of financial non-market capitalization metrics may be used along with non-financial metrics to create passive investment systems. Once the index is built, it may be used as a basis to purchase securities for a portfolio. Specifically excluded are widely-used capitalization-weighted indexes and price-weighted indexes, in which the price of a security contributes in a substantial way to the calculation of the weight of that security in the index or the portfolio, and equal weighting weighted indexes. Valuation indifferent indexes avoid overexposure to overvalued securities and underexposure to undervalued securities, as compared with conventional capitalization-weighted and price-weighted.

**61 Claims, 5 Drawing Sheets**



**Exhibit 1 Page 22**

**US 7,747,502 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,871,177 A | | 10/1989 | Mock |
| 4,933,842 A | | 6/1990 | Durbin et al. |
| 4,974,983 A | | 12/1990 | Givati et al. |
| 5,101,353 A | | 3/1992 | Lupien et al. |
| 5,126,936 A | | 6/1992 | Champion et al. |
| 5,132,899 A | | 7/1992 | Fox |
| 5,193,056 A | | 3/1993 | Boes |
| 5,414,838 A | | 5/1995 | Kolton et al. |
| 5,590,325 A | | 12/1996 | Kolton et al. |
| 5,592,379 A | | 1/1997 | Finfrock et al. |
| 5,644,727 A | | 7/1997 | Atkins |
| 5,745,706 A | | 4/1998 | Wolfberg et al. |
| 5,761,442 A | * | 6/1998 | Barr et al. ................. 705/36 R |
| 5,778,357 A | | 7/1998 | Kolton et al. |
| 5,812,987 A | | 9/1998 | Luskin et al. |
| 5,812,988 A | | 9/1998 | Sandretto |
| 5,819,238 A | * | 10/1998 | Fernholz ................... 705/36 R |
| 5,875,437 A | | 2/1999 | Atkins |
| 5,878,405 A | | 3/1999 | Grant et al. |
| 5,911,135 A | | 6/1999 | Atkins |
| 5,926,792 A | | 7/1999 | Koppes et al. |
| 5,946,666 A | | 8/1999 | Nevo et al. |
| 5,946,667 A | | 8/1999 | Tull, Jr. et al. |
| 5,978,778 A | | 11/1999 | O'Shaughnessy |
| 6,018,722 A | | 1/2000 | Ray et al. |
| 6,049,772 A | | 4/2000 | Payne et al. |
| 6,061,663 A | | 5/2000 | Bloom et al. |
| 6,064,985 A | | 5/2000 | Anderson |
| 6,073,116 A | | 6/2000 | Boyle |
| 6,088,685 A | | 7/2000 | Kiron et al. |
| 6,092,056 A | | 7/2000 | Tull, Jr. et al. |
| 6,134,535 A | | 10/2000 | Belzberg et al. |
| 6,161,098 A | | 12/2000 | Wallman |
| 6,175,824 B1 | | 1/2001 | Breitzman et al. |
| 6,233,566 B1 | | 5/2001 | Levine et al. |
| 6,272,474 B1 | | 8/2001 | Garcia |
| 6,292,787 B1 | | 9/2001 | Scott et al. |
| 6,317,700 B1 | | 11/2001 | Bagne |
| 6,317,726 B1 | | 11/2001 | O'Shaughnessy |
| 6,338,067 B1 | | 1/2002 | Baker et al. |
| 6,377,963 B1 | | 4/2002 | Walker et al. |
| 6,393,409 B2 | | 5/2002 | Young et al. |
| 6,405,204 B1 | | 6/2002 | Baker et al. |
| 6,456,982 B1 | | 9/2002 | Pilipovic |
| 6,484,151 B1 | | 11/2002 | O'Shaughnessy |
| 6,484,152 B1 | | 11/2002 | Robinson |
| 6,598,028 B1 | | 7/2003 | Sullivan et al. |
| 6,601,044 B1 | | 7/2003 | Wallman |
| 6,622,129 B1 | | 9/2003 | Whitworth |
| 6,839,685 B1 | | 1/2005 | Leistensnider et al. |
| 6,859,785 B2 | | 2/2005 | Case |
| 6,876,981 B1 | | 4/2005 | Berckmans |
| 6,879,964 B2 | | 4/2005 | Sauter et al. |
| 6,901,383 B1 | | 5/2005 | Ricketts et al. |
| 6,938,009 B1 | | 8/2005 | Herbst et al. |
| 6,947,901 B1 | | 9/2005 | McCabe et al. |
| 6,985,880 B1 | | 1/2006 | Hodgdon et al. |
| 7,024,388 B2 | | 4/2006 | Stefek et al. |
| 7,031,937 B2 | | 4/2006 | Brown et al. |
| 7,035,820 B2 | | 4/2006 | Goodwin et al. |
| 7,076,461 B2 | | 7/2006 | Balabon |
| 7,085,738 B2 | | 8/2006 | Tarrant |
| 7,089,191 B2 | | 8/2006 | Baron et al. |
| 7,089,202 B1 | | 8/2006 | McNamar et al. |
| 7,089,205 B1 | | 8/2006 | Abernethy |
| 7,092,857 B1 | | 8/2006 | Steiner et al. |
| 7,099,838 B1 | | 8/2006 | Gastineau et al. |
| 7,107,229 B1 | | 9/2006 | Sullivan |
| 7,117,175 B2 | | 10/2006 | Arnott |
| 7,127,423 B2 | | 10/2006 | Dunning et al. |
| 7,155,468 B2 | | 12/2006 | Weiss |
| 7,194,468 B1 | | 3/2007 | Bacila et al. |
| 7,222,095 B2 | | 5/2007 | Squyres |
| 7,249,086 B2 | | 7/2007 | Bloom et al. |
| 7,272,578 B1 | | 9/2007 | Leistensnider et al. |
| 7,295,987 B2 | | 11/2007 | Graff |
| 7,299,205 B2 | * | 11/2007 | Weinberger ............... 705/36 R |
| 7,395,236 B2 | | 7/2008 | Degraaf et al. |
| 7,444,300 B1 | | 10/2008 | Broms et al. |
| 7,496,531 B1 | | 2/2009 | Gastineau et al. |
| 7,620,577 B2 | | 11/2009 | Arnott et al. |
| 2001/0025266 A1 | | 9/2001 | Gastineau et al. |
| 2001/0037212 A1 | | 11/2001 | Motosuna et al. |
| 2001/0039526 A1 | | 11/2001 | Pittenger |
| 2001/0046846 A1 | | 11/2001 | Tsumura |
| 2002/0007329 A1 | | 1/2002 | Alcaly et al. |
| 2002/0032629 A1 | | 3/2002 | Siegel et al. |
| 2002/0038271 A1 | | 3/2002 | Friend et al. |
| 2002/0046038 A1 | | 4/2002 | Prokoski |
| 2002/0052820 A1 | | 5/2002 | Gatto |
| 2002/0059126 A1 | | 5/2002 | Ricciardi |
| 2002/0059127 A1 | | 5/2002 | Brown et al. |
| 2002/0062272 A1 | | 5/2002 | Kim et al. |
| 2002/0116211 A1 | | 8/2002 | Hatakeyama |
| 2002/0116310 A1 | | 8/2002 | Cohen et al. |
| 2002/0116311 A1 | | 8/2002 | Chalke et al. |
| 2002/0120570 A1 | | 8/2002 | Loy |
| 2002/0123952 A1 | | 9/2002 | Lipper |
| 2002/0128947 A1 | | 9/2002 | Sauter et al. |
| 2002/0133447 A1 | * | 9/2002 | Mastman ...................... 705/36 |
| 2002/0156713 A1 | | 10/2002 | Gaini |
| 2002/0161684 A1 | | 10/2002 | Whitworth |
| 2002/0173998 A1 | | 11/2002 | Case |
| 2002/0178039 A1 | | 11/2002 | Kennedy |
| 2002/0184126 A1 | * | 12/2002 | McIntyre et al. .............. 705/35 |
| 2003/0014343 A1 | | 1/2003 | Jones |
| 2003/0018556 A1 | * | 1/2003 | Squyres ........................ 705/36 |
| 2003/0018563 A1 | | 1/2003 | Kilgour et al. |
| 2003/0065600 A1 | | 4/2003 | Terashima et al. |
| 2003/0065602 A1 | | 4/2003 | Yip |
| 2003/0074306 A1 | | 4/2003 | Rios et al. |
| 2003/0093352 A1 | | 5/2003 | Muralidhar et al. |
| 2003/0105697 A1 | | 6/2003 | Griffin et al. |
| 2003/0120577 A1 | | 6/2003 | Sakui et al. |
| 2003/0120578 A1 | * | 6/2003 | Newman ..................... 705/36 |
| 2003/0172026 A1 | | 9/2003 | Tarrant |
| 2003/0182219 A1 | | 9/2003 | Bodurtha et al. |
| 2003/0212621 A1 | | 11/2003 | Poulter et al. |
| 2003/0225657 A1 | | 12/2003 | Whaley et al. |
| 2003/0225658 A1 | | 12/2003 | Whaley |
| 2003/0229555 A1 | | 12/2003 | Marlowe-Noren |
| 2004/0024671 A1 | * | 2/2004 | Freund ........................ 705/35 |
| 2004/0039620 A1 | | 2/2004 | Ando et al. |
| 2004/0044505 A1 | | 3/2004 | Horwitz |
| 2004/0068456 A1 | | 4/2004 | Korisch |
| 2004/0111352 A1 | * | 6/2004 | Kim ............................. 705/36 |
| 2004/0117284 A1 | | 6/2004 | Speth |
| 2004/0133497 A1 | * | 7/2004 | Spear .......................... 705/36 |
| 2004/0167847 A1 | | 8/2004 | Nathan |
| 2004/0181477 A1 | * | 9/2004 | Sauter et al. .................. 705/36 |
| 2004/0193528 A1 | | 9/2004 | Sadre |
| 2004/0210504 A1 | | 10/2004 | Rutman |
| 2004/0225536 A1 | | 11/2004 | Schoen et al. |
| 2004/0236661 A1 | | 11/2004 | Benning |
| 2004/0254871 A1 | | 12/2004 | Weiss |
| 2004/0267657 A1 | | 12/2004 | Hecht |
| 2005/0010481 A1 | | 1/2005 | Lutnick et al. |
| 2005/0015326 A1 | | 1/2005 | Terry |
| 2005/0038725 A1 | | 2/2005 | Boyle et al. |
| 2005/0049948 A1 | | 3/2005 | Fuscone |
| 2005/0049952 A1 | * | 3/2005 | Carter ......................... 705/36 |
| 2005/0060254 A1 | | 3/2005 | Jones |
| 2005/0108043 A1 | | 5/2005 | Davidson |
| 2005/0108148 A1 | | 5/2005 | Carlson |

Exhibit 1 Page 23

US 7,747,502 B2

Page 3

| | | | |
|---|---|---|---|
| 2005/0114169 | A1 | 5/2005 | Ansari |
| 2005/0114251 | A1 | 5/2005 | Sperandeo |
| 2005/0144107 | A1 | 6/2005 | Plonski |
| 2005/0149422 | A1 | 7/2005 | Van Lier |
| 2005/0171884 | A1 | 8/2005 | Arnott |
| 2005/0171894 | A1 | 8/2005 | Traynor |
| 2005/0192889 | A1 | 9/2005 | Sauter et al. |
| 2005/0216407 | A1 | 9/2005 | Feldman et al. |
| 2005/0222941 | A1 | 10/2005 | Tull |
| 2005/0246255 | A1 | 11/2005 | Rousseau et al. |
| 2006/0015433 | A1 | 1/2006 | Arnott |
| 2006/0041489 | A1 | 2/2006 | Arnott |
| 2006/0059074 | A1 | 3/2006 | Freund |
| 2006/0064364 | A1 | 3/2006 | Whitehead |
| 2006/0074787 | A1 | 4/2006 | Perg et al. |
| 2006/0100946 | A1 | 5/2006 | Kazarian |
| 2006/0100949 | A1 | 5/2006 | Whaley et al. |
| 2006/0100950 | A1 | 5/2006 | Hecht |
| 2006/0100955 | A1 | 5/2006 | Baldassini et al. |
| 2006/0149645 | A1 | 7/2006 | Wood |
| 2006/0161489 | A1 | 7/2006 | Allen et al. |
| 2006/0184444 | A1 | 8/2006 | McConaughy et al. |
| 2006/0200395 | A1 | 9/2006 | Masuyama et al. |
| 2006/0206398 | A1 | 9/2006 | Coughlin |
| 2006/0206405 | A1 | 9/2006 | Gambill |
| 2006/0212384 | A1 | 9/2006 | Spurgin et al. |
| 2006/0218075 | A1 | 9/2006 | Feldman et al. |
| 2006/0224487 | A1 | 10/2006 | Galdi |
| 2006/0224494 | A1 | 10/2006 | Pinkava |
| 2006/0247996 | A1 | 11/2006 | Feldman |
| 2006/0253363 | A1 | 11/2006 | Tarrant |
| 2007/0005471 | A1 | 1/2007 | Ho et al. |
| 2007/0005476 | A1 | 1/2007 | Ho et al. |
| 2007/0016497 | A1 | 1/2007 | Shalen et al. |
| 2007/0022033 | A1 | 1/2007 | Ho et al. |
| 2007/0027790 | A1 | 2/2007 | Gastineau et al. |
| 2007/0043644 | A1 | 2/2007 | Weiss |
| 2007/0043650 | A1 | 2/2007 | Hughes et al. |
| 2007/0055598 | A1 | 3/2007 | Arnott et al. |
| 2007/0055599 | A1 | 3/2007 | Arnott |
| 2007/0061235 | A1 | 3/2007 | Timmons et al. |
| 2007/0112662 | A1 | 5/2007 | Kumar |
| 2007/0174102 | A1 | 7/2007 | Coulter |
| 2007/0179874 | A1 | 8/2007 | Spirgel et al. |
| 2007/0198389 | A1 | 8/2007 | Orloske et al. |
| 2007/0239583 | A1 | 10/2007 | Williams |
| 2007/0244787 | A1 | 10/2007 | Lowry |
| 2007/0288339 | A1 | 12/2007 | Squyres |
| 2008/0071699 | A1 | 3/2008 | Catalano-Johnson |
| 2008/0071700 | A1 | 3/2008 | Catalano-Johnson |
| 2008/0140547 | A1 | 6/2008 | Murphy et al. |
| 2008/0208769 | A1 | 8/2008 | Beer et al. |
| 2008/0215502 | A1 | 9/2008 | Sabbia |
| 2008/0235121 | A1 | 9/2008 | Gonen |
| 2008/0243721 | A1 | 10/2008 | Joao |
| 2008/0270317 | A1 | 10/2008 | Waldron et al. |
| 2008/0288387 | A1 | 11/2008 | Meyerhoff, II |
| 2009/0006267 | A1 | 1/2009 | Fergusson et al. |
| 2009/0063363 | A1 | 3/2009 | Present et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2393532 | 3/2004 |
| GB | 2419011 A | 4/2006 |
| JP | 20010249962 A | 9/2001 |
| JP | 2003044664 A | 2/2003 |
| JP | 2004259156 A | 9/2004 |
| WO | WO 96/06402 A2 | 2/1996 |
| WO | WO-98/44444 | 10/1998 |
| WO | WO-99/23592 A1 | 5/1999 |
| WO | WO-00/16226 A1 | 3/2000 |
| WO | WO 01/33402 A2 | 5/2001 |
| WO | WO 01/37168 A2 | 5/2001 |

| | | |
|---|---|---|
| WO | WO 01/39005 A2 | 5/2001 |
| WO | WO-01/46846 | 6/2001 |
| WO | WO-01/48629 A1 | 7/2001 |
| WO | WO 02/093322 | 11/2002 |
| WO | WO 02/095639 | 11/2002 |
| WO | WO 03/009094 | 1/2003 |
| WO | WO-03/034180 A2 | 4/2003 |
| WO | WO 2006/089565 A2 | 8/2006 |
| WO | WO-2006/101764 A1 | 9/2006 |
| WO | WO 2006/103474 A2 | 10/2006 |
| WO | WO-2007/027200 A2 | 3/2007 |

OTHER PUBLICATIONS

Business Wire, Investment-Technlgies; (IVES) Jan. 6, 1989, p. 1.*
Diversity-Weighted Indexing, Robert Fernholz, Journal of Portfolio Management, Winter 1998, pp. 74-82.*
Investing at the edge (investing in non-capitalization weighted index funds), Jarrod W Wilcox, Journal of Portfolio Management, New York, Spring 1998,vol. 24, Iss. 3; 16 pgs.*
Communication from the European Patent Office dated Dec. 3, 2009, issued in related European Patent Application No. 03726210.2.
Robert Arnott et al., "Fundamental Indexation;" Research Affiliates Oct. 7, 2004, pp. 1-35.
Advisory Action dated Feb. 25, 2009 issued in related U.S. Appl. No. 11/196,509.
Office Action dated Nov. 25, 2008 issued in related U.S. Appl. No. 10/961,404.
Office Action issued Dec. 5, 2008 in related CN application No. 200580000459.0.
Decision issued Feb. 2, 2009 in related GB application No. 0616163.2.
Decision issued Feb. 19, 2009 in related GB application No. 0222239.6.
International Search Report and Written Opinion issued Dec. 21, 2007 in related Appl. PCT/US2006/042430.
Kaplan, Paul, "Let's Not All Become Fundamental Indexers Just Yet," Journal of Indexes, Jan./Feb. 2009, pp. 34-37.
Point/Counterpoint, "The Fundamental Debate," Journal of Indexes, Jan./Feb. 2009, pp. 30-33, continued on p. 51.
Prestbo, John, In Perspective; "Weighting It Out," Journal of Indexes, Jan./Feb. 2009, pp. 38-40.
Office Action issued Nov. 26, 2008 in related Eurasian Patent Appl. No. 200870083/27 (with English translation).
Office Action received Apr. 28, 2009 in related EP 05 712 005.7.
Office Action issued Jul. 8, 2009 in related U.S. Appl. No. 11/509,002.
Office Action issued Aug. 6, 2009 in related U.S. Appl. No. 10/159,610.
Salzinger, Mark, "Interview : Jason Hsu," The Investor's ETF Report, Jan., 2007.
David Hoffman, "Non-Traditional Indexes Gaining Ground in ETF World," Investment News, Feb. 12, 2007.
Rob Wherry, "Ready for an All-ETF Portfolio? Here Are Some Models," SmartMoney.com, Feb. 13, 2007.
Ray Turchansky, "Investment Vehicle Lines Get Blurry: Merits of Passive Versus Active Management Debated," Edmonton Journal, Feb. 14, 2007.
Jonathan Chevreau, "Trading Begins Today on Two New Exchange-Traded Funds From Claymore Investments," National Post (Canada), Feb. 14, 2007.
Trang Ho, "Exchange-Traded Funds: After An Excellent '06, Fast Start For Telecom," Investor's Business Daily, Feb. 16, 2007.
Matthew Richards, "Get Down To The Fundamental Factors," Financial Times, Feb. 17, 2007.
Warren Boroson, "A New Strategy For Stock Indexes," Daily Record, Feb. 18, 2007.
David Hoffman, "Weightings Ignoring Market Caps Gain In Popularity," Pensions&Investments Online, Feb. 19, 2007.
Trang Ho, "Exchange-Traded Funds: Consumer ETFs Reflect Strong Buying Trends," Investor's Business Daily, Feb. 20, 2007.
Diya Gullapalli, "On Tap: Retirement-Oriented Offerings," The Wall Street Journal, Feb. 22, 2007.

Exhibit 1 Page 24

**US 7,747,502 B2**

Page 4

Rob Carrick, "For Your RRSP, Take a Page from the CPP," The Globe & Mail (Toronto), Feb. 24, 2007.

Rudy Luukko, "Enhanced Indexing Cuts Costs of Funds," Toronto Star, Feb. 24, 2007.

Brooke Southall, "Malkiel Defends Investing Strategy," Investment News, Feb. 26, 2007.

Brooke Southall, "Merrill Lynch Claymore International Fundamental Index Accelerator Securities, Series 2," Canada Newswire, Feb. 27, 2007.

Susan Trammell, "Applied Science: How to Jump-Start a Quantitative Investment Process," CFA Magazine, Mar./Apr. 2007.

Eric Uhlfelder, "Challenging EAFE: Managers Who Closely Track Market-Cap-Weighted Country Indexes May Miss Opportunities," Financial Advisor Magazine, Mar. 1, 2007.

John C. Bogle, "False Promises: Index Funds That Promise to Beat the Market," Journal of Indexes, Mar./Apr. 2007.

Vincent T. Lowry, "Fundamentally Better: The Case for Revenue Weighting," Journal of Indexes, Mar./Apr. 2007.

Ron Hylton, "It's The Volatility, Stupid: The Source of Excess Returns in Alternative Index Weighting Schemes," Journal of Indexes, Mar./Apr. 2007.

Eugene F. Fama, Kenneth R. French, "Straight Talk: Nouveau Indexes, Noise and the Nonsense of Active Management," Journal of Indexes, Mar./Apr. 2007.

Sonya Morris, Editor, "Introducing Model Portfolios," Morningstar ETFInvestor, Mar. 1, 2007.

Donald Jay Korn, "ETF Mania!," Financial Planning, Mar. 1, 2007.

David Hoffman, "New ETFs Highlight Belief That Simple Is Good," Investment News, Mar. 5, 2007.

Charles Paikert, "Oyster Bar powwow no pearl for Street," Investment News, Mar. 5, 2007.

Charles Paikert, "AIM Investments® Launches AIM Independence Funds," Yahoo!Finance, Mar. 6, 2007.

Charles Leary, "The Harsh Light of Day," IndexUniverse.com, Mar. 8, 2007.

Warren Boroson, "Tough Questions For Smart Manager," Daily Record, Mar. 25, 2007.

Warren Boroson, "New Fundamental Index Fund Listed In Stockholm," XACT, Mar. 26, 2007.

Tim Middleton, "With Market Reeling, Get More Aggressive," MSN Money, Mar. 27, 2007.

Tim Middleton, "Schwab To Launch Fundamental Index Mutual Funds," Reuters, Mar. 27, 2007.

Christine Ong, "AIM Vies For Lifecycle Edge By Diversification," Ignites.com, Mar. 28, 2007.

Karen Dolan, "Morningstar's Take: PIMCO Fundamental IndexPLUS TR D PIXDX," Morningstar, Mar. 28, 2007.

Jason Hsu, Jason Chia-Shang Tuan, "Indexing for an inefficient market," IPA, Apr. 1, 2007.

Jeffrey R. Kosnett, "Are Your Stocks Simply a Mishmash?," Kiplinger's Personal Finance, Apr. 1, 2007.

Brad Zigler, "Fundamentalism and Asset Allocation," Registered Rep, Apr. 1, 2007.

Kevin Burke, "The ETF Weighting Game," Registered Rep, Apr. 1, 2007.

Kathleen M. McBride, "Catching Up With . . . Jeffrey Mortimer," Investment Advisor Magazine, Apr. 1, 2007.

Sree Vidya Bhaktavatsalam, "Schwab Offers 'Fundamental' Index Funds to Beat Market Returns," Bloomberg, Apr. 2, 2007.

Kathleen M. McBride, "A Better Mousetrap?: Schwab Launches Three Fundamental Index Funds," Investment Advisor Magazine, Apr. 2, 2007.

Jesse Emspak, "Mutual Funds & Personal Finance: Schwab Focuses On Key Fundamentals," Investor's Business Daily, Apr. 2, 2007.

Murray Coleman, "New Twist On Indexing: Mutual Funds Meet ETFs," MarketWatch, Apr. 2, 2007.

Rob Wherry, "Schwab Launches Three Funds Similar To Popular ETFs," SmartMoney.com, Apr. 2, 2007.

Rob Wherry, "Schwab Launches Fundamental Index™ Mutual Funds," Yahoo!Finance, Apr. 2, 2007.

Rob Wherry, "Fundamentally Schwab," IndexUniverse.com, Apr. 5, 2007.

Brooke Southall, "Fundamental Differences Over Schwab Funds," Investment News, Apr. 9, 2007.

Max Heuer, "Schwab Looks Up Market," Defined Contribution & Savings Plan Alert, Apr. 9, 2007.

Katie Benner, "Trying To Build A Better Index Fund: Fortune's Guide To Exchange-Traded Funds Based On Fundamental Indexes," CNN Money, Apr. 11, 2007.

Janet Kidd Stewart, "401(k) options worth looking over: Investors should keep track as firms pitch employers more ETFs," Chicago Tribune, Apr. 15, 2007.

John Kimelman, "ETF Pro Says Stocks Aren't Worth The Risk," Barron's, Apr. 20, 2007.

Peter A. McKay, "More Professors Are Lured Out of Ivory Tower to Street: Demand for New Funds Offers a Chance to Test Theories, Make Money," The Wall Street Journal, Apr. 21, 2007.

Peter A. McKay, "North Dakota Considers Research Affiliates," Money Management Letter, Apr. 23, 2007.

Michael Krause, "S&P 500 Shows Passive Aggressive Side," Yahoo!Finance, Apr. 24, 2007.

Philip Coggan, "Presenting the Portfolio Rebalancing Act: Fundamental Indexation Rejects Weighting Stocks Within a Benchmark by Market Value," Investment Advisor (UK), Apr. 28, 2007.

Paul J. Lim, "The Indexing Wars," U.S. News & World Report, Apr. 29, 2007.

Douglas Appell, "Fundamental Indexing Superiority Disputed: Claim of Cap-Weighting's Drag on Return is 'False'," Pensions &Investments Online, Apr. 30, 2007.

Douglas Appell, "Fund News (excerpt)," No-Load Fund Investor, May 1, 2007.

Kathleen M. McBride, "The IA 25: Robert Arnott," Investment Advisor Magazine, May 1, 2007.

James Picerno, "The ETF revolution is looking more speculative by the day," Wealth Manager, May 1, 2007.

Jonathan Clements, "Why Aiming for Average Has Its own Genius," The Wall Street Journal, May 6, 2007.

Peter Gibson, Ed Sollbach, Jeff Evans, Elizabeth Leung, "Research Comment: Portfolio Strategy & Quantitative Research," Desjardins Securities, May 7, 2007.

Douglas Appell , "Disputing the superiority of fundamental indexing," Investment News, May 7, 2007.

Unknown, "The most dangerous patent in finance! Is fundamental indexing patently absurd?," Research Comment, Desjardins Securities, May 7, 2007.

Heather Bell, "Fundamental Analysis," IndexUniverse.com, May 8, 2007.

Heather Bell, "News Briefs: Analysts wary of fundamental indexes," Pensions&Investments Online, May 14, 2007.

Julian Harding, "Worth the Weight," Pensions Management, May 15, 2007.

Vernon Wessels, "Plexus Will Use Arnott's Index to Choose South African Stocks," Bloomberg, May 18, 2007.

Vernon Wessels, "Plexus scores home run with international partner," Fanews, May 18, 2007.

Jackie Cameron, "New threat for active asset managers," Moneyweb, May 18, 2007.

Kazuaki Fujita, "Eye On Fundamentals Buoying Japanese Investors (translated)," Nikkei Financial Daily, May 18, 2007.

Rob Carrick, "The case for blending passive, active indexing," The Globe & Mail (Toronto), May 19, 2007.

Warren Boroson, "Expert predicts volatile market," Daily Record, May 20, 2007.

Regis Nyamakanga, "Stock index system due to launch in SA," Business Day, May 21, 2007.

Jesse Emspak, "Exchange-Traded Funds: Fundamental Indexing Fuels PowerShares ETF," Investor's Business Daily, May 23, 2007.

Jesse Emspak, "Four New Lyxor ETFs on Fundamental Indices Launched in the XTF Segment," Deutsche Borse Group, May 24, 2007.

Rob Carrick, "Got high-dollar blues? Currency neutrality can bring peace of mind," The Globe & Mail (Toronto), May 24, 2007.

Consuelo Mack, "A message from Consuelo (an email to WealthTrack subscribers from Consuelo Mack)," PBS WealthTrack, May 24, 2007.

**Exhibit 1 Page 25**

**US 7,747,502 B2**

Page 5

Kathleen Pender, "Changing indexes for funds," San Francisco Chronicle, May 24, 2007.

Kathleen Pender, "Consuelo Mack WealthTrack: An Interview with Rob Arnott (transcript)," PBS WealthTrack, May 25, 2007.

John Authers, "It's time to point the finger at the index," Financial Times, May 26, 2007.

Burton Malkiel, "Many Happy Returns," Barron's, May 28, 2007.

Don Vialoux, "More ways to access Japan: Seven exchange-traded funds now available," National Post (Canada), May 28, 2007.

Brad Zigler, "Fundamentalists at the Gates: The Trouble With Cap-Weighted Indexes," Seeking Alpha, May 31, 2007.

Rob Wherry, "Enhanced Index Funds Make a Move on Their Older Brethren," SmartMoney.com, May 31, 2007.

Marla Brill, "Indexing Debate Heats Up," Financial Advisor Magazine, Jun. 1, 2007.

Marla Brill, "The age of investment strategy indices (Roundtable Discussion)," Global Pensions, Jun. 1, 2007.

Stephen P. Brown, "Actively Managed ETFs: The Next Generation?," Registered Rep, Jun. 1, 2007.

David A. Geracioti, "From Theory to Practice," Registered Rep, Jun. 1, 2007.

Laura du Preez, "New index investment method promises more," Personal Finance, Jun. 2, 2007.

Rob Wherry, "The Index-Fund Makeover," The Wall Street Journal, Jun. 2, 2007.

Warren Boroson, "Having 'fun' in market is costly," Daily Record, Jun. 3, 2007.

Sophia Grene, "The fundamental rules apply: Rising interest in wealth weighted indices," Financial Times, Jun. 4, 2007.

Sophia Grene, "IPM launches four Fundamental Index™ Funds," Press Release, Jun. 5, 2007.

David Williams, "Want another 5% on top? (Interview with Paul Stewart)," Business Day, Jun. 7, 2007.

Sophia Grene, "Dilsaver Reveals Schwab Funds' Biggest Secret," MutualFundWire.com, Jun. 7, 2007.

Julia Taylor, "New Funds: Informed Portfolio Management," Financial Times, Jun. 11, 2007.

Pam Black, "Press Release for 'Index Smackdown' debate between Rob Arnott and Gus Sauter," Financial Planning, Jun. 12, 2007.

Lawrence Carrel, "Godfather of Fundamental Indexing Faces Challenge," TheStreet.com, Jun. 13, 2007.

Barry Critchley, "You learn something new every day: New tricks to make the market work better," National Post (Canada), Jun. 15, 2007.

Pauline Skypala, "Spa ETF's Multi-launch set to expand range of ETF trackers," Financial Times, Jun. 18, 2007.

Kathie O'Donnell, "Fundamentals-based index fund has goods, struggles for attention," Investment News, Jun. 18, 2007.

Kathie O'Donnell, "Genworth Financial's AssetMark Introduces New Fundamental Index™ Funds," Press Release, Jun. 18, 2007.

Maureen Darrigo, "Market Pulse: BNN Market Call—Som Seif," The Globe & Mail (Toronto), Jun. 19, 2007.

Maureen Darrigo, "PowerShares to Launch Four International ETFs Based on FTSE RAFI™ Indexes at the New York Stock Exchange Jun. 25, 2007," Press Release, Jun. 19, 2007.

Jesse Emspak, "Exchange-Traded Funds: PowerShares Launches Foreign Index Funds," Investor's Business Daily, Jun. 20, 2007.

Ellen Roseman, "Canadians spread cash worldwide," Toronto Star, Jun. 20, 2007.

John Kimelman, "Sampling the ETF Smorgasbord," Barron's, Jun. 22, 2007.

Kevin Bailey, "New Funds Are Old Hat," Herald Sun (Australia), Jun. 25, 2007.

Matthew Hougan, "International RAFI ETFs List on ARCA," IndexUniverse.com, Jun. 25, 2007.

Jonathan Chevreau, "One in Ten Licensed for ETF Run-Up," National Post (Canada), Jun. 25, 2007.

Jonathan Chevreau, "PowerShares Launches Four New FTSE RAFI™ International ETFs on NYSE Arca," Press Release, Jun. 25, 2007.

Jonathan Chevreau, "Hirings: AssetMark Investment Services," Pensions&Investments Online, Jun. 25, 2007.

Jonathan Chevreau, "New U.S. ETFs include Sudan-Free social ETF," Reuters, Jun. 25, 2007.

Jonathan Chevreau, "PowerShares Expands Its Global ETF Initiative Strategy at NYSE," Press Release, Jun. 25, 2007.

Tim Middleton, "Don't follow the dumb money," MSN Money, Jun. 26, 2007.

Matthew Hougan, "ETF Watch: Jun. 7-25," IndexUniverse.com, Jun. 27, 2007.

Rob Wherry, "New From Morningstar's Conference," SmartMoney.com, Jun. 28, 2007.

Mark Salzinger, "Navigating Choppier Waters With ETFs, Funds & Stocks," No-Load Fund Investor, Jul. 1, 2007.

John Spence, "Tempest in an index fund: Robert Arnott and John Bogle clash over best indexing strategy," MarketWatch, Jul. 1, 2007.

John Spence, "Research Affiliates to Sub-Advise Value- and Growth-focused Mandates Based on the Fundamental Index™ Concept for Genworth Financial's AssetMark Asset Allocation Portfolios," Press Releases, Jul. 5, 2007.

Trang Ho, "Foreign ETF Assets Up 24% So Far This Year," Investor's Business Daily, Jul. 11, 2007.

Charles Paikert, "Index battle (p. 2)," Investment News, Jul. 16, 2007.

Sonya Morris, "Measuring the Market's Value," Morningstar, Jul. 16, 2007.

Gastineau, Gary L., "The Cutting Edge," IndexUniverse.com, Jan. 2007.

International Search Report issued in related PCT/US2005/002345 mailed Dec. 19, 2006.

Office Action issued Aug. 19, 2009 in related U.S. Appl. No. 10/961,404.

Kalotay, Andrew J. et al., "A Model for Valuing Bonds and Embedded Options," Financial Analysts Journal, May-Jun. 1993, pp. 35-46.

Curran, Greg, "Security Selection for Bond Index Portfolios," Mellon Institutional Asset Management, Standish Mellon, Copyright 2005, publication date unknown.

Jaffe, Jeffrey et al., "Earnings Yields, Market Values, and Stock Returns," The Journal of Finance, vol. XLIV, No. 1, Mar. 1989.

Author Unknown, "Bond Basics: Selecting a Fixed Income Benchmark," www.pimco.com, A company of ALLIANZ, Jul. 2006, pp. 1-5.

Davis, James L., The Cross-Section of Realized Stock Returns: The Pre-COMPUSTAT Evidence, The Journal of Finance, vol. 49, No. 5 (Dec. 1994), pp. 1579-1593.

Bernard, Victor et al., "Accounting-Based Stock Price Anomalies: Separating Market Inefficiencies from Risk*," 1996 Contemporary Accounting Research Conference, Sep. 1996, pp. 1-57.

Siracusano, Luciano, "A Fundamental Challenge," The Wisdom Tree, Aug. 9, 2007.

Author Unknown, "The Role of high Yield Bonds," www.pimco.com, Publication, Feb. 2006, pp. 1-5.

Author Unknown, "Emerging Markets May Offer Opportunity to Enhance Returns," www.pimco.com, An ALLIANZ Company, Oct. 2005, pp. 1-3.

Author Unknown, "About Corporate Bonds, Overview," www.investinginbonds.com, The Securities Industry and Financial markets Association, 2005, p. 1.

Author Unknown, "Bond Basics, Fundamental Investment Strategies," www.investinginbonds.com, The Securities Industry and Financial Markets Association, 2005, p. 1.

Author Unknown, "Types of Bonds, Bond and Bond Funds; What You Should Know Before Deciding," www.investinginbonds.com, The Securities Industry and Financial Markets Association, 2005, pp. 1-2.

Lakonishok, Josef et al., NBER Working Paper Series, "Contrarian Investment, Extrapolation, and Risk," National Bureau of Economic Research, Working Paper No. 4360, May 1993.

Chan, Louis K.C., et al., "Fundamentals and Stock Returns in Japan," The Journal of Finance, vol. 46, No. 5 (Dec. 1991), pp. 1739-1764.

Chan, Louis K.C., et al., "The Risk and Return from Factors," The Journal of Financial and Quantitative Analysis, vol. 33, No. 2 (Jun. 1998), pp. 159-188.

Banz, Rolf W. et al., "Sample-Dependent Results Using Accounting and Market Data: Some Evidence," The Journal of Finance, vol. 41, No. 4 (Sep. 1986), pp. 779-793.

**Exhibit 1 Page 26**

## US 7,747,502 B2

Page 6

Bergstresser, Daniel, et al., "Investment Taxation and Portfolio Performance*," Preliminary Draft, Boston College Finance Wednesday Seminar and the 2006 UNC Tax Symposium, Apr. 12, 2006.

Author Unknown, FRC Monitor, "Industry Trends," Nov. 2005.

Author Unknown, "Separately Managed Accounts to Become Dominant Vehicle for Individual Securities," Tower Group Research, www.advisorpage.com/modules, Advisor Page, Competitive Intelligence, Feb. 6, 2008.

Pruitt, Ron, "The Tax Advisor: All Hail the Overlay Manager," Placemark Investments, Investment Advisor, Apr. 2008.

Pruitt, Ron, "A Comprehensive View of After-tax Investing and Tax Efficiency," Placemark Investment, 2002.

Coyle, Thomas, "SunGard Hunts Trust Assets With Overlay Offering," SunGard Managed Account Solutions, www.sungard.com/ Managed Accounts, Aug. 30, 2004.

Reinhart, Len, "The Bigger Picture: Will Overlay Management Become the New Business Model for Separately Managed Accounts?" Financial-Planning.com, Apr. 1, 2007.

Search Results, TowerGroup, Sep. 25, 2007.

Reinhart, Len, "The Next Big Thing: Unified Managed Accounts Must Mature Some More Before They Are Ready for Prime Time." Financial-Planning.com, Dec. 1, 2003.

Author Unknown, "Generation OPM," Wall Street Technology, www.wallstreetandtech.com, Oct. 25, 2004.

Gaffen, David A., "SMAs Take on Multiple Personalities," www.registeredrep.com, May 1, 2003.

Arnott, Robert D. et al., "The Management and Mismanagement of Taxable Assets," First Quadrant, L.P., Investment Management Reflections, 2000, No. 2.

FRC Monitor, Jan. 2001, pp. 1-12.

Waid, Robert, "Fundamentally Active," IndexUniverse.com, www.indexuniverse.com/index, Feb. 8, 2008, pp. 1-6.

Hemminki, Julius et al., "Fundamental Indexation in Europe," Journal of Asset Management, vol. 8, 6, pp. 401-405, www.palgrave-journals.com/jam, Oct. 26, 2007.

Morris, Stephen, "CARESS Working Paper #95-13 Speculative Investor Behavior and Learning," Department of Economics, University of Pennsylvania, Philadelphia, PA, May 1995.

Author Unknown, "MSCI To Adjust for Free Float and to Increase Coverage to 85%," MSCI Press Release, www.msci.com, Geneva, Dec. 10, 2000, pp. 1-3.

Brandhorst, Eric, "MSCI's Methodology Enhancements: Free-Float and Capitalization Extension," www.ssga.com, Jul. 20, 2001, pp. 1-6.

Chance, Don M., "Six One Way, Half-A-Dozen The Other," www.indexuniverse.com/component/content/article/4035, Trading Places, May/Jun. 2008.

Brock, Woody, The Role of Pricing Model Uncertainty,:—Resolving Four Paradoxes in Today's Market Behavior, Strategic Economic Decisions, SED Profile May 2008.

Lydon, Tom; Wasik, John F., iMoney, "Profitable Exchange-Traded Fund Strategies for Every Investor," Chapter 2, The Art of Indexing Using the iMoney Plan, date unknown.

Author Unknown, "The Role of Pricing Model Uncertainty"—Resolving Four Paradoxes in Today's Market Behavior,- Strategic Economic Decisions, www.SEDinc.com, SED Profile, May 2008.

Office Action from related U.S. Appl. No. 10/961,404 mailed Mar. 13, 2008.

Office Action from related U.S. Appl. No. 11/196,509 mailed Mar. 19, 2008.

Bazley, John D., Financial Accounting Concepts and Uses, PWS-Kent Publishing Company, 1988, p. 4.

Fernholz, Robert, Diversity-Weighted Indexing, Journal of Portfolio Management, Winter 1998, pp. 74-82.

International Search Report and Written Opinion from PCT/US2008/003762 mailed Sep. 10, 2008.

International Search Report and Written Opinion issued in PCT/US2007/018534 mailed Sep. 17, 2008.

Office Action issued Oct. 3, 2008 in related U.S. Appl. No. 10/159,610.

Arnott, et al., "Fundamental Indexation," Financial Analysis Journal, vol. 61, No. 2, pp. 83-89, Mar./Apr. 2005.

Arnott et al., "Redefining Indexation," Research Affiliates, LLC, pp. 1-24, 2004.

Author Unknown, "MSCI Methodology Book: MSCI Global Value and Growth Index Series," Morgan Stanley Capital International Inc., pp. 1, 2, 8-11, 2003.

Author Unknown, "About the America's Fastest Growing companies Family of Stock Indexes," America's Fastest Growing Companies, Jan. 2002.

Author Unknown, "America's Fastest Growing Companies Index," America's Fastest Growing Companies, Jan. 2002.

Author Unknown, "America's Fastest Growing Companies Midcap Index," America's Fastest Growing Companies, Jan. 2002.

Author Unknown, "America's Fastest Growing Companies LargeCap Index," America's Fastest Growing Companies, Jan. 2002.

Author Unknown, "America's Fastest Growing Companies Total Growth Index," America's Fastest Growing Companies Jan. 2002.

Author Unknown, "CME: Goldman Sachs Commodity Index (GSCI) to include CME Feeder Cattle in 2002 INdex Weighting," Nov. 7, 2001.

Warren Buffet, "Letter to Bershire Hathaway, Inc. Shareholders," pp. 3, 16, 19, 1999.

Chernoff, Joel, "A New Look in Benchmarks: Consultant Devises Alternative Based on Country Wealth," Pensions & Investments Online, Issue Date: Apr. 14, 1997.

Raub, David, "Rethinking Indexing," www.NorthBaybiz.com, Issue: Apr. 2006.

Author Unknown, "Methodology for the Management of the FTSE RAFI (Research Affiliates Fundamental Index) Index Series," The FTSE RAFI Index Series Ground Rules, Version 1.1, Dec. 2005.

Serwer, Andy, "Brains, Pluck, and Bucks," CNNMoney.com/magazines/fortune/fortune_archives, Jul. 3, 2006.

Arnott, Robert, "Retrospectives on Selected Fundamental Index Strategies," Research Affiliates, Dec. 2005.

Treynor, Jack, "Perspectives; Why Market-Valuation-Indifferent Indexing Works," Financial Analysts Journal, vol. 61, No. 5, CFA Institute, Sep./Oct. 2005.

Arnott, Rob and Hennessy, David, "Research Affiliates Fundamental Index," Feb. 2006.

Author Unknown, "PowerShares FTSE RAFI US 1000 Portfolio," www.powershares.com, PRF Facts, Sep. 30, 2005.

Markowitz, Harry M., "Market Efficiency: A Theoretical Distinction and So What?" www.cfapubs.org, Financial Analysts Journal, Reflections, CFA Institute, Sep./Oct. 2005, pp. 17-30.

Author Unknown, "PowerShares Exchange-Traded Fund Trust," PowerShares FTSE RAFI US 1000 Portfolio-PRF, Prospectus Supplement dated Feb. 22, 2006, Prospectus dated Dec. 19, 2005.

Hsu, Jason C. and Campollo, Carmen, "New Frontiers In Index Investing," Journal of Indexes, Jan./Feb. 2006, pp. 32-34, 36, 37, 58.

Makepeace, Mark, "FTSE: Coming to America," Journal of Indexes, Jan./Feb. 2006, pp. 38-39.

Blanchett, David, "Building The Best Index; Equal-Weighting vs. Market Capitalization," Journal of Indexes, Jan./Feb. 2006, pp. 40-42.

Gastineau, Gary, "Is Indexing Ready for the Challenges of the 21st Century?", Journal of Indexes, The Cutting Edge, Mar./Apr. 2006, pp. 32-35.

Author Unknown, "William F. Sharpe Awards—Plus Editorial Board Meeting Excerpts," Journal of Indexes, Mar./Apr. 2006, pp. 36-41.

Author Unknown, "FTSE/RAFI PowerShares ETF Launches on Big Board," Journal of Indexes, Mar./Apr. 2006, pp. 51-52.

Leake, Thomas and Morris, David, "Where Next For the Index Business Model? Bringing Low Cost to the World of Active Management," Journal of Indexes, May/Jun. 2006, pp. 22-26.

Schoenfeld, Steven A. and Ginis, Robert E., "Worth Weighting For? A Survey and Critique of Alternatively Weighted Indexes," Journal of Indexes, May/Jun. 2006, pp. 10-21.

Author Unknown, "CalPERS Goes Fundamental," News, Indexing Developments, Journal of Indexes, May/Jun. 2006, p. 52.

Arnott, Robert D., "What Cost "Noise"?" Financial Analysts Journal, Editor's Corner, CFA Institute, Mar./Apr. 2005, pp. 10-14.

Author Unknown, "Dividend Party Goes Global," Journal of Indexes, Mar./Apr. 2006, p. 52.

Exhibit 1 Page 27

**US 7,747,502 B2**

Page 7

DRM Portion of CaIPERS' Presentation Given on Jan. 12, 2001, 4 pages.

D. Morris, AIMIC Press Conference Presentation—Tokyo, May 29, 1998 (10 pages).

J. Chernoff, "A New Look in Benchmarks: Consultant Devises Alternative Based on Country Wealth," Pensions & Investments Onling (pionline.com), Apr. 14, 1997 (4 pages).

"Index Industry Leaders . . . In Their Own Words," Journal of Indexes, Sep./Oct. 2006, pp. 10-21.

Scott Burns, "Next-Generation Index Funds Coming," Dallas Morning News, Nov. 26, 2004.

Arnott, Robert, Hsu, Jason, Moore, Phil, "Redefining Indexation," Sep. 9, 2004.

"Optimal Value-Weighted Portfolios," Economist's View: Value Weighted Portfolios, Jun. 14, 2006.

"Stock Market Perspective: Better Ways to Index?" http://www.pankin.com/persp062.pdf.

Wooley, Scott, "The Index Insurgents," Forbes.com, Magazine article, Oct. 30, 2006.

Business Wire, Investment Technologies, (IVES), Jan. 6, 1989, p. 1.

* cited by examiner

Exhibit 1 Page 28

FIG. 1

Exhibit 1 Page 29



FIG. 2

Exhibit 1 Page 30

300



FIG. 3

Exhibit 1 Page 31



**FIG. 4**

Exhibit 1 Page 32



**FIG. 5**

Exhibit 1 Page 33

US 7,747,502 B2

| 1 | 2 |

### USING ACCOUNTING DATA BASED INDEXING TO CREATE A PORTFOLIO OF ASSETS

#### CROSS-REFERENCE TO RELATED APPLICATION

The present application claims the benefit of U.S. Patent Application No. 60/751,212, Confirmation No. 7679, filed Dec. 19, 2005 previously entitled "Using a Fundamental Index to Create a Portfolio of Assets," entitled "Using Accounting Data Based Indexing to Create a Portfolio of Assets" to Robert D. Arnott, of common assignee to the present invention, the contents of which are incorporated herein by reference in their entirety.

The present application also claims the benefit of and is also a continuation-in-part of U.S. patent application Ser. No. 11/196,509, filed Aug. 4, 2005, which is a continuation-in-part of U.S. patent application Ser. No. 10/961,404, entitled "Non-Capitalization Weighted Fundamental Indexing System, Method and Computer Program Product," to Arnott, filed Oct. 12, 2004, (which claims the benefit of U.S. Provisional Patent Application No. 60/541,733, entitled "Securities Indexing," to Arnott, and U.S. patent application Ser. No. 10/159,610, entitled "Fundamental Stock Market Index and Index Fund or Funds," filed Jun. 3, 2002, all of which are of common assignee to the present invention, and all of the contents of which are incorporated herein by reference in their entireties.

#### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to securities investing, and more particularly to construction and use of indexes and portfolios based on indexes.

2. Related Art

Conventionally, there are various broad categories of securities portfolio management. One conventional securities portfolio management category is active management wherein the securities are selected for a portfolio individually based on economic, financial, credit, and/or business analysis; on technical trends; on cyclical patterns; etc. Another conventional category is passive management, also called indexing, wherein the securities in a portfolio duplicate those that make up an index. The securities in a passively managed portfolio are conventionally weighted by relative market capitalization weighting or equal weighting. Another middle ground conventional category of securities portfolio management is called enhanced indexing, in which a portfolio's characteristics, performance and holdings are substantially dominated by the characteristics, performance and holdings of the index, albeit with modest active management departures from the index.

The present invention relates generally to the passive and enhanced indexing categories of portfolio management. A securities market index, by intent, reflects an entire market or a segment of a market. A passive portfolio based on an index may also reflect the entire market or segment. Often every security in an index is held in the passive portfolio. Sometimes statistical modeling is used to create a portfolio that duplicates the profile, risk characteristics, performance characteristics, and securities weightings of an index, without actually owning every security included in the index. (Examples could be portfolios based on the Wilshire 5000 Equity Index or on the Lehman Aggregate Bond Index.) Sometimes statistical modeling is used to create the index itself such that

it duplicates the profile, risk characteristics, performance characteristics, and securities weightings of an entire class of securities. (The Lehman Aggregate Bond Index is an example of this practice.)

Indexes are generally all-inclusive of the securities within their defined markets or market segments. In most cases indexes may include each security in the proportion that its market capitalization bears to the total market capitalization of all of the included securities. The only common exceptions to market capitalization weighting are equal weighting of the included securities (for example the Value Line index or the Standard & Poors 500 Equal Weighted Stock Index, which includes all of the stocks in the S&P 500 on a list basis; each stock given equal weighting as of a designated day each year) and share price weighting, in which share prices are simply added together and divided by some simple divisor (for example, the Dow Jones Industrial Average). Conventionally, passive portfolios are built based on an index weighting using one of market capitalization weighting, equal weighting, and share price weighting.

Most commonly used stock market indices are constructed using a methodology that is based upon either the relative share prices of a sample of companies (such as the Dow Jones Industrial Average) or the relative market capitalization of a sample of companies (such as the S&P 500 Index or the FTSE 100 Index). The nature of the construction of both of these types of indices means that if the price or the market capitalization of one company rises relative to its peers it is accorded a larger weighting in the index. Alternatively, a company whose share price or market capitalization declines relative to the other companies in the index is accorded a smaller index weighting. This can create a situation where the index, index funds, or investors who desire their funds to closely track an index, are compelled to have a higher weighting in companies whose share prices or market capitalizations have already risen and a lower weighting in companies that have seen a decline in their share price or market capitalization.

Advantages of passive investing include: a low trading cost of maintaining a portfolio that has turnover only when an index is reconstituted, typically once a year; a low management cost of a portfolio that requires no analysis of individual securities; and no chance of the portfolio suffering a loss—relative to the market or market segment the index reflects—because of misjudgments in individual securities selection.

Advantages of using market capitalization weighting as the basis for a passive portfolio include that the index (and therefore a portfolio built on it) remains continually 'in balance' as market prices for the included securities change, and that the portfolio performance participates in (i.e., reflects) that of the securities market or market segment included in the index.

The disadvantages of market capitalization weighting passive indexes, which can be substantial, center on the fact that any under-valued securities are underweighted in the index and related portfolios, while any over-valued securities are over weighted. Also, the portfolio based on market capitalization weighting follows every market (or segment) bubble up and every market crash down. Finally, in general, portfolio securities selection is not based on a criteria that reflects a better opportunity for appreciation than that of the market or market segment overall.

Most commonly used stock market indices are constructed using a methodology that is based upon either the relative share prices of a sample of companies (such as the Dow Jones Industrial Average) or the relative market capitalization of a sample of companies (such as the S&P 500 Index or the FTSE 100 Index). The nature of the construction of both of these types of indices means that if the price or the market capitali-

Exhibit 1 Page 34

US 7,747,502 B2

3

zation of one company rises relative to its peers it is accorded a larger weighting in the index. Alternatively, a company whose share price or market capitalization declines relative to the other companies in the index is accorded a smaller index weighting. This can create a situation where the index, index finds, or investors who desire their funds to closely track an index, are compelled to have a higher weighting in companies whose share prices or market capitalizations have already risen and a lower weighting in companies that have seen a decline in their share price or market capitalization.

Price or market capitalization based indices can contribute to a 'herding' behavior on the behalf of investors by effectively compelling any of the funds that attempt to follow these indices to have a larger weighting in shares as their price goes up and a lower weighting in shares that have declined in price. This creates unnecessary volatility, which is not in the interests of most investors. It may also lead to investment returns that have had to absorb the phenomenon of having to repeatedly increase weightings in shares after they have risen and reduce weightings in them after they have fallen.

Capitalization-weighted indexes ("cap-weighted indexes") dominate the investment industry today, with approximately $2 trillion currently invested. Unfortunately, cap-weighted indexes suffer from an inherent flaw as they overweight all overvalued stocks and underweight all under-valued stocks. This causes cap-weighted indexes to under-perform relative to indexes that are immune to this shortcoming. In addition, cap-weighted indexes are vulnerable to speculative bubbles and emotional bear markets which may unnaturally drive up or down stock prices respectively.

It is a well established empirical conclusion of investment theory that cap-weighting is not mean-variance optimal. This conclusion holds because weighting schemes based on market price, including cap-weighting, overweight 100% of over-valued stocks and underweight 100% of undervalued stocks. Both mathematically and empirically, this over and under weighting problem inherent to cap-weighting leads to a return drag of 200 bps per year in the U.S. and more than 200 bps per year internationally.

One example of the phenomenon comes from the recent stock market bubble of 1997-2000, when, e.g., Internet network service provider Cisco comprised nearly 5% of the S&P 500. At its peak in 2000, Cisco traded at $70 per share. Since March 2000, Cisco has fallen to approximately 12% of its peak, dragging down S&P 500 performance of which it comprised 5%.

While it is difficult or impossible to know the true fair value of a company, what is known is that if an overvalued company's weight in an index is determined by market capitalization, then the company will be over-weighted in the index. Conversely, if a company's weight is determined by market capitalization and it is undervalued, it will be underweighted in a capitalization-weighted index.

Over the past 40 years, the largest stock by market capitalization in the S&P 500 has underperformed the average stock in the index over a 10-year time period by an average of 40%. The largest 10 stocks by market capitalization have underperformed the average stock over the subsequent 10-year time frame by an average of 26%. Yet, cap-weighted indexes continue to invest 20-30% of their value in the largest 10 stocks by market cap, despite the fact that they under-perform the average stock in the index, because the stocks are selected and weighted using market capitalization, which by its nature over-weights over valued stocks and under-weights undervalued stocks.

Equal-weighted indexation is a popular alternative to cap-weighting but one that suffers from its own shortcomings.

4

One significant problem with equal-weighted indexes is that they come out of the same cap-weighted universes as cap-weighted indexes. For example, the S&P Equal Weighted Index simply re-weights the 500 equities that comprise the S&P 500, retaining the bias already inherent to cap-weighted indexes.

High turnover and associated high costs are additional problems of equal-weighted indexes. Equal-weighted indexes include small illiquid stocks, which are required to be held in equal proportion to the larger, more liquid stocks in the index. These small illiquid stocks must be traded as often as the larger stocks but at a higher cost because they are less liquid.

What is needed then is an improved method of weighting financial objects in a portfolio based on an index that over-comes shortcomings of conventional solutions.

## SUMMARY OF THE INVENTION

In an exemplary embodiment of the present invention a system, method and computer program product for index construction and/or portfolio weighting is disclosed.

Exemplary embodiments of the present invention may use accounting data based indexing, i.e., accounting data based measures of firm size, rather than market capitalization, to construct a stock index. By avoiding the inherent valuation bias of cap-weighted indexes, accounting data based indexes (ADBI) may outperform cap-weighted indexes by as much as 200 bps in the US and by more than 250 bps internationally, based on extensive back testing (to 1962 in the US and to 1988 internationally).

An exemplary embodiment may use four specific metrics in ADBI construction: book equity value; income (free cash flow); sales; and gross dividends. An ADBI construction strategy may offer several advantages. For example, ADBI may outperform cap-weighted indexes. Additionally, ADBI may be adaptable to distinct strategies. ADBI may be used to construct either large or small company indexes, industry sector indexes, geographic indexes and others. ADBI may also effectively limit portfolio risk by providing the benefits of traditional cap-weighted indexes, including diversification, broad market participation, liquidity and low turnover, while generating incrementally higher returns with somewhat lower volatility than comparable cap-weighted indexes. ADBI may also provide protection against market bubbles and fads because a stock's weight in the index is immune to errors in stock valuation.

In an exemplary embodiment, the present invention may be a method of constructing a portfolio of financial objects, including the steps of: purchasing a portfolio of a plurality of mimicking financial objects to obtain and/or create a mimicking portfolio, where performance of the portfolio of mimicking financial objects substantially mirrors the performance of an accounting data based index based portfolio without substantially replicating the accounting data based index based portfolio.

The embodiment may further include: obtaining and/or using a risk model for the portfolio of mimicking financial objects, where the risk model mirrors a risk model of the accounting data based index.

The performance of the portfolio of mimicking financial objects may substantially mirror the performance of the accounting data based index based portfolio without substantially replicating financial objects and/or weightings in the accounting data based index based portfolio. The risk model may be substantially similar to the Fama-French factors,

Exhibit 1 Page 35

US 7,747,502 B2

5

where the Fama-French factors may include at least one of size effect, value effect, and/or momentum effect.

A financial object may include: at least one unit of interest in at least one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, a closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

In another exemplary embodiment, the present invention may be a method of constructing a portfolio of financial objects, including the steps of: purchasing a plurality of financial objects according to weightings substantially similar to the weightings of an accounting data based index, where performance of the plurality of financial objects substantially mirrors the performance of the accounting data based index without using substantially the same financial objects in the accounting data based index.

The financial object may include: at least one unit of interest in at least one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, a closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

In another exemplary embodiment, the present invention may be a method of constructing a portfolio of financial objects, including the steps of: determining overlapping financial objects appearing in both an accounting data based index (ADBI) and a conventional weighted index, where the conventionally weighted index may includes an index weighted based on at least one of capitalization, equal weighting, and/or share price weighting, and where the ADBI may includes weighting based on at least one accounting data based factor and not based on any of: capitalization, equal weighting, and/or share price weighting index; comparing weightings of the overlapping financial objects in the ADBI with weightings of the overlapping financial objects in the conventionally weighted index; and purchasing at least one financial object based on the comparing.

The purchasing may include at least one of: purchasing a long position in at least one overlapping financial object when the comparing indicates the at least one overlapping financial object is over weighted in the non-capitalization weighted index relative to the conventional index; and/or purchasing a short position in at least one overlapping financial object when the comparing indicates the at least one overlapping financial object is underweighted in the non-capitalization weighted index relative to the conventional index.

6

The purchasing of the long and/or short positions may be implemented by using total return swaps. The long and/or short positions may be held for one year.

The embodiment may further include rebalancing the portfolio. The rebalancing may include: at least one of creating new long and/or short positions using cash flow from new capital contributions, and/or altering existing long and/or short positions using cash flow from new capital contributions.

The embodiment may further include using leverage to obtain the long and/or short positions.

The comparing may include calculating a difference between the weightings, and/or calculating a difference between arithmetically modified values of the weightings. The arithmetically modified values of the weightings may include square roots of the weightings.

The comparing may include calculating a difference based on tiers of weightings using stratified sampling.

The financial object may include: at least one unit of interest in at least one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

In another exemplary embodiment, the present invention may be a method of constructing a portfolio of financial objects, including the steps of: determining non-overlapping financial objects appearing in only one of either an accounting data based index (ADBI) or a conventional weighted index by comparing financial objects in an ADBI with financial objects in a conventionally weighted index, where the conventionally weighted index may includes conventionally weighting based on at least one of capitalization, equal weighting, and/or share price weighting, and where the ADBI may includes accounting data based weighting on at least one accounting data based factor and not based on any of capitalization, equal weighting, and/or share price weighting index; weighting the non-overlapping financial objects appearing only in the ADBI by accounting data based weighting; weighting the non-overlapping financial objects appearing only in the conventionally weighted index by the conventional weighting; and purchasing financial objects based on the weightings.

The accounting data based weighting may include: (a) gathering data about a plurality of financial objects; (b) selecting a plurality of financial objects to create an index of financial objects; and (c) weighting each of the plurality of financial objects selected in the index based on an objective measure of scale based on accounting data of a company associated with each of the plurality of financial objects, where the weighting may include: (i) weighting at least one of the plurality of financial objects based on accounting data; and (ii) weighting other than weighting based on at least one of market capitalization, equal weighting, and/or share price weighting.

The embodiment may further include weighting each of the plurality of financial objects, where the each of the financial objects may include: at least one unit of interest in at least

Exhibit 1 Page 36

US 7,747,502 B2

7

one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

The embodiment may further include weighting each of the plurality of financial objects, where the each of the financial objects may include a stock.

The objective measures of scale may include weighting based on any dividends, book value, cash flow, and/or revenue. The embodiment may further include equally weighting each objective measure of scale.

The embodiment may further include weighting based on the objective measure of scale, where the objective measure of scale may include a measure of company size associated with each of the plurality of financial objects.

The measure of company size may include at least one of: inventory, revenue, sales, income, book income, taxable income, earnings growth rate, earnings before interest and tax (EBIT), earnings before interest, taxes, depreciation and amortization (EBITDA), retainer earnings, number of employees, capital expenditures, salaries, book value, assets, fixed assets, current assets, quality of assets, operating assets, intangible assets, dividends, gross dividends, dividend yields, cash flow, liabilities, losses, long term liabilities, short term liabilities, liquidity, long term debt, short term debt, bonds, corporate bonds, net worth, shareholder equity, goodwill, research and development expenditures, costs, cost of goods sold (COGS), and/or research and development costs.

The financial object may include: at least one unit of interest in at least one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, a closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

In another exemplary embodiment, the present invention may be a method, executed on a data processing system, including the steps of: creating an accounting data based index (ADBI) based on accounting data including: selecting a universe of financial objects, and selecting a subset of the universe based on the accounting data to obtain the ADBI; creating a portfolio of financial objects using the ADBI, including weighting the financial objects in the portfolio according to a measure of value of a company associated with each financial object in the portfolio.

The universe may include at least one of: a sector; a market; a market sector; an industry sector; a geographic sector; an international sector; a sub-industry sector; a government issue; and/or a tax exempt financial object.

8

The accounting based data used in weighting as a measure of value of the company associated with the financial object, may include at least one of: any dividends; revenue; cash flow; and/or book value.

The accounting based data may be weighted relatively dependent on the geography of the company associated with the financial object.

The financial object may include: at least one unit of interest in at least one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, a closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

In another exemplary embodiment, the present invention may be a computer-implemented method for construction and management of an index and at least one index fund containing a portfolio of financial objects based on the index, where weighting of the index is based on accounting based data rather than on stock prices or market capitalization or equal weighting, the computer-implemented method including the steps of: creating an index, and at least one index fund containing a portfolio of financial objects, where the constituent weightings of the companies issuing the financial objects in the index fund are based upon accounting based data regarding the companies associated with the financial objects, where the accounting based data may includes any dividends, cash flow, revenues, and/or book value.

The embodiment may further include: creating the index, and the at least one index fund containing a portfolio of financial objects where the constituent weightings are based upon any ratio of accounting based data, or any manipulation of accounting based data, that is contained within a standard company annual report and accounts.

The embodiment may further include: creating the index, and the at least one index fund containing a portfolio of financial objects where the constituent weightings are based upon any ratio of accounting based data per share, or any manipulation of accounting based data, that is contained within a standard company annual report and accounts.

The embodiment may further include: managing an accounting based data index, and at least one index fund containing a portfolio of financial objects based on the index including: altering the relative weightings of the financial objects within the at least one index fund as the accounting based data concerning the companies associated with the financial objects changes.

The altering may include at least one of: altering based on at least one of: changes in relative weightings of financial objects in the index; and/or changes in the financial objects that are members of the index outside the sample changes; and/or altering at the time of at least one of when, and/or after at least one company associated with a financial object of the index reports its accounting information.

The financial object may include: at least one unit of interest in at least one of: an asset; a liability; a tracking portfolio; a financial instrument and/or a security, where the financial instrument and/or the security denotes a debt, an equity interest, and/or a hybrid; a derivatives contract, including at least

Exhibit 1 Page 37

US 7,747,502 B2

9

one of: a future, a forward, a put, a call, an option, a swap, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability; a fund; and/or an investment entity of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

The measure of company size may include at least one of: a financial ratio of a company; a ratio of accounting based data; a ratio of accounting based data per share; a ratio of a first accounting based data to a second accounting based data; a liquidity ratio; a working capital ratio; a current ratio; a quick ratio; a cash ratio; an asset turnover ratio; a receivables turnover ratio; an average collection period ratio; an average collection period ratio; an inventory turnover ratio; an inventory period ratio; a leverage ratio; a debt ratio; a debt-to-equity ratio; an interest coverage ratio; a profitability ratio; a return on common equity (ROCE) ratio; profit margin ratio; an earnings per share (EPS) ratio; a gross profit margin ratio; a return on assets ratio; a return on equity ratio; a dividend policy ratio; a dividend yield ratio; a payout ratio; a capital market analysis ratio; a price to earnings (PE) ratio; and/or a market to book ratio.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other features and advantages of the invention will be apparent from the following, more particular description of exemplary embodiments of the invention, as illustrated in the accompanying drawings. In the drawings, like reference numbers generally indicate identical, functionally similar, and/or structurally similar elements. The drawing in which an element first appears is indicated by the leftmost digits in the corresponding reference number. A preferred exemplary embodiment is discussed below in the detailed description of the following drawings:

FIG. 1 is a deployment diagram of an index generation and use process in accordance with an exemplary embodiment of the present invention;

FIG. 2 is a process flow diagram of an index generation process in accordance with an exemplary embodiment of the present invention;

FIG. 3 is a process flow diagram of an index use process in accordance with an exemplary embodiment of the present invention;

FIG. 4 is a process flow diagram of a method of creating a portfolio of financial objects; and

FIG. 5 is a process flow diagram of a method of constructing an ADBI and a portfolio of financial objects using the ADBI.

DETAILED DESCRIPTION OF EMBODIMENTS OF THE PRESENT INVENTION

Various exemplary embodiments of the invention are discussed in detail below including a preferred embodiment. While specific implementations are discussed, it should be understood that this is done for illustration purposes only. A person skilled in the relevant art can recognize that other

10

components, configurations, accounting data, and ratios may be used without parting from the spirit and scope of the invention.

An exemplary embodiment of the invention may be implemented on a computing device(s), processor(s), computer(s) and/or communications device(s).

The computer, in an exemplary embodiment, may comprise one or more central processing units (CPUs) or processors, which may be coupled to a bus. The processor may, e.g., access main memory via the bus. The computer may be coupled to an input/output (I/O) subsystem such as, e.g., but not limited to, a network interface card (NIC), or a modem for access to a network. The computer may also be coupled to a secondary memory directly via bus, or via a main memory, for example. Secondary memory may include, e.g., but not limited to, a disk storage unit or other storage medium. Exemplary disk storage units may include, but are not limited to, a magnetic storage device such as, e.g., a hard disk, an optical storage device such as, e.g., a write once read many (WORM) drive, or a compact disc (CD), or a magneto optical device. Another type of secondary memory may include a removable disk storage device, which may be used in conjunction with a removable storage medium, such as, e.g. a CD-ROM, a floppy diskette or flash drive, etc. In general, the disk storage unit may store an application program for operating the computer system referred to commonly as an operating system. The disk storage unit may also store documents of a database (not shown). The computer may interact with the I/O subsystems and disk storage unit via bus. The bus may also be coupled to a display for output, and input devices such as, but not limited to, a keyboard and a mouse or other pointing/selection device.

In this document, the terms "computer program medium" and "computer readable medium" may be used to generally refer to media such as, e.g., but not limited to, a removable storage drive, a hard disk installed in hard disk drive, and signals, etc. These computer program products may provide software to the computer system. The invention may be directed to such computer program products.

References to "one embodiment," "an embodiment," "example embodiment," "various embodiments," etc., may indicate that the embodiment(s) of the invention so described may include a particular feature, structure, or characteristic, but not every embodiment necessarily includes the particular feature, structure, or characteristic. Further, repeated use of the phrase "in one embodiment," or "in an exemplary embodiment," do not necessarily refer to the same embodiment, although they may.

In the following description and claims, the terms "coupled" and "connected," along with their derivatives, may be used. It should be understood that these terms are not intended as synonyms for each other. Rather, in particular embodiments, "connected" may be used to indicate that two or more elements are in direct physical or electrical contact with each other. "Coupled" may mean that two or more elements are in direct physical or electrical contact. However, "coupled" may also mean that two or more elements are not in direct contact with each other, but yet still co-operate or interact with each other.

An algorithm is here, and generally, considered to be a self-consistent sequence of acts or operations leading to a desired result. These include physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms,

Exhibit 1 Page 38

US 7,747,502 B2

**11**

numbers or the like. It should be understood, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities.

Unless specifically stated otherwise, as apparent from the following discussions, it is appreciated that throughout the specification discussions utilizing terms such as "processing," "computing," "calculating," "determining," or the like, refer to the action and/or processes of a computer or computing system, or similar electronic computing device, that manipulate and/or transform data represented as physical, such as electronic, quantities within the computing system's registers and/or memories into other data similarly represented as physical quantities within the computing system's memories, registers or other such information storage, transmission or display devices.

In a similar manner, the term "processor" may refer to any device or portion of a device that processes electronic data from registers and/or memory to transform that electronic data into other electronic data that may be stored in registers and/or memory. A "computing platform" may comprise one or more processors.

Embodiments of the present invention may include apparatuses for performing the operations herein. An apparatus may be specially constructed for the desired purposes, or it may comprise a general purpose device selectively activated or reconfigured by a program stored in the device.

Constructing Accounting Data Based Indexes

A financial object, as discussed herein, may include at least one unit of interest in an asset; a liability; a tracking portfolio; and/or a financial instrument and/or a security, where the financial instrument and/or security denotes a debt, an equity interest, and/or a hybrid. A financial object, as discussed herein, may also include at least one unit of interest in a derivatives contract, including but not limited to at least one of: a future, a forward, a put, a call, an option, a swap, or other financial instrument whose price is derived from the price of the underlying financial asset, and/or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability. A financial object, as discussed herein, may also include at least one unit of interest in a fund; and/or in an investment entity or account of any kind, including an interest in, or rights relating to: a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, a closed end fund, an investment vehicle, and/or any other pooled and/or separately managed investments.

FIG. **1** depicts an exemplary deployment diagram **100** of an index generation and use process in accordance with an exemplary embodiment of the present invention. According to the exemplary embodiment, an analyst may use a computer system **102** to generate an index **110**. The analyst may do so by using analysis software **114** to examine data **106** about entities offering different kinds of financial objects that may be traded by investors. An example of an entity that may be offering financial objects may be a publicly held company whose shares trade on an exchange. However, the present invention also applies to any entity that may have any type of financial object that may be traded where information about the entity and/or its financial objects is available (or capable of being made available) for analysis.

In an exemplary embodiment, once index **110** has been generated by an analyst using the entity data **106**, index **110** may be used to build investment portfolios. An investor, advisor, manager or broker may then manage the purchased finan-

**12**

cial objects as a mutual fund, an electronic traded fund, a hedge fund or other portfolio or account of assets for one or for a plurality of individual and/or institutional investors. The investor, advisor, manager or broker may use a trading computer **104** with trading software **116** to manage one or more trading accounts **108**. Alternatively, the purchased financial objects may be managed for one or more investors. In the latter case, financial objects may be purchased based on the index for inclusion in an individual or an institutional investor's portfolio. One or more trades may be effected or closed in cooperation with and via communication with an exchange host **112**.

FIG. **2** depicts an exemplary process flow diagram **200** of an index generation process in accordance with an exemplary embodiment of the present invention. In an exemplary embodiment, starting at block **202**, to generate index **110**, an analyst using analysis software **114** may access entity data **106** about various entities that have financial objects that are traded. For example, publicly traded companies must disclose information about certain financial aspects of their operations. This information may be aggregated for a plurality of entities. Market sectors and corresponding indices may then be identified and generated using the aggregate data.

In slightly more detail, an index **110** may be generated by normalizing entity data for a particular non-market capitalization metric in block **204**. The normalized entity data may be used to generate a weighting function, in block **206**, describing the contribution of each entity to a business sector as defined by the metric, in an exemplary embodiment. Index **110** may be generated using the weighting function in block **208**. The process ends at block **210**. Once index **110** is generated, according to an exemplary embodiment, index **110** may be used to track the business sector defined by the metric or to create a portfolio of financial objects offered by the entities whose information was used to generate the index.

For example, in an exemplary embodiment of the invention a method of constructing a non-capitalization weighted portfolio of financial objects may include, e.g., gathering data about various financial objects; selecting a group of financial objects to create the index of financial objects; and weighting each of the group of financial objects selected in the index based on an objective measure of scale of each member of the group of financial objects, where the weighting may include weighting all or a subset of the group of financial objects, and weighting based on other than market capitalization, equal weighting, or share price weighting.

In one exemplary embodiment, the weighting of each member of the group of financial objects, may include weighting financial objects of any of various types. Examples of various types of financial objects may include, e.g., but not limited to, a stock type; a commodity type; a futures contract type; a bond type; a mutual fund type; a hedge fund type; a fund of funds type; an exchange traded fund (ETF) type; a derivative type asset, and any other portfolio or account of financial objects. The weighting may also include, e.g., but not limited to, a negative weighting on any of the various types of financial objects.

According to exemplary embodiments of the present invention, the index **110** may be weighted based on an objective measure of scale, where the objective measure of scale may include a measure relating to an underlying asset itself. The financial object may include a municipality, a municipality issuing bonds, or a commodity. An objective measure of scale associated with the financial object may include any combination or ratios of: revenue, profitability, sales, total sales, foreign sales, domestic sales, net sales, gross sales, profit margin, operating margin, retained earnings, earnings

**Exhibit 1 Page 39**

US 7,747,502 B2

**13**

per share, book value, book value adjusted for inflation, book value adjusted for replacement cost, book value adjusted for liquidation value, dividends, assets, tangible assets, intangible assets, fixed assets, property, plant, equipment, goodwill, replacement value of assets, liquidation value of assets, liabilities, long term liabilities, short term liabilities, net worth, research and development expense, accounts receivable, earnings before interest, taxes, dividends, and amortization (EBITDA), accounts payable, cost of goods sold (CGS), debt ratio, budget, capital budget, cash budget, direct labor budget, factory overhead budget, operating budget, sales budget, inventory method, type of stock offered, liquidity, book income, tax income, capitalization of earnings, capitalization of goodwill, capitalization of interest, capitalization of revenue, capital spending, cash, compensation, employee turnover, overhead costs, credit rating, growth rate, dividends, dividends per share, dividend yields, tax rate, liquidation value of company, capitalization of cash, capitalization of earnings, capitalization of revenue, cash flow, and/or future value of expected cash flow.

Ratios too may be used. In an exemplary embodiment, the weighting of financial objects in the index based on objective measures of scale may include a ratio of any combination of the objective measures of scale of the financial object other than ratios based on weighting the financial objects based on market capitalization, equal weighting, or share price weighting. For example, the ratio of any combination of the objective measures of scale may include, e.g., but not limited to, current ratio, debt ratio, overhead expense as a percent of sales, or debt service burden ratio.

In an exemplary embodiment, the portfolio of financial objects may include, e.g., but not limited to, one or more of, a fund; a mutual fund; a fund of funds; an asset account; an exchange traded fund (ETF); a separate account, a pooled trust; a limited partnership or other legal entity, fund or account.

In an exemplary embodiment, a measure of company size may include one of, or a combination of one or more of, gross revenue, sales, income, earnings before interest and tax (EBIT), earnings before interest, taxes, depreciation and amortization (EBITDA), number of employees, book value, assets, liabilities, net worth, cash flow or dividends.

In one exemplary embodiment, the measure of company size may include a demographic measure of the financial object. The demographic measure of the financial object may include, e.g., one of, or any combination of one or more of a non-financial metric, a non-market related metric, a number of employees, floor space, office space, or other demographics of the financial object.

In an exemplary embodiment, weighting may be based on the objective measure of scale, where the measure may include a geographic measure. The geographic metric in an exemplary embodiment may include a geographic metric other than gross domestic product (GDP) weighting.

FIG. **3** depicts an exemplary process flow diagram **300** of an index use process in accordance with an exemplary embodiment of the present invention. The process starts at block **302**. An index **310** may be received from an index generation process and may be used to determine the identity and quantity of securities to purchase for a portfolio in block **304**, according to an exemplary embodiment. The securities may be purchased, in block **306**, from an exchange **314** or other market and may be held on account for an investor or group of investors in trading accounts **308**. The index **310** may be updated on, e.g., but not limited to, a periodic basis and may be used as a basis to rebalance the portfolio, according to an exemplary embodiment. According to another

**14**

exemplary embodiment, the portfolio can be rebalanced when, e.g., a pre-determined threshold is reached. In this way, a portfolio may be created and maintained based on a non-market capitalization index.

Rebalancing can be based on financial objects reaching a threshold condition or value. For example, but not limited to, rebalancing may occur upon reaching a threshold such as, e.g., 'when the portfolio of financial objects increases in market value by 20%,' or 'when the financial objects on a sub-category within the portfolio exceed 32% of the size of the portfolio,' or 'when a U.S. President is elected from a different party than the incumbent,' etc. Rebalancing may take place periodically, e.g., quarterly, or annually.

The present invention, in an exemplary embodiment, may be used for investment management, or investment portfolio benchmarking.

Another exemplary embodiment of the present invention may include an Accounting Data Based Index (ADBI) such as, e.g., but not limited to a, FUNDAMENTAL INDEX™ and Index Fund or Funds.

This exemplary embodiment may utilize a new series of accounting data based stock market indices in which the index weightings may be determined by company accounting data such as, e.g., but not limited to, the relative size of a company's profits, or its pre-exceptional profits, or sales, or return on investment or any accounting data based accounting item, or ratio, may help to address some of the issues raised above. An index that is weighted based on company accounting data, rather than the share price, or market capitalization or equal weighting, may have a stabilizing element within it that can help to remove excess volatility generated by indices constructed on the basis of price or market capitalization alone. Over the medium to longer term, such accounting data based indices have the potential to outperform price or market capitalization-based indices, and may do so with less volatility.

The exemplary inventive method may create a new class of stock market indices and index funds that may be implemented on, e.g., but not limited to, a computing device or a processor, or as a computer software or hardware, or as an algorithm. This new class of stock market indices may base its weightings on the accounting data of the companies that make up that index. One possible version of an accounting data based stock market index may be an index that is based on the relative size of a sample of the companies' pre-exceptional profits. If the chosen sample of companies was determined to be one hundred and the accounting data based criteria that the index manager decided to use was to be 'largest pre-exceptional profits,' then the index may contain, e.g., the one hundred largest companies as defined by the size of their pre-exceptional profits. As an example, if the total pre-exceptional profits of the largest one hundred companies, as measured by their pre-exceptional profits, was 100 dollars, pound, or other currency, in a defined time period (such as a quarter or year) and in the same time period the pre-exceptional profits of theoretical company 'A' were $2, then theoretical company A would be allocated a 2% weighting in the accounting data based index, in an exemplary embodiment. If theoretical company B had pre-exceptional profits of $1.5 in over the same time period then it would have a weighting of 1.5% in the accounting data based index according to an exemplary embodiment.

The index weightings may be managed based on how the fundamentals of the companies within, or outside, the chosen index sample may change. As an example, the index manager could choose to rebalance the weightings from time to time such as, e.g., but not limited to, periodically, aperiodically,

**Exhibit 1 Page 40**

US 7,747,502 B2

15

quarterly, as company pre-exceptional profits change, and/or on an annual basis, etc., and enter their choice into, e.g., a computing device. If, for instance, by the time of the next rebalancing period the total pre-exceptional profits of the largest one hundred companies, as measured by their pre-exceptional profits, had grown to $120, and theoretical company A now had pre-exceptional profits of $1.2, the computing device may calculate the weighting of company in the accounting data based index such as, e.g., the accounting data based index down to 1% from 2% in the previous period. Creating such accounting data based indices may give an investor the opportunity to follow, or invest, passively in an index which may be anchored to the economic realities of the companies within it. This new accounting data based index construction technique by a computing device may produce an index and related index fund products with increased stability and with increased economically rational behavior as compared with known methods of investing.

Accounting Data Based Indexation

In one exemplary embodiment, a computing device may create an accounting data based stock market index (ADBI) such as, e.g., an accounting data based stock market index by using any of the accounting data based data points regarding a company or a group of companies that can be found in a company's annual report and accounts. In one exemplary embodiment, the computing device may create an index of companies based on the relative size of the companies' sales, assets, profits, cash flow or the shareholders equity. In addition, the computing device can also create the ADBI by using a ratio of any of the data concerning a company or group of companies that may be contained in a company report and accounts. In one exemplary embodiment, this could include the relative size of the return on financial objects of a selection of companies, their return on investment, or their return on capital compared to their cost of capital.

Once the index manager has decided and entered which accounting data based criteria to use and how many constituents the manager may decide that he or she wants to include in the index, the computing device may create the index in the following way. If, for example, the index manager decides to construct an accounting data based stock market index of one hundred constituent members and decides to use pre-exceptional profit as the chosen accounting data based criteria, the computing device may create the index as follows. First, the computing device may perform a search to find which are the largest one hundred listed companies as defined by the size of their pre-exceptional profits. Once the computing device has identified this information, the computing device may be ready to construct the index. Companies may be accorded index weightings based on the relative size of their pre-exceptional profits. If the combined pre-exceptional profits of the one hundred companies is $100 and theoretical company A has pre-exceptional profits of $2, then it may have an index weighting of 2%. Once the one hundred companies may have been accorded their weightings, the computing device may begin to calculate future index performance as the share prices of the different companies in the index changes from day to day. This may be achieved by assuming a starting value for the index, or index portfolio, and then calculating how each of the index constituents may perform going forward.

The computing device may then rebalance the index weightings as the accounting data based data points change over time as desired by the investor. For instance, if at the end of the next company reporting season the combined pre-exceptional profits of the one hundred largest companies had grown from $100 to $120 and the pre-exceptional profits of

16

theoretical company A had declined from $2 to $1.2, the computing device may determine its weighting in the index would decline from 2% in the prior period to 1% in the current period. Also, some of the original companies in the first one hundred may be eliminated from the index if their pre-exceptional profits fall below a certain level while new companies that were not in the original sample may be included. The computing device, under the direction of an investor, may choose to rebalance the weightings in the index, e.g., but not limited to, as individual companies report their pre-exceptional profits on a quarterly basis, and/or waiting until the majority of companies have reported their pre-exceptional profits and then adjusting them all at once. Also, the computing device, under the direction of an investor, could choose to determine the weightings based on, e.g., but not limited to, either the total nominal amount of pre-exceptional profit each quarter or on a cumulative rolling basis.

Constructing a stock market index according to an exemplary embodiment using accounting data based company accounts data or a ratio, or manipulation of that data may provide a series of genuine alternatives for investors who want to invest in a passive style while focusing on fundamentals that they believe are important. For instance, according to an exemplary embodiment an investor may always want to own an index of U.S. or foreign equities that are, e.g., but not limited to, the largest five hundred companies as measured by sales, or by profits, or by growth in sales, or by return on investment, or any accounting data based company accounts data or ratio of that data.

Long-Short Equity Strategies

An exemplary embodiment of the present invention may take long and short positions based on an extent to which accounting data based indexation suggests that equities are under or over valued.

FIG. **4** illustrates an exemplary process flow diagram **400** of a method of creating a portfolio of financial objects according to an embodiment of the present invention. In block **402** the process starts. In block **404**, a determination is made of overlapping financial objects that appear in both an accounting data based index (ADBI) **410** and a conventional weighted index **412**. In block **406**, the weightings of the overlapping financial objects in the ADBI are compared with the weightings of the overlapping financial objects in the conventionally weighted index. Then, in block **408**, one or more of the overlapping financial object may be purchased based on the result of the comparison.

In the alternative, exemplary embodiments of the present invention may determine non-overlapping financial objects appearing in only one of either an accounting data based index (ADBI) or a conventional weighted index by comparing financial objects in an ADBI with financial objects in a conventionally weighted index. Non-overlapping financial objects appearing only in the ADBI may be weighted by accounting data based weighting. Non-overlapping financial objects appearing only in the conventionally weighted index may be weighted by the conventional weighting. Financial objects may then be purchased based on the resulting weightings.

In an exemplary embodiment, an index of the largest 1,000 U.S. equities, weighted by accounting data, may overlap an index of the largest 1,000 U.S. capitalization-weighted companies by approximately 80%. The 20% of non-overlapping companies may drive the 2.0% increase in return of an accounting data based index such as, e.g., but not limited to, RESEARCH AFFILIATES FUNDAMENTAL INDEX™ (RAFI™) available from Research Affiliates, LLC of Pasa-

**Exhibit 1 Page 41**

US 7,747,502 B2

**17**

dena, Calif., versus a cap-weighted index. A long-short strategy according to an exemplary embodiment is designed to leverage this 20% of companies that do not overlap, and may capture the expected alpha from the accounting data based indexation. An exemplary long-short U.S. equity strategy may be approximately beta and dollar neutral and can replace or complement market neutral or long-short strategies, or as part of a portfolio's alternative strategies bucket.

Accounting data based indexation may use economic measures of company size in constructing indexes. Using accounting data based economic measures of firm size may create an index that is indifferent to price. Accounting data based indexes may avoid flaws inherent in capitalization (price)-weighted indexes. Capitalization-weighted indexes naturally overweight overvalued stocks and underweight undervalued stocks. Accounting data based indexes may more accurately estimate a true fair value of a company, allowing the weight of a company's stock in the index to rise or fall only to the extent that the underlying economic value of the issuing company may rise or fall.

ADBI Portfolio Construction

FIG. **5** illustrates an exemplary flow process diagram **500** of a method of constructing an ADBI and a portfolio of financial objects using the ADBI, starting at block **502**. In block **504**, the ADBI **510** is created. Creating the ADBI may include, in block **506**, selecting a universe of financial objects, and, in block **508**, selecting a subset of the universe based on the accounting data to obtain the ADBI **510**. Then, in block **512**, a portfolio of financial objects is created using the ADBI **510**, including weighting the financial objects in the portfolio according to a measure of value of a company associated with each financial object in the portfolio.

To construct an exemplary accounting data based index (ADBI), such as, e.g., but not limited to, the RESEARCH AFFILIATES FUNDAMENTAL INDEX™ (RAFI™), some number of financial objects, e.g., 1000 US equities, may be selected and/or weighted based on the following four accounting data based measures of firm size: book equity value, free cash flow, sales, and gross dividends.

An exemplary embodiment of an accounting data based index such as, e.g., but not limited to, the RAFI™ index may first weight all US equities by each of the four accounting data based measures of firm size detailed above. According to an exemplary embodiment, an optimal relative weighting between the four factors may differ by geography of the stock market from which the equities are selected such as, e.g., an equal weighting may be optimal in one country or industry sector, while a different relative weighting between the factors may make sense in another country or industry sector. The index may then compute an overall weight for each holding by equally-weighting each of the four accounting data based measure of firm size according to an exemplary embodiment. For example, assume that a company has the following weights: 2.8% of total US book values, 2% of total US cash flow, 3% of total US sales, and 2.2% of total US dividends.

Equally-weighting these four accounting data based measures of firm size (i.e., book value, cashflow, sales and dividends) may produce a weight of 2.5%. According to an exemplary embodiment, for companies that have never paid dividends, one may exclude dividends from the calculation of the company's accounting data based weight. Finally, in an exemplary embodiment, the 1000 equities with the highest accounting data based weights may be selected and may be assigned a weight in the RAFI™ portfolio equal to its accounting data based weight.

**18**

According to another exemplary embodiment, an accounting data based index such as, e.g., but not limited to, RAFI™ maybe constructed using aggregate (not per-share) measures of firm size. For example, RAFI™ may use total firm cash flow instead of cash flow per share and total book value instead of book value per share in its construction.

In an exemplary embodiment, the accounting data may include the following four factors, book value, sales/revenue, cash flow and dividends. In another exemplary embodiment, only one or more of these factors may be used. In another exemplary embodiment, additional factors may be used, such as, e.g., any other accounting data. In one exemplary embodiment, the weightings of each of these factors may be equal relative to one another, i.e., 25% of each of book value, sales/revenue, cash flow and dividends. In one exemplary embodiment, if there are no dividends, then the other three factors may be weighted in equal parts, i.e., 33% each to book value, sales/revenue, and cash flow. In another exemplary embodiment, dividends may be weighted in a greater part such as, e.g., but not limited to, weighting dividends at 50% and book value, sales/revenue, and cash flow at ⅙th each, etc. In one exemplary embodiment, weightings may be the same, depending on the country or sovereign of origin or the industry sector of the stock or other financial object. In another exemplary embodiment, weightings may vary depending on the country or sovereign of origin or the industry sector of the stock or other financial object. In another exemplary embodiment, weightings may vary based on other factors, such as, e.g., but not limited to, types of assets, industry sectors, geographic sectors, sizes of companies, profitability of companies, amount of revenue generated by the company, etc.

An accounting data based index may be available in several varieties to meet the unique needs of different classes of retail and institutional investors, including, e.g., but not limited to, as enhanced portfolios, Exchange Traded Funds (ETFs), open-end mutual funds, tax managed portfolios, a collection of financial objects managed collectively but tracked separately, and closed-end mutual funds. Various US and international investment managers may offer, e.g., but not limited to, a suite of products.

A limited partnership or other fund or account investing in assets based on an Accounting Data Based Index, such as, e.g., Research Affiliates Fundamental Index, L.P. (RAFI LP) may increase the alpha generated by accounting data based indexation in the US through improvements or enhancements, including, e.g., but not limited to, monthly cash rebalancing and quality of earnings and corporate governance screens. The additional enhancements available through the LP may be expected to add an additional 40-70 bps of annual outperformance above the 200 basis points (bps) of annual out performance that may be achieved through the use of accounting data based indexing in portfolio construction.

A limited partnership or other fund or account investing in assets based on an ADBI international LP such as, RAFI International LP (RAFI™-I may apply accounting data based indexation to the international equity space in an exemplary embodiment to create an enhanced portfolio of, e.g., but not limited to 1000 international (ex-US) equities. RAFI-I may be expected to outperform capitalization weighted indexes by approximately 250 bps per year. Like the other RA Fundamental Index LP's, RAFI-I is an enhanced portfolio that may use monthly cash rebalancing and quality of earnings and corporate governance screens to improve upon the performance of the RAFI International index.

**Exhibit 1 Page 42**

US 7,747,502 B2

19

Open-end mutual funds may manage financial objects employing a fixed income strategy and portable alpha using the Accounting Data Based Index (ADBI) according to an exemplary embodiment.

An Exchange Traded Fund (ETF) of the ADBI such as, e.g., but not limited to, POWERSHARES FTSE RAFI US 1000 Portfolio ETF (ticker symbol: PRF) may meet needs of retail and institutional investors interested in a low-cost means of accessing the power of accounting data based indexing in another exemplary embodiment.

Another exemplary embodiment includes a closed-end fund implementing accounting data based indexing such as, e.g., Canadian Fundamental Income 100, a closed-end mutual fund of the largest 100 accounting data based equities in Canada which attracted investments from retail and institutional investors in 2005, one of the most difficult closed end markets in recent history, demonstrating the strength of the accounting data based indexation strategy.

Accounting Data Based Indexation Long-Short (ADBI-LS)

Accounting data based indexation long-short (ADBI-LS) such as, e.g., but not limited to, RAFI-LS, is a long-short U.S. equity strategy that leverages ADBI such as RAFI™ innovation. The RAFI U.S. 1000 portfolio is designed to outperform the Russell 1000 (and the S&P 500) by about 200 bps per annum. By going long in stocks that have greater weight in the RAFI U.S. 1000 portfolio relative to the Russell 1000 and short in the stocks that are underweight in the RAFI U.S. 1000 relative to the Russell 1000, the RAFI-LS strategy captures the RAFI alpha process and enhances that alpha source.

ADBI-LS such as, e.g., RAFI-LS according to an exemplary embodiment, is designed to be roughly dollar and beta neutral, but not sector neutral. The sector bet can be significant if the ADBI strategy determines that a sector is substantially overvalued.

In general the overlap between ADBI RAFI U.S. 1000 and capitalization based index Russell 1000 may be about 75%. This may give 25% weights for the long portfolio and 25% weights for the short portfolio. The portfolio may be applied to 300% long and 300% short, which may magnify the RAFI alpha and the portfolio volatility. Leverage may be applied tactically, and can range from about 200% long/short to about 400% long/short according to exemplary embodiments.

ADBI-LS such as, e.g., RAFI-LS according to an exemplary embodiment may be designed to achieve an annual volatility of 15-25%. Volatility of the exemplary RAFI-LS, since inception, has been about 15%.

According to an exemplary embodiment, ADBI-LS, such as, e.g., RAFI-LS may use leverage in both its short and long positions. On average, $100 invested in RAFI-LS may result in a $300 notional long position and a $300 notional short position.

Implementation of an ADBI-LS's Long and Short Positions

According to an exemplary embodiment, one does not necessarily directly need to hold long or short positions in the underlying stocks, nor does it need to access a direct line of credit for the portfolio leverage. Instead, according to an exemplary embodiment, derivatives, such as a total return swaps may be used to implement the long and short positions. It may be possible to achieve minimal counterparty default risk exposure by entering into swaps with large Wall Street firms in an exemplary embodiment. Investors in an ADBI-LS may not be physically shorting any U.S. equities; rather, investors may merely hold OTC derivative contracts. This may provide both tax benefits and efficiency in investment logistics.

20

ADBI-LP such as, e.g., RAFI-LP™, may be a full-market ADBI. ADBI-LS such as, e.g., RAFI-LS™, may be a fund that uses the differences between company weights in ADBI such as, e.g., RAFI™ and in a capitalization-weighted index to establish long and short positions according to an exemplary embodiment.

ADBI-LS may be designed to be dollar neutral and equity beta neutral in an exemplary embodiment. Therefore, one may expect ADBI-LS returns to be largely uncorrelated with the equity market return in an exemplary embodiment. However, ADBI may not be market neutral in the traditional sense as it is not industry sector neutral in an exemplary embodiment.

ADBI-LS does not pair positions, and thus is different from traditional equity long-short strategies whereby e.g., but not limited to, a short General Motors (GM) position is paired with a long Ford position. Instead, ADBI-LS may acquire both long and short positions based on the relative difference between the ADB Index such as, e.g., FUNDAMENTAL INDEX™ weights and those of a cap-weighted index, such as, e.g., but not limited to the Russell 1000.

An exemplary embodiment of ADBI-LS may rebalance periodically and/or aperiodically. For example, on average, the ADBI-LS, such as, e.g., RAFI-LS portfolio may hold its long-short bets for about one year. The cash flow from new capital contributed to the strategy may be used to rebalance the portfolio to create new or alter existing long-short bets according to an exemplary embodiment.

In an exemplary embodiment, the present invention may be a method of constructing a portfolio of financial objects, comprising: purchasing a portfolio of a plurality of mimicking financial objects to obtain and/or create a mimicking portfolio, wherein performance of the portfolio of mimicking financial objects substantially mirrors the performance of the accounting data based index based portfolio without substantially replicating the accounting data based index based portfolio. The method may further obtain and/or use a risk model for the portfolio where the risk model mirrors a risk model of the accounting data based index. The risk model may be substantially similar to the Fama-French factors, wherein the Fama-French factors may comprise at least one of size effect (e.g., where small cap beats large cap), value effect (e.g., where high B/P beats low B/P), and/or momentum effect (e.g. where strong momentum beats weak momentum in very long run, e.g. 10 or more years). The performance of the portfolio of mimicking financial objects may substantially mirror the performance of the accounting data based index based portfolio without substantially replicating financial objects and/or weightings in the accounting data based index based portfolio.

In another exemplary embodiment, the present invention may include purchasing a plurality of financial objects according to weightings substantially similar to the weightings of an accounting data based index (ADBI), where performance of the financial objects substantially mirrors the performance of the ADBI without using substantially the same financial objects in the ADBI.

While various embodiments of the present invention have been described above, it should be understood that they have been presented by way of example only, and not limitation. Thus, the breadth and scope of the present invention should not be limited by any of the above-described exemplary embodiments, but should instead be defined only in accordance with the following claims and their equivalents.

Exhibit 1 Page 43

US 7,747,502 B2

21

What is claimed is:

**1**. A computer-implemented method for construction of an index of financial objects, the computer-implemented method comprising:

creating, by at least one computer, the index of the financial objects, said creating comprises:

selecting, by the at least one computer, financial objects as constituents of the index based upon at least one accounting data regarding entities issuing the financial objects rather than price of the financial objects, wherein the at least one accounting data comprises at least one of: cash flow of the entities issuing the financial objects, sales of the entities issuing the financial objects, book value of the entities issuing the financial objects or any dividends of the entities issuing the financial objects; and

weighting, by the at least one computer, the constituents of the index based upon at least one accounting data regarding the entities issuing the financial objects rather than price of the financial objects, to obtain constituent weightings of the constituents of the index, wherein the at least one accounting data comprises at least one of: cash flow of the entities issuing the financial objects, sales of the entities issuing the financial objects, book value of the entities issuing the financial objects or any dividends of the entities issuing the financial objects, and

managing, by the at least one computer, the index, and managing at least one portfolio of financial objects based on the index comprising:

altering, by the at least one computer, the relative weightings of the financial objects within said at least one portfolio of financial objects based on the index as the at least one accounting data concerning the entities of the financial objects changes or the constituents of the index change over time.

**2**. The computer-implemented method of claim **1**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index of financial objects wherein the constituent weightings are based upon any ratio of at least one accounting data, or any manipulation of at least one accounting data, that is contained within a company financial report.

**3**. The computer-implemented method of claim **1**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index of financial objects wherein the constituent weightings are based upon any ratio of at least one accounting data per share, or any manipulation of at least one accounting data, that is contained within a company financial report.

**4**. The computer implemented method of claim **1**, wherein said altering comprises at least one of:

altering based on at least one of: changes in relative weightings of financial objects in said index; or changes in said financial objects that are members of said index; or

altering at the time of at least one of: when, or after, at least one entity associated with a given financial object of said index reports its accounting information.

**5**. The computer-implemented method of claim **1**, wherein said financial object comprises:

at least one unit of interest in at least one of:

an asset;

a liability;

a tracking portfolio;

a financial instrument or a security, wherein said financial instrument or said security denotes a debt, an equity interest, or a hybrid;

22

a derivatives contract, including at least one of:

a future, a forward, a put, a call, an option, a swap, or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability;

a fund; or

an investment entity of any kind, including an interest in, or rights relating to at least one of:

a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, an investment vehicle, or any other pooled or separately managed investments.

**6**. The method of claim **1**, wherein said at least one accounting data further comprises at least one of:

inventory of the entity;

revenue of the entity;

sales of the entity;

income of the entity;

book income of the entity;

taxable income of the entity;

earnings growth rate of the entity;

earnings before interest and tax (EBIT) of the entity;

earnings before interest, taxes, depreciation, and amortization (EBITDA) of the entity;

expected earnings of the entity;

retained earnings of the entity;

expected revenue of the entity;

number of employees of the entity;

capital expenditures of the entity;

salaries of the entity;

book value of the entity;

assets of the entity;

fixed assets of the entity;

current assets of the entity;

quality of assets of the entity;

operating assets of the entity;

intangible assets of the entity;

dividends of the entity;

gross dividends of the entity;

dividend yields of the entity;

expected dividends of the entity;

cash flow of the entity;

expected cash flow of the entity;

liabilities of the entity;

losses of the entity;

long term liabilities of the entity;

short term liabilities of the entity;

liquidity of the entity;

long term debt of the entity;

short term debt of the entity;

bonds of the entity;

corporate bonds of the entity;

net worth of the entity;

shareholder equity of the entity;

goodwill of the entity;

research and development expenditures of the entity;

costs of the entity;

cost of goods sold (COGS) of the entity; or

research and development costs of the entity.

**7**. The computer-implemented method of claim **1**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index wherein the constituent weightings are based upon weighting of said cash flows of the entities issuing the financial

**Exhibit 1 Page 44**

US 7,747,502 B2

23

objects, said sales of the entities issuing the financial objects, and said book value of the entities issuing the financial objects.

**8**. The computer-implemented method of claim **1**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index wherein the constituent weightings are based upon equally weighting said cash flows of the entities issuing the financial objects, said sales of the entities issuing the financial objects, and said book value of the entities issuing the financial objects.

**9**. The computer-implemented method of claim **1**, wherein the constituent weightings are based upon equally weighting said cash flows of the entities issuing the financial objects, said sales of the entities issuing the financial objects, and said book value of the entities issuing the financial objects, at ⅓ each.

**10**. The computer-implemented method of claim **1**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index wherein the constituent weightings are based upon weighting of said cash flows of the entities issuing the financial objects, said sales of the entities issuing the financial objects, said book value of the entities issuing the financial objects, and said any dividends of the entities issuing the financial objects.

**11**. The computer-implemented method of claim **1**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index wherein the constituent weightings are based upon equally weighting of said cash flows of the entities issuing the financial objects, said sales of the entities issuing the financial objects, said book value of the entities issuing the financial objects, and said any dividends of the entities issuing the financial objects.

**12**. The computer-implemented method of claim **1**, wherein the constituent weightings are based upon:

equally weighting by the at least one computer, said cash flows of the entities issuing the financial objects, said sales of the entities issuing the financial objects, said book value of the entities issuing the financial objects, and said any dividends of the entities issuing the financial objects, at ¼ each, for financial objects with dividends; and

equally weighting by the at least one computer, said cash flows of the entities issuing the financial objects, said sales of the entities issuing the financial objects, and said book value of the entities issuing the financial objects, at ⅓ each, for financial objects with no dividends.

**13**. The computer-implemented method of claim **1**, wherein the constituent weighting of the entity of the financial object is based upon the at least one accounting data of the entity of the financial object relative to the total at least one accounting data of the entities of the financial objects.

**14**. The computer-implemented method of claim **1**, wherein the constituent weightings are adjusted based on at least one of: a country, a sovereign of origin of the entity of the financial object, or an industry sector of the entity of the financial object.

**15**. The computer-implemented method of claim **1**, wherein said selecting comprises selecting, by the at least one computer, a set of the entities of the financial objects of a universe of financial objects.

**16**. The computer-implemented method of claim **15**, wherein said selecting is relative to the at least one accounting data of the entities of the financial objects of the universe.

24

**17**. The computer-implemented method of claim **16**, wherein said selecting comprises:

selecting by the at least one computer, the set of the entities of the financial objects based on weighting the relative size of the at least one accounting data of the entity of each financial object relative to a total of the at least one accounting data of the entities of the financial objects of the universe.

**18**. The computer-implemented method of claim **15**, wherein said any dividends of the entities of the financial objects comprise the averaged total dividend distributions of the entities of the financial objects for a period of time, said cash flows of the entities of the financial objects comprise the averaged cash flow of the entities of the financial objects for the period of time, and said sales of the entities of the financial objects comprise the averaged sales of the entities of the financial objects for the period of time.

**19**. The computer-implemented method of claim **18**, wherein the period of time comprises at least one of: at least a quarter, at least a year, or at least five years.

**20**. The computer-implemented method of claim **15**, wherein said selecting comprises:

selecting, by the at least one computer, a set of the entities of the financial objects based upon weighting the relative size of an average of the at least one accounting data of the entity of the financial object relative to a total of the averaged at least one accounting data of the entities of the financial objects of said universe.

**21**. The computer-implemented method of claim **15**, wherein said selecting the set comprises:

calculating, by the at least one computer, measures of value for the entities of the financial objects based upon said at least one accounting data regarding the entities of the financial objects; and

selecting, by the at least one computer, a set of the entities of the financial objects based on the measures of value.

**22**. The computer-implemented method of claim **21**, wherein said selecting the set of the entities of the financial objects comprises selecting, by the at least one computer, a fixed number of the entities of the financial objects with the largest measures of value from the universe.

**23**. The computer-implemented method of claim **15**, wherein said universe comprises at least one of:

publicly traded companies;

a sector;

a market;

a market sector;

an industry sector;

a geographic sector;

an international sector;

a sub-industry sector;

a government issue; or

a tax exempt financial object.

**24**. The computer-implemented method of claim **15**, wherein said weighting comprises:

determining by the at least one computer, the constituent weighting of the entities of the financial objects of the set, by the at least one computer, based upon weighting the relative size of an average of the at least one accounting data of entities issuing financial objects for a period of time relative to a total of the averaged at least one accounting data of the entities of the financial objects of said universe.

**25**. The computer-implemented method of claim **1**, wherein the constituent weightings of the entities of the finan-

**Exhibit 1 Page 45**

US 7,747,502 B2

**25**

cial objects are based on a proportion of types of financial objects issued by the same entity.

**26**. The computer-implemented method of claim **1**, further comprising:

    (a) gathering, by the at least one computer, the at least one accounting data about a plurality of the financial objects;

    (b) selecting, by the at least one computer, a plurality of financial objects based on an objective measure of scale comprising at least one accounting data of the entity associated with each of said plurality of financial objects to create said index of financial objects; and

    (c) weighting, by the at least one computer, each of said plurality of financial objects selected in said index based on an objective measure of scale comprising at least one accounting data of the entity associated with each of said plurality of financial objects,

      wherein said weighting comprises:

        (i) weighting by the at least one computer at least one of said plurality of financial objects based on said at least one accounting data; and

        (ii) weighting is exclusive of weighting based on market capitalization, equal weighting, and share price weighting.

**27**. The method according to claim **26**, wherein said weighting based on the objective measure of scale comprises weighting by the at least one computer based on any said dividends of the entities issuing the financial objects, said book value of the entities issuing the financial objects, said cash flows of the entities issuing the financial objects, or said sales of the entities issuing the financial objects.

**28**. The method of claim **27**, further comprising equally weighting by the at least one computer, each objective measure of scale.

**29**. The method of claim **26**, wherein (c) comprises weighting by the at least one computer based on said objective measure of scale, wherein said objective measure of scale comprises a measure of the entity size associated with each of said plurality of financial objects.

**30**. The method of claim **29**, wherein said measure of the entity size comprises at least one of:

    inventory of the entity;
    revenue of the entity;
    sales of the entity;
    income of the entity;
    book income of the entity;
    taxable income of the entity;
    earnings growth rate of the entity;
    earnings before interest and tax (EBIT) of the entity;
    earnings before interest, taxes, depreciation, and amortization (EBITDA) of the entity;
    expected earnings of the entity;
    retained earnings of the entity;
    expected revenue of the entity;
    number of employees of the entity;
    capital expenditures of the entity;
    salaries of the entity;
    book value of the entity;
    assets of the entity;
    fixed assets of the entity;
    current assets of the entity;
    quality of assets of the entity;
    operating assets of the entity;
    intangible assets of the entity;
    dividends of the entity;
    gross dividends of the entity;
    dividend yields of the entity;
    expected dividend of the entity;

**26**

    cash flow of the entity;
    expected cash flow of the entity;
    liabilities of the entity;
    losses of the entity;
    long term liabilities of the entity;
    short term liabilities of the entity;
    liquidity of the entity;
    long term debt of the entity;
    short term debt of the entity;
    bonds of the entity;
    corporate bonds of the entity;
    net worth of the entity;
    shareholder equity of the entity;
    goodwill of the entity;
    research and development expenditures of the entity;
    costs of the entity;
    cost of goods sold (COGS) of the entity; or
    research and development costs of the entity.

**31**. A computer-implemented method of claim **1**, further comprising:

    creating, by at least one computer, a portfolio of financial objects comprising purchasing constituent financial objects of the index in proportion to the constituent weightings of the constituents of the index.

**32**. The method of claim **1**, wherein said at least one accounting data further comprises at least one of:

    a financial ratio of a company;
    a ratio of accounting based data;
    a ratio of accounting based data per share;
    a ratio of a first accounting based data to a second accounting based data;
    a liquidity ratio;
    a working capital ratio;
    a current ratio;
    a quick ratio;
    a cash ratio;
    an asset turnover ratio;
    a receivables turnover ratio;
    an average collection period ratio;
    an average collection period ratio;
    an inventory turnover ratio;
    an inventory period ratio;
    a leverage ratio;
    a debt ratio;
    a debt-to-equity ratio;
    an interest coverage ratio;
    a profitability ratio;
    a return on common equity (ROCE) ratio;
    profit margin ratio;
    an earnings per share (EPS) ratio;
    a gross profit margin ratio;
    a return on assets ratio;
    a return on equity ratio;
    a dividend policy ratio;
    a dividend yield ratio; or
    a payout ratio.

**33**. The computer-implemented method of claim **1**, further comprising: selecting a subset of a universe of financial objects based on at least one of: a liquidity of the financial objects, or a minimum size of said entity of said financial object.

**34**. The computer-implemented method of claim **1**, wherein said at least one accounting data regarding entities issuing the financial objects further comprises net income of the entities issuing the financial objects.

**Exhibit 1 Page 46**

27

**35**. The computer-implemented method of claim **1**, wherein said selecting comprises:

calculating a first weight of a first accounting data of said at least one accounting data regarding an entity;

calculating a second weight of a second accounting data of said at least one accounting data regarding the entity;

averaging the first weight and the second weight to obtain an averaged weight; and

selecting the entity based on the averaged weight.

**36**. The computer-implemented method of claim **1**, wherein said weighting comprises:

calculating a first weight of a first accounting data of said at least one accounting data regarding an entity;

calculating a second weight of a second accounting data of said at least one accounting data regarding the entity;

averaging the first weight and the second weight to obtain an averaged weight; and

weighting the entity based on the averaged weight.

**37**. The computer-implemented method of claim **1**, further comprising:

quarterly rebalancing the index of financial objects.

**38**. The method according to claim **1**, wherein said selecting said financial objects further comprises selecting a universe and selecting a subset of said universe.

**39**. The method according to claim **38**, wherein said subset comprises at least one of:

a subset based upon at least one criteria;

a sector;

a market;

a market sector;

an industry sector;

a geographic sector;

an international sector;

a sub-industry sector;

a government issue; or

a tax exempt financial object.

**40**. The method according to claim **38**, wherein said universe comprises at least one of:

publicly traded stocks of at least one of: at least one country, or at least one country's at least one stock market;

at least one sector;

at least one market;

at least one market sector;

at least one growth market sector;

at least one value market sector;

at least one industry sector;

at least one geographic sector;

at least one international sector;

at least one sub-industry sector;

at least one government issue;

at least one measure of value;

at least one price-based ratio sector;

at least one size of an entity;

at least one market size of an entity;

any measure of size of an entity;

at least one size of a company; or

at least one tax exempt financial object.

**41**. The method according to claim **38**, wherein said selecting said subset of said universe comprises selecting upon at least one of: a liquidity of the financial objects, or a minimum size of the entity of the financial object.

**42**. The method according to claim **38**, wherein said selecting said subset comprises selecting, by the at least one processor based on user input, said subset based on any measure of company size.

**43**. The method according to claim **42**, wherein said selecting said subset comprises selecting, by the at least one pro-

28

cessor based on user input, said subset based on at least one of: a maximum measure of company size, a minimum measure of company size, or a range of measures of company size.

**44**. The method according to claim **38**, wherein said selecting said universe comprises selecting a universe based on any measure of company size.

**45**. The method according to claim **44**, wherein said selecting said subset comprises selecting, by the at least one processor based on user input, said subset based upon at least one of: a minimum measure of said company size; a maximum measure of said company size, or a range of measures of said company size.

**46**. The method according to claim **38**, wherein at least one of said selecting said universe or said selecting said subset, comprises: selecting, by the at least one processor based on user input, based upon a measure of company size comprising at least one of: a large cap, a mid cap, or a small cap.

**47**. The method according to claim **38**, further comprising: dividing, by the at least one processor based on user input, said index into at least one partition of said index based upon at least one measure of scale of entities of the financial objects in said index.

**48**. The method according to claim **38**, further comprising: selecting, by the at least one processor based on user input, at least a portion of said index based upon any measure of scale of entities of the financial objects in said index.

**49**. The method according to claim **38**, wherein said universe comprises publicly traded stocks of all companies in at least one of: a given country; or at least one stock market of a given country.

**50**. The method according to claim **38**, wherein said subset is selected based upon a measure of company size comprising at least one of:

a financial ratio of a company;

a ratio of accounting based data;

a ratio of accounting based data per share;

a ratio of a first accounting based data to a second accounting based data;

a liquidity ratio;

a working capital ratio;

a current ratio;

a quick ratio;

a cash ratio;

an asset turnover ratio;

a receivables turnover ratio;

an average collection period ratio;

an average collection period ratio;

an inventory turnover ratio;

an inventory period ratio;

a leverage ratio;

a debt ratio;

a debt-to-equity ratio;

an interest coverage ratio;

a profitability ratio;

a return on common equity (ROCE) ratio;

profit margin ratio;

an earnings per share (EPS) ratio;

a gross profit margin ratio;

a return on assets ratio;

a return on equity ratio;

a dividend policy ratio;

a dividend yield ratio; or

a payout ratio.

**51**. The method according to claim **1**, further comprising: selecting, by the at least one processor based on user input, a subset of an accounting data based index (ADBI) based on a measure of scale of entities in said ADBI.

**Exhibit 1 Page 47**

**29**

**52**. The method according to claim **1**, wherein said creating said index, said managing said index, and said managing said at least one portfolio are performed by at least one of: a same entity as, or one or more separate entities.

**53**. A computer-implemented method for construction of a portfolio based on an index, wherein selecting financial objects as constituents of the index and weighting of the constituents of the index is based upon at least one accounting data regarding entities issuing the financial objects rather than price data of the financial object, the computer-implemented method comprising:

creating, by at least one computer, the portfolio of financial objects comprising purchasing constituent financial objects of the index in proportion to constituent weightings of the constituents of the index, wherein the index was created by an index provider having:

selected, by the at least one computer, financial objects as said constituents of the index based upon at least one accounting data regarding entities issuing the financial objects rather than price of the financial objects, wherein the at least one accounting data comprises at least one of: cash flow of the entities issuing the financial objects, sales of the entities issuing the financial objects, book value of the entities issuing the financial objects or any dividends of the entities issuing the financial objects; and

weighted, by the at least one computer, the constituents of the index based on at least one accounting data related to the entities of the financial objects rather than price of the financial objects, to obtain the constituent weightings of the constituents of the index, wherein the at least one accounting data comprises at least one of: cash flow of the entities issuing the financial objects, sales of the entities issuing the financial objects, book value of the entities issuing the financial objects or any dividends of the entities issuing the financial objects, and

managing the portfolio comprising:

purchasing, by the at least one computer, financial objects at least one of: added to the index or having increased constituent weighting over time; and

selling, by the at least one computer, financial objects at least one of: removed from the index or having decreased constituent weighting over time.

**54**. The computer-implemented method of claim **53**, wherein said at least one accounting data regarding entities issuing the financial objects further comprises net income of the entities issuing the financial objects.

**55**. The method according to claim **53**, wherein said creating said portfolio, said purchasing, said selling, and said managing are performed by at least one of: a same entity, or one or more separate entities other than, the index provider.

**56**. A computer-implemented method for construction of an index and portfolio of financial objects based upon cash flow, sales, book value, and any dividends of the financial objects, the computer-implemented method comprising:

creating, by at least one computer, an index of the financial objects, comprising:

selecting, by the at least one computer, a plurality of selected financial objects to be placed in said index wherein said selecting comprises:

selecting, by the at least one computer, financial objects to be placed in said index based upon a cash flow, or a ratio of said cash flow, of an entity associated with a given financial object,

selecting, by the at least one computer, the financial objects to be placed in said index based upon sales,

**30**

or a ratio of said sales, of the entity associated with the given financial object,

selecting, by the at least one computer, the financial objects to be placed in said index based upon a book value, or a ratio of said book value, of the entity associated with the given financial object, and

selecting, by the at least one computer, the financial objects to be placed in said index based upon any dividends, or a ratio of said any dividends, of the entity associated with the given financial object; and

weighting, by the at least one computer, said plurality of selected financial objects placed in said index,

wherein said weighting comprises:

weighting, by the at least one computer, said selected financial objects placed in said index based upon a cash flow, or a ratio of said cash flow, of an entity associated with a given financial object,

weighting, by the at least one computer, said selected financial objects placed in said index based upon sales, or a ratio of said sales, of the entity associated with the given financial object,

weighting, by the at least one computer, said selected financial objects placed in said index based upon a book value, or a ratio of said book value, of the entity associated with the given financial object, and

weighting, by the at least one computer, said selected financial objects placed in said index based upon any dividends, or a ratio of said any dividends, of the entity associated with the given financial object; and

creating, by the at least one computer, at least one portfolio of financial objects based on said index comprising:

purchasing, by the at least one computer, said selected financial objects placed in said index in proportion to said weightings based upon said cash flow, said sales, said book value, and said any dividends, or said ratio of said cash flow, said ratio of said sales, said ratio of said book value, and said ratio of said any dividends, and placing said purchased financial objects into said at least one portfolio.

**57**. The computer-implemented method of claim **56**, wherein the computer implemented method comprises:

creating, by the at least one computer, said index of financial objects, and said at least one portfolio of financial objects based on said index wherein said weightings are based upon at least one of: any ratio of at least one accounting data, any ratio of at least one accounting data per share, or any manipulation of at least one accounting data, wherein the at least one accounting data is contained within a company financial report.

**58**. The computer implemented method of claim **56**, wherein the computer implemented method comprises:

managing, by the at least one computer, said index, and said at least one portfolio of financial objects based on said index comprising:

altering, by the at least one computer, said at least one portfolio based on said index as the at least one accounting data concerning the entities of the financial objects changes or said plurality of selected financial objects placed in said index change over time.

**Exhibit 1 Page 48**

US 7,747,502 B2

31

**59**. The computer implemented method of claim **58**, wherein said altering comprises at least one of:

altering based on at least one of: changes in said weightings of financial objects in said index or changes in said financial objects that are placed in said index; or

altering at the time of at least one of: when, or after, at least one entity associated with a given financial object of said index reports its accounting information.

**60**. The computer-implemented method of claim **56**, wherein said financial object comprises:

at least one unit of interest in at least one of:

an asset;

a liability;

a tracking portfolio;

a financial instrument or a security, wherein said financial instrument or said security denotes a debt, an equity interest, or a hybrid;

32

a derivatives contract, including at least one of:

a future, a forward, a put, a call, an option, a swap, or any other transaction relating to a fluctuation of an underlying asset, notwithstanding the prevailing value of the contract, and notwithstanding whether such contract, for purposes of accounting, is considered an asset or liability;

a fund; or

an investment entity of any kind, including an interest in, or rights relating to at least one of:

a hedge fund, an exchange traded fund (ETF), a fund of funds, a mutual fund, an investment vehicle, or any other pooled or separately managed investments.

**61**. The computer-implemented method of claim **56**, further comprising:

quarterly rebalancing the index.

\*    \*    \*    \*    \*

Exhibit 1 Page 49

# EXHIBIT B

US007792719B2

## (12) United States Patent
### Arnott

(10) **Patent No.:** **US 7,792,719 B2**
(45) **Date of Patent:** **Sep. 7, 2010**

(54) **VALUATION INDIFFERENT NON-CAPITALIZATION WEIGHTED INDEX AND PORTFOLIO**

(75) Inventor: **Robert D. Arnott**, Pasadena, CA (US)

(73) Assignee: **Research Affiliates, LLC**, Newport Beach, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 848 days.

(21) Appl. No.: **10/961,404**

(22) Filed: **Oct. 12, 2004**

(65) **Prior Publication Data**

US 2005/0171884 A1     Aug. 4, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/541,733, filed on Feb. 4, 2004.

(51) **Int. Cl.**
*G06Q 40/00* (2006.01)
(52) **U.S. Cl.** .......................... **705/35**; 705/36 R; 705/37
(58) **Field of Classification Search** ................... 705/35, 705/36, 36 R
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,334,270 | A | 6/1982 | Towers |
| 4,871,177 | A | 10/1989 | Mock |
| 4,933,842 | A | 6/1990 | Durbin et al. |
| 4,974,983 | A | 12/1990 | Givati et al. |
| 5,101,353 | A | 3/1992 | Lupien et al. |
| 5,126,936 | A | 6/1992 | Champion et al. |
| 5,132,899 | A | 7/1992 | Fox |
| 5,193,056 | A | 3/1993 | Boes |
| 5,414,838 | A | 5/1995 | Kolton et al. |
| 5,590,325 | A | 12/1996 | Kolton et al. |
| 5,592,379 | A | 1/1997 | Finfrock et al. |
| 5,644,727 | A | 7/1997 | Atkins |
| 5,745,706 | A | 4/1998 | Wolfberg et al. |
| 5,761,442 | A | * | 6/1998 | Barr et al. ................. 705/36 R |
| 5,778,357 | A | 7/1998 | Kolton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          1351179  A1     10/2003

(Continued)

OTHER PUBLICATIONS

Business Wire, Investment-Technlgies; (IVES) Jan. 6, 1989, p. 1.*

(Continued)

*Primary Examiner*—Alexander Kalinowski
*Assistant Examiner*—Gregory Johnson
(74) *Attorney, Agent, or Firm*—Albrecht Tousi & Farnum PLLC; Ralph P. Albrecht; Cameron H. Tousi

(57) **ABSTRACT**

A passive investment system based on indices created from various metrics is disclosed. The indexes may be built by selecting and weighting securities by an objective measure of scale such as accounting metrics rather than market capitalization weighting, price weighting or equal weighting. Various financial, accounting, and non-financial metrics may be used to build an index. Additionally, a combination of financial non-market capitalization metrics may be used along with non-financial metrics to create passive investment systems. Once the index is built, it may be used as a basis to purchase securities for a portfolio.

**88 Claims, 3 Drawing Sheets**



EXHIBIT 1 Page 50

**US 7,792,719 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,806,048 A | 9/1998 | Kiron | |
| 5,812,987 A | 9/1998 | Luskin et al. | |
| 5,812,988 A | 9/1998 | Sandretto | |
| 5,819,238 A * | 10/1998 | Fernholz | 705/36 R |
| 5,819,263 A | 10/1998 | Bromley et al. | |
| 5,875,437 A | 2/1999 | Atkins | |
| 5,878,405 A | 3/1999 | Grant et al. | |
| 5,911,135 A | 6/1999 | Atkins | |
| 5,918,217 A | 6/1999 | Maggioncalda et al. | |
| 5,926,792 A | 7/1999 | Koppes et al. | |
| 5,930,774 A | 7/1999 | Chennault | |
| 5,946,666 A | 8/1999 | Nevo et al. | |
| 5,946,667 A | 8/1999 | Tull, Jr. et al. | |
| 5,978,778 A | 11/1999 | O'Shaughnessy | |
| 5,987,433 A | 11/1999 | Crapo | |
| 6,003,018 A | 12/1999 | Michaud et al. | |
| 6,012,043 A | 1/2000 | Albright et al. | |
| 6,012,044 A | 1/2000 | Maggioncalda et al. | |
| 6,018,722 A | 1/2000 | Ray et al. | |
| 6,021,397 A | 2/2000 | Jones et al. | |
| 6,049,772 A | 4/2000 | Payne et al. | |
| 6,052,673 A | 4/2000 | Leon et al. | |
| 6,061,663 A | 5/2000 | Bloom et al. | |
| 6,064,985 A | 5/2000 | Anderson | |
| 6,073,116 A | 6/2000 | Boyle | |
| 6,078,904 A | 6/2000 | Rebane | |
| 6,088,685 A | 7/2000 | Kiron | |
| 6,092,056 A | 7/2000 | Tull, Jr. et al. | |
| 6,115,697 A | 9/2000 | Gottstein et al. | |
| 6,134,535 A | 10/2000 | Belzberg et al. | |
| 6,154,732 A | 11/2000 | Tarbox | |
| 6,161,098 A | 12/2000 | Wallman | |
| 6,175,824 B1 | 1/2001 | Breitzman et al. | |
| 6,233,566 B1 | 5/2001 | Levine et al. | |
| 6,240,399 B1 | 5/2001 | Frank et al. | |
| 6,272,474 B1 | 8/2001 | Garcia | |
| 6,292,787 B1 | 9/2001 | Scott et al. | |
| 6,317,700 B1 | 11/2001 | Bagne | |
| 6,317,726 B1 | 11/2001 | O'Shaughnessy | |
| 6,336,103 B1 | 1/2002 | Baker | |
| 6,338,047 B1 | 1/2002 | Wallman | |
| 6,338,067 B1 | 1/2002 | Baker et al. | |
| 6,377,963 B1 | 4/2002 | Walker et al. | |
| 6,393,409 B2 | 5/2002 | Young et al. | |
| 6,405,204 B1 | 6/2002 | Baker et al. | |
| 6,456,982 B1 | 9/2002 | Pilipovic | |
| 6,484,151 B1 | 11/2002 | O'Shaughnessy | |
| 6,484,152 B1 | 11/2002 | Robinson | |
| 6,598,028 B1 | 7/2003 | Sullivan et al. | |
| 6,601,044 B1 | 7/2003 | Wallman | |
| 6,622,129 B1 | 9/2003 | Whitworth | |
| 6,839,685 B1 | 1/2005 | Leistensnider et al. | |
| 6,859,785 B2 | 2/2005 | Case | |
| 6,876,981 B1 | 4/2005 | Berckmans | |
| 6,879,964 B2 | 4/2005 | Sauter et al. | |
| 6,901,383 B1 | 5/2005 | Ricketts et al. | |
| 6,938,009 B1 | 8/2005 | Herbst et al. | |
| 6,947,901 B1 | 9/2005 | McCabe et al. | |
| 6,985,880 B1 | 1/2006 | Hodgdon et al. | |
| 7,024,388 B2 | 4/2006 | Stefek et al. | |
| 7,031,937 B2 | 4/2006 | Brown | |
| 7,035,820 B2 | 4/2006 | Goodwin et al. | |
| 7,076,461 B2 | 7/2006 | Balabon | |
| 7,085,738 B2 | 8/2006 | Tarrant | |
| 7,089,191 B2 | 8/2006 | Baron et al. | |
| 7,089,202 B1 | 8/2006 | McNamar et al. | |
| 7,089,205 B1 | 8/2006 | Abernethy | |
| 7,092,857 B1 | 8/2006 | Steiner et al. | |
| 7,099,838 B1 | 8/2006 | Gastineau et al. | |
| 7,107,229 B1 | 9/2006 | Sullivan | |
| 7,117,175 B2 | 10/2006 | Arnott | |

| | | | |
|---|---|---|---|
| 7,127,423 B2 | 10/2006 | Dunning et al. | |
| 7,155,468 B2 | 12/2006 | Weiss | |
| 7,194,468 B1 | 3/2007 | Bacila et al. | |
| 7,222,095 B2 | 5/2007 | Squyres | |
| 7,249,086 B2 | 7/2007 | Bloom et al. | |
| 7,272,578 B1 | 9/2007 | Leistensnider et al. | |
| 7,295,987 B2 | 11/2007 | Graff | |
| 7,299,205 B2 * | 11/2007 | Weinberger | 705/36 R |
| 7,353,115 B2 | 4/2008 | Bertogg | |
| 7,353,198 B2 | 4/2008 | Rios | |
| 7,395,236 B2 | 7/2008 | Degraaf et al. | |
| 7,418,419 B2 | 8/2008 | Squyres | |
| 7,421,405 B2 | 9/2008 | Little | |
| 7,444,300 B1 | 10/2008 | Broms et al. | |
| 7,496,531 B1 | 2/2009 | Gastineau et al. | |
| 7,509,278 B2 | 3/2009 | Jones | |
| 7,587,352 B2 | 9/2009 | Arnott | |
| 7,620,577 B2 | 11/2009 | Arnott | |
| 7,664,694 B2 | 2/2010 | Brandhorst | |
| 7,685,069 B1 | 3/2010 | Subramanian | |
| 7,698,192 B2 | 4/2010 | Kiron | |
| 2001/0025266 A1 | 9/2001 | Gastineau et al. | |
| 2001/0037212 A1 | 11/2001 | Motosuna et al. | |
| 2001/0039526 A1 | 11/2001 | Pittenger | |
| 2002/0007329 A1 | 1/2002 | Alcaly et al. | |
| 2002/0013755 A1 | 1/2002 | Kiron | |
| 2002/0023035 A1 | 2/2002 | Kiron | |
| 2002/0032629 A1 | 3/2002 | Siegel et al. | |
| 2002/0038271 A1 | 3/2002 | Friend et al. | |
| 2002/0046038 A1 | 4/2002 | Prokoski | |
| 2002/0052820 A1 | 5/2002 | Gatto | |
| 2002/0059126 A1 | 5/2002 | Ricciardi | |
| 2002/0059127 A1 | 5/2002 | Brown et al. | |
| 2002/0062272 A1 | 5/2002 | Kim et al. | |
| 2002/0116211 A1 | 8/2002 | Hatakeyama | |
| 2002/0116310 A1 | 8/2002 | Cohen et al. | |
| 2002/0116311 A1 | 8/2002 | Chalke et al. | |
| 2002/0120570 A1 | 8/2002 | Loy | |
| 2002/0123952 A1 | 9/2002 | Lipper | |
| 2002/0128947 A1 | 9/2002 | Sauter et al. | |
| 2002/0128951 A1 | 9/2002 | Kiron | |
| 2002/0133447 A1 * | 9/2002 | Mastman | 705/36 |
| 2002/0143676 A1 | 10/2002 | Kiron | |
| 2002/0156713 A1 | 10/2002 | Gaini | |
| 2002/0161684 A1 | 10/2002 | Whitworth | |
| 2002/0173998 A1 | 11/2002 | Case | |
| 2002/0178039 A1 | 11/2002 | Kennedy | |
| 2002/0184126 A1 * | 12/2002 | McIntyre et al. | 705/35 |
| 2003/0014343 A1 | 1/2003 | Jones | |
| 2003/0018556 A1 * | 1/2003 | Squyres | 705/36 |
| 2003/0018563 A1 | 1/2003 | Kilgour et al. | |
| 2003/0018570 A1 | 1/2003 | McCabe | |
| 2003/0065600 A1 | 4/2003 | Terashima et al. | |
| 2003/0065602 A1 | 4/2003 | Yip | |
| 2003/0074293 A1 | 4/2003 | Kiron | |
| 2003/0074295 A1 | 4/2003 | Little | |
| 2003/0074306 A1 | 4/2003 | Rios | |
| 2003/0093352 A1 | 5/2003 | Muralidhar et al. | |
| 2003/0105697 A1 | 6/2003 | Griffin et al. | |
| 2003/0120577 A1 | 6/2003 | Sakui et al. | |
| 2003/0120578 A1 * | 6/2003 | Newman | 705/36 |
| 2003/0144947 A1 | 7/2003 | Payne | |
| 2003/0172026 A1 | 9/2003 | Tarrant | |
| 2003/0182219 A1 | 9/2003 | Bodurtha et al. | |
| 2003/0212621 A1 | 11/2003 | Poulter et al. | |
| 2003/0225657 A1 | 12/2003 | Whaley et al. | |
| 2003/0225658 A1 | 12/2003 | Whaley | |
| 2003/0229555 A1 * | 12/2003 | Marlowe-Noren | 705/35 |
| 2004/0024671 A1 * | 2/2004 | Freund | 705/35 |
| 2004/0039620 A1 | 2/2004 | Ando et al. | |
| 2004/0044505 A1 | 3/2004 | Horwitz | |
| 2004/0068456 A1 | 4/2004 | Korisch | |
| 2004/0111352 A1 * | 6/2004 | Kim | 705/36 |

EXHIBIT 1 Page 51

**US 7,792,719 B2**

Page 3

| | | | |
|---|---|---|---|
| 2004/0117284 | A1 | 6/2004 | Speth |
| 2004/0133497 | A1* | 7/2004 | Spear ........................... 705/36 |
| 2004/0167847 | A1 | 8/2004 | Nathan |
| 2004/0181477 | A1* | 9/2004 | Sauter et al. ................. 705/36 |
| 2004/0193528 | A1 | 9/2004 | Sadre |
| 2004/0210504 | A1* | 10/2004 | Rutman ........................ 705/37 |
| 2004/0225536 | A1 | 11/2004 | Schoen et al. |
| 2004/0236661 | A1 | 11/2004 | Benning |
| 2004/0254871 | A1 | 12/2004 | Weiss |
| 2004/0267657 | A1 | 12/2004 | Hecht |
| 2005/0010481 | A1 | 1/2005 | Lutnick et al. |
| 2005/0015326 | A1 | 1/2005 | Terry |
| 2005/0038725 | A1 | 2/2005 | Boyle et al. |
| 2005/0049948 | A1* | 3/2005 | Fuscone ....................... 705/35 |
| 2005/0049952 | A1* | 3/2005 | Carter .......................... 705/36 |
| 2005/0060254 | A1 | 3/2005 | Jones |
| 2005/0108043 | A1 | 5/2005 | Davidson |
| 2005/0108148 | A1 | 5/2005 | Carlson |
| 2005/0114169 | A1 | 5/2005 | Ansari |
| 2005/0114251 | A1 | 5/2005 | Sperandeo |
| 2005/0144107 | A1 | 6/2005 | Plonski |
| 2005/0149422 | A1 | 7/2005 | Van Lier |
| 2005/0171884 | A1 | 8/2005 | Arnott |
| 2005/0171894 | A1 | 8/2005 | Traynor |
| 2005/0192889 | A1 | 9/2005 | Sauter et al. |
| 2005/0216407 | A1 | 9/2005 | Feldman et al. |
| 2005/0222941 | A1 | 10/2005 | Tull |
| 2005/0246255 | A1 | 11/2005 | Rousseau |
| 2006/0015433 | A1 | 1/2006 | Arnott et al. |
| 2006/0041489 | A1 | 2/2006 | Arnott |
| 2006/0059074 | A1 | 3/2006 | Freund |
| 2006/0064364 | A1 | 3/2006 | Whitehead |
| 2006/0074787 | A1 | 4/2006 | Perg et al. |
| 2006/0100946 | A1 | 5/2006 | Kazarian |
| 2006/0100949 | A1 | 5/2006 | Whaley et al. |
| 2006/0100950 | A1 | 5/2006 | Hecht |
| 2006/0100955 | A1 | 5/2006 | Baldassini et al. |
| 2006/0149645 | A1 | 7/2006 | Wood |
| 2006/0161489 | A1 | 7/2006 | Allen et al. |
| 2006/0184438 | A1 | 8/2006 | McDow |
| 2006/0184444 | A1 | 8/2006 | McConaughy et al. |
| 2006/0200395 | A1 | 9/2006 | Masuyama |
| 2006/0206398 | A1 | 9/2006 | Coughlin |
| 2006/0206405 | A1 | 9/2006 | Gambill |
| 2006/0212384 | A1 | 9/2006 | Spurgin et al. |
| 2006/0218075 | A1 | 9/2006 | Feldman et al. |
| 2006/0224487 | A1 | 10/2006 | Galdi |
| 2006/0224494 | A1 | 10/2006 | Pinkava |
| 2006/0247996 | A1 | 11/2006 | Feldman |
| 2006/0253363 | A1 | 11/2006 | Tarrant |
| 2007/0005471 | A1 | 1/2007 | Ho et al. |
| 2007/0005476 | A1 | 1/2007 | Ho et al. |
| 2007/0016497 | A1 | 1/2007 | Shalen et al. |
| 2007/0022033 | A1 | 1/2007 | Ho et al. |
| 2007/0027790 | A1 | 2/2007 | Gastineau et al. |
| 2007/0043644 | A1 | 2/2007 | Weiss |
| 2007/0043650 | A1 | 2/2007 | Hughes et al. |
| 2007/0055598 | A1 | 3/2007 | Arnott et al. |
| 2007/0055599 | A1 | 3/2007 | Arnott |
| 2007/0061235 | A1 | 3/2007 | Timmons et al. |
| 2007/0112662 | A1 | 5/2007 | Kumar |
| 2007/0174102 | A1 | 7/2007 | Coulter |
| 2007/0179874 | A1 | 8/2007 | Spirgel et al. |
| 2007/0198389 | A1 | 8/2007 | Orloske et al. |
| 2007/0239583 | A1 | 10/2007 | Williams |
| 2007/0244787 | A1 | 10/2007 | Lowry |
| 2007/0288339 | A1 | 12/2007 | Squyres |
| 2008/0071699 | A1 | 3/2008 | Catalano-Johnson |
| 2008/0071700 | A1 | 3/2008 | Catalano-Johnson |
| 2008/0140547 | A1 | 6/2008 | Murphy et al. |
| 2008/0208769 | A1 | 8/2008 | Beer |
| 2008/0215502 | A1 | 9/2008 | Sabbia |
| 2008/0235121 | A1 | 9/2008 | Gonen |

| | | | |
|---|---|---|---|
| 2008/0243717 | A1 | 10/2008 | Rios |
| 2008/0243721 | A1 | 10/2008 | Joao |
| 2008/0249957 | A1 | 10/2008 | Masuyama |
| 2008/0270317 | A1 | 10/2008 | Waldron |
| 2008/0288416 | A1 | 11/2008 | Arnott |
| 2008/0294539 | A1 | 11/2008 | Bassuk |
| 2009/0006267 | A1 | 1/2009 | Fergusson et al. |
| 2009/0018966 | A1 | 1/2009 | Clark |
| 2009/0063363 | A1 | 3/2009 | Present et al. |
| 2009/0164388 | A1 | 6/2009 | Jones |
| 2009/0182683 | A1 | 7/2009 | Taylor |
| 2009/0198631 | A1 | 8/2009 | McGarel |
| 2010/0063942 | A1 | 3/2010 | Arnott |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2393532 | 3/2004 |
| GB | 2419011 A | 4/2006 |
| JP | 2001249962 A | 9/2001 |
| JP | 20010249962 | 9/2001 |
| JP | 2002-502514 | 1/2002 |
| JP | 2002-512405 | 4/2002 |
| JP | 2003-044664 | 2/2003 |
| JP | 2003-150779 | 5/2003 |
| JP | 2004259156 A | 9/2004 |
| WO | WO 96/06402 A2 | 2/1996 |
| WO | WO-98/44444 | 10/1998 |
| WO | WO-99/23592 A1 | 5/1999 |
| WO | WO-00/16226 A1 | 3/2000 |
| WO | WO 01/33402 A2 | 5/2001 |
| WO | WO 01/37168 A2 | 5/2001 |
| WO | WO 01/39005 A2 | 5/2001 |
| WO | WO-01/46846 | 6/2001 |
| WO | WO-01/48629 A1 | 7/2001 |
| WO | WO 02/093322 | 11/2002 |
| WO | WO 02/095639 | 11/2002 |
| WO | WO 03/009094 | 1/2003 |
| WO | WO03/032206 | 4/2003 |
| WO | WO-03/034180 A2 | 4/2003 |
| WO | WO 2006/089565 A2 | 8/2006 |
| WO | WO-2006101764 A1 | 9/2006 |
| WO | WO 2006/103474 A2 | 10/2006 |
| WO | WO-2007/027200 A2 | 3/2007 |

### OTHER PUBLICATIONS

John D. Bazley, Financial Accounting Concepts and Uses, PWS-Kent Publishing Company, 1988, p. 4.*

Diversity-Weighted Indexing, Robert Fernholz, Journal of Portfolio Management, Winter 1998, pp. 74-82.*

Investing at the edge (investing in non-capitalization weighted index funds), Jarrod W Wilcox, Journal of Portfolio Management, New York, Spring 1998,vol. 24, Iss. 3; 16 pgs.*

International Search Report and Written Opinion of the International Searching Authority mailed Dec. 19, 2006, from related application PCT/US05/02345.

Office Action issued Jan. 26, 2010 in related Israel Appl. No. 172792 (with English translation).

Office Action issued Sep. 10, 2009 in related Mexican Appl. No. PA/a/2006/000103 (English translation only).

Office Action issued Oct. 28, 2009 in related Australian Appl. No. 2005213293.

International Search Report issued in related PCT/US2005/002345 mailed Dec. 19, 2006.

Kalotay, Andrew J. et al., "A Model for Valuing Bonds and Embedded Options," Financial Analysts Journal, May-Jun. 1993, pp. 35-46.

Curran, Greg, "Security Selection for Bond Index Portfolios," Mellon Institutional Asset Management, Standish Mellon, Copyright 2005, publication date unknown.

Jaffe, Jeffrey et al., "Earnings Yields, Market Values, and Stock Returns," The Journal of Finance, vol. XLIV, No. 1, Mar. 1989.

Author Unknown, "Bond Basics: Selecting a Fixed Income Benchmark," www.pimco.com, A company of ALLIANZ, Jul. 2006, pp. 1-5.

EXHIBIT 1 Page 52

**US 7,792,719 B2**

Page 4

Davis, James L., The Cross-Section of Realized Stock Returns: The Pre-COMPUSTAT Evidence, The Journal of Finance, vol. 49, No. 5 (Dec. 1994), pp. 1579-1593.

Bernard, Victor et al., "Accounting-Based Stock Price Anomalies: Separating Market Inefficiencies from Risk*," 1996 Contemporary Accounting Research Conference, Sep. 1996, pp. 1-57.

Siracusano, Luciano, "A Fundamental Challenge," The Wisdom Tree, Aug. 9, 2007.

Author Unknown, "The Role of high Yield Bonds," www.pimco.com, Publication, Feb. 2006, pp. 1-5.

Author Unknown, "Emerging Markets May Offer Opportunity to Enhance Returns," www.pimco.com, an ALLIANZ Company, Oct. 2005, pp. 1-3.

Author Unknown, "About Corporate Bonds, Overview," www.investinginbonds.com, The Securities Industry and Financial markets Association, 2005, p. 1.

Author Unknown, "Bond Basics, Fundamental Investment Strategies," www.investinginbonds.com, The Securities Industry and Financial Markets Association, 2005, p. 1.

Author Unknown, "Types of Bonds, Bond and Bond Funds; What You Should Know Before Deciding," www.investinginbonds.com, The Securities Industry and Financial Markets Association, 2005, pp. 1-2.

Lakonishok, Josef et al., NBER Working Paper Series, "Contrarian Investment, Extrapolation, and Risk," National Bureau of Economic Research, Working Paper No. 4360, May 1993.

Chan, Louis K.C., et al., "Fundamentals and Stock Returns in Japan," The Journal of Finance, vol. 46, No. 5 (Dec. 1991), pp. 1739-1764.

Chan, Louis K.C., et al., "The Risk and Return from Factors," The Journal of Financial and Quantitative Analysis, vol. 33, No. 2 (Jun. 1998), pp. 159-188.

Banz, Rolf W. et al., "Sample-Dependent Results Using Accounting and Market Data: Some Evidence," The Journal of Finance, vol. 41, No. 4 (Sep. 1986), pp. 779-793.

Bergstresser, Daniel, et al., "Investment Taxation and Portfolio Performance*," Preliminary Draft, Boston College Finance Wednesday Seminar and the 2006 UNC Tax Symposium, Apr. 12, 2006.

Robert Arnott et al., "Fundamental Indexation;" Research Affiliates Oct. 7, 2004, pp. 1-35.

Author Unknown, FRC Monitor, "Industry Trends," Nov. 2005.

Author Unknown, "Separately Managed Accounts to Become Dominant Vehicle for Individual Securities," Tower Group Research, www.advisorpage.com/modules, Advisor Page, Competitive Intelligence, Feb. 6, 2008.

Pruitt, Ron, "The Tax Advisor: All Hail the Overlay Manager," Placemark Investments, Investment Advisor, Apr. 2008.

Pruitt, Ron, "A Comprehensive View of After-tax Investing and Tax Efficiency," Placemark Investment, 2002.

Coyle, Thomas, "SunGard Hunts Trust Assets With Overlay Offering," SunGard Managed Account Solutions, www.sungard.com/ Managed Accounts, Aug. 30, 2004.

Reinhart, Len, "The Bigger Picture: Will Overlay Management Become the New Business Model for Separately Managed Accounts?" Financial-Planning.com, Apr. 1, 2007.

Search Results, TowerGroup, Sep. 25, 2007.

Reinhart, Len, "The Next Big Thing: Unified Managed Accounts Must Mature Some More Before They Are Ready for Prime Time." Financial-Planning.com, Dec. 1, 2003.

Author Unknown, "Generation OPM," Wall Street Technology, www.wallstreetandtech.com, Oct. 25, 2004.

Gaffen, David A., "SMAs Take on Multiple Personalities," www.registeredrep.com, May 1, 2003.

Arnott, Robert D. et al., "The Management and Mismanagement of Taxable Assets," First Quadrant, L.P., Investment Management Reflections, 2000, No. 2.

FRC Monitor, Jan. 2001, pp. 1-12.

Waid, Robert, "Fundamentally Active," IndexUniverse.com, www.indexuniverse.com/index, Feb. 8, 2008, pp. 1-6.

Hemminki, Julius et al., "Fundamental Indexation in Europe," Journal of Asset Management, vol. 8, 6, pp. 401-405, www.palgrave-journals.com/jam, Oct. 26, 2007.

Morris, Stephen, "CARESS Working Paper #95-13 Speculative Investor Behavior and Learning," Department of Economics, University of Pennsylvania, Philadelphia, PA, May 1995.

Author Unknown, "MSCI to Adjust for Free Float and to Increase Coverage to 85%," MSCI Press Release, www.msci.com, Geneva, Dec. 10, 2000, pp. 1-3.

Brandhorst, Eric, "MSCI's Methodology Enhancements: Free-Float and Capitalization Extension," www.ssga.com, Jul. 20, 2001, pp. 1-6. Australian Examiner's Report for AU Application 2005213293, Dated May 19, 2010.

Diversity-Weighted Indexing, Robert Fernholz, Journal of Portfolio Management, Winter 1998, pp. 74-82.

Investing at the edge (investing in non-capitalization weighted index funds), Jarrod W. Wilcox, Journal of Portfolio Management, New York, Spring 1998, vol. 24, Iss. 3; 16 pages.

Arnott, Robert D., "An Overwrought Orthodoxy", Institutional Investor Magazine, Dec. 2006.

Hsu, Jason D., "Cap-Weighted Portfolios are Sub-Optimal Portfolios", Journal of Investment Management, vol. 4, No. 3, Jul. 2006. Arnott, Robert D., "Disentangling Size and Value", Financial Analyst Journal, Sep. 2005.

Arnott, Robert D., et al., "Does Noise Create the Size and Value Effect?", Working Paper, Jan. 2007.

Arnott, Robert D., et al., "Fundamental Indexes: Current and Future Applications", Institutional Investor Journals, Fall 2006.

Tamura, Hirmichi, et al., Global Fundamental Indices: Do they outperform market-cap weighted indices on a Global Basis?, Security Analysts Journal, Oct. 2005.

Siegel, Jeremy J., "Long-term Returns on the Original S&P 500 Components", Financial Analyst Journal, vol. 62, No. 1, Jan. 2006. Asness, Clifford, "New and Improved Same Old Thing: The Value of Fundamental Indexing", Institutional Investor Magazine, Oct. 2006. Arnott, Robert D., et al., "Noise CAPM and the Size and Value Effects", Journal of Investment Management, vol. 5, No. 1, Jan. 2007. Siegel, Jeremy, "The 'Noisy Market' Hypothesis", Wall Street Journal, vol. 62, No. 1, Jun. 2006.

Research Affiliates Fundamental Index™ Fundamental Index™ Enhanced Power Point Presentations.

Retrospectives on Selected Enhanced Fundamental Index™—Strategies.

Research Affiliates, LLC Fact Sheets on RAFI™—Related—Limited Partnerships.

Unknown, "South Dakota Signs on With New Strategy", Pensions & Investments Online, Jan. 10, 2005.

Arnott, Robert D., "Whither Finance Theory", Financial Analysts Journal, Jan./Feb. 2005.

Petruno, Tom, "New Take on Index Fund Concept", Los Angeles Times, Jun. 26, 2005.

Hulbert, Mark, "A Stock Market Riddle, May Have an Answer", The New York Times, Jul. 3, 2005.

Foster, Mike, "Playing Poker With the Indices", Financial News, Jul. 11, 2005.

Jamieson, Dan, "Money Manager Challenges Cap-Weighted Market Indexes", Investment News, Jul. 18, 2005.

Coggan, Philip, "A Sound Idea With Solid Backing", Financial Times, Jul. 18, 2005.

Unknown, "FTSE and Rob Arnott Launch First Fundamental Indexes", Press Release, Jul. 19, 2005.

Unknown, "Nomura Asset Management and Research Affiliates to Launch Products Based on Fundamental Indexation", Press Release, Aug. 19, 2005.

Arvedlund, Erin E., "Wall Street Pushes Designer Index Funds", The Wall Street Journal, Aug. 25, 2005.

Unknown, "San Joaquin Ups Value-Added Real Estate Allocation", Pensions & Investments Online, Aug. 30, 2005.

Burr, Barry B., "Fundamental Index Concept Gets Institutional Investors' Attention", Pensions &Investments Online, Sep. 19, 2005. Clements, Jonathan, "When Good Index Funds Go Bad: The Case for a 'Fundamental' Strategy", The Wall Street Journal Online, Sep. 21, 2005.

Unknown, "Canadian Fundamental 100 Income Fund Announces Initial Public Offering", Canada Newswire, Sep. 28, 2005.

Capon, Andrew, "Beta Boosting", Institutional Investor, Oct. 2005.

EXHIBIT 1 Page 53

**US 7,792,719 B2**

Page 5

Burr, Barry B., "*Arnott, CFA Ethical Dance*", Pensions & Investments Online, Oct. 17, 2005.

Unknown, "*Letters to the Editor*", Pensions & Investments Online, Oct. 31, 2005.

Kinnel, Russel, "*The Five Best New Funds of 2005*", Morningstar.com, Nov. 7, 2005.

Unknown, "New Fundamental Index Series Launched by FTSE Group and Research Affiliates", PressRelease, Nov. 28, 2005.

Unknown, "PowerShares FTSE RAFI US1000 ETF Celebrates IPO On The NYSE", NYSE.com, Dec. 19, 2005.

Shazar, Jonathan, "Taking on a Heavyweight: Two Strategies—With Attendant ETFs—Take Aim At Market-Cap Weighting", Institutional Investor, Jan. 24, 2006.

Beales, Richard, "Getting Back to Fundamentals", Financial Times, Feb. 24, 2006.

Brockman, Joshua, "The New Calculus of Designer ETFs, Financial Engineers Create Enhanced Indexes" Kiplinger.com, Jun. 2006.

Goldberg, Steven, "Value Added, Don't Give Upon The S&P 500", Kiplinger.com, Mar. 21, 2006.

Luxenberg, Stan, "Fundamental Indexing", Registered Rep, Jul. 1, 2006.

Rinne, Jonas, "Translation From Swedish: The Stock Market's New Fundamentalist", Affarsvarlden, Apr. 19, 2006.

Salzinger, Mark, "An Indexing Alternative", No Load Fund Investor, Jul. 2006.

Strauss, Lawrence C., "Too Many ETFs?", Barrons, Jul. 3, 2006.

Greenberg, Gregg, "The Brains Behind Fundamental Indexing", TheStreet.com, Jul. 25, 2006.

Lauricella, Tom, et al., "Fund Track, Buyer Beware; Not All Index ETF's Are What They Appear", The Wall Street Journal Europe, Jul. 24, 2006.

Kinnel, Russ, "Fund Spy Column: Four Great Funds for 401K's and Iras Only", Morningstar, Jul. 24, 2006.

Unknown, "Asset Allocation Basics: Rebalancing", Seeking Alpha, Jul. 10, 2006.

Unknown, "CRQ, PowerShares Autonomic Allocation ETFs Cited in 'Portfolio Strategy'", Toronto Globe & Mail, Jul. 24, 2006.

Unknown, "Recap of No-Load Fund Investor Coverage of PRF, Boroson on Money", Daily Record (Morristown, NJ), Jul. 23, 2006.

Carrel, Lawrence, "Exchange-Traded Funds: ETF Focus Index Wars", SmartMoney.com, Aug. 16, 2006.

Watt, James L., CPA/PFS, "Is fundamental Indexing a Better Way to Index?", Fort Collins Coloradoan, Jul. 30, 2006.

Salisbury, Ian, "PowerShares FTSE RAFI US1000 in Article on Actively Managed ETF's", Wall Street Journal, Jul. 30, 2006.

Savage, Steve, et al., "Kiplinger's Personal Finance Investing: Fund Insights, A Better Way of Indexing?", Kiplinger, Aug. 2006.

Unknown, "Ten to Watch 2006", Registered Rep, Aug. 1, 2006.

Goldberg, Steven, "Wretched Excess Hits ETFs", Kiplinger.com, Aug. 3, 2006.

Siegel, Jeremy, "Consuelo Mack WealthTrack", PBS TV, Aug. 4, 2006.

Coggan, Philip, "Report: FT Fund Management, Fundamental Indices Are Proving Their Worth", Financial Times—UK Edition, Aug. 7, 2006.

Unknown, "Investing: Throughbred Indexes Work to Sustain Pace", International Herald Tribune, Aug. 7, 2006.

Kittsley, Dod, "Alternatively Weighted Indexes: Strategy or Benchmark?", Investment News, Op-Ed, Aug. 8, 2006.

Simon, Ellen, "New Indexes Aim to Beat Old Benchmarks", Associated Press Newswire, Aug. 8, 2006.

Simon, Ellen, "New Indexes Spiceup ETFs", Associated Press, Aug. 12, 2006.

Wherry, Rob, "Happy B-Day Vanguard 500", SmartMoney.com, Aug. 31, 2006.

Unknown, "Growth-stock Investing Has Required the Patience of Job During the Last Few Years", New York Times, Sep. 3, 2006.

Haines, Lisa et al., "AP2 Considering Expanding Use of Fundamental Indexation", Financial News (U.K.), Sep. 4, 2006.

Unknown, "XACT—First in Europe With a fundamental ET," Announcing Launch of the Exact FTSE RAFI Fundamental Euro ETF on the Stockholm Stock Exchange, and FTSE Licenses First European ETF on FTSE RAFI Index, XACT, Sep. 11, 2006.

Unknown, "Fundamental Indices Show Resilience", Financial News, Sep. 11, 2006.

Skypala, Pauline, "Stock Market Indices Prove Inefficien", Financial Times—UK Edition, Sep. 12, 2006.

Carrigan, Bill, "Being in Right Sector Proves Key With ETFs", Toronto Star, Business: Getting Technical, Sep. 15, 2006.

Unknown, "Breaking News: PowerShares Spreads the Love", IndexUniverse.com, Sep. 15, 2006.

O'Connor, Cecily, "A Fundamental Change, Research Affiliates, With 55% Gain So Far This Year, Applies Its Index Concept Beyond U.S. Stocks", Pensions & Investments Money Management, Sep. 18, 2006.

Unknown, "Merrill Lynch Claymore International Fundamental Index Accelerator Securities, Series 1", Canada NewsWire, Sep. 19, 2006.

Unknown, "ETF Versus No-Loads", No-Load Fund Investor, Sep. 19, 2006.

Conboy, Bill et al., "PowerShares Capital Management Launches Ten New ETF Portfolios on NASDAQ", M2 Presswire, Sep. 20, 2006.

Unknown, "FTSE RAFI Indexes to Be Used As Basis for World's First Fundamentally Weighted Sector ETF's", PR Newswire, Sep. 20, 2006.

Steel, Sandra, "FTSE RAFI Indexes to Be Used As Basis for the World's First Fundamentally Weighted Sector ETFs, Ten Fundamental Indexes Out-Perform Domestic Cap Weighted Equivalents", Media Information i.e. Press Release From FTSE The Index Company, Sep. 20, 2006.

Unknown, "Rob on Consuelo Mack WealthTrack", PBS Interview, Sep. 22, 2006.

Unknown, "PowerShares Pitches Alt-Weighted ETFs", Fund Action, Sep. 22, 2006.

O'Connor, Cecily, "At Research Affiliates, A Fundamental Change", Investment News. Sep. 25, 2006.

O'Donnell, Kathie, "One on One With Philip Taylor of AMVESCAP PLC, On New RAFI PowerShares", Investment News, Sep. 25, 2006.

Knight, Rebecca, "FT Wealth: Hands-On Investor, ETFs Start to Look Beyond the Index Model", Financial Times, Sep. 26, 2006.

Korn, Donald Jay, "Beyond Benchmarks, Tracking Alternative Indexes Can Add a Flavor of Active Management to the ETF Menu", Financial Planning, Oct. 1, 2006.

Saler, Tom, "Growing to the Sky", Barrons, Oct. 2, 2006.

Spence, John, "ETF Investing, For These ETFs, The Fundamental Things Apply, Firms, Experts Take Sides in Clash Over Best Investment Strategy", MarketWatch (Boston), Oct. 2, 2006.

Knight, Rebecca, "FT Report: FT Fund Management: The Big Picture", Financial Times, Oct. 2, 2006.

Ryan, Jen, "Ask The Street: So Many ETFs", TheStreet.com, Oct. 4, 2006.

Schlagheck, Jim, "Exchange Traded Funds, Getting an Edge With Fundamental Indices", TheStreet.com., Oct. 5, 2006.

Farrell, Christopher, Personal Finance, Battle for the Index Investor, Business Week, Oct. 9, 2006.

Tan Kopin, "Lipper Mutual Fund Quarterly, The Weighting Game", Barron's, Oct. 9, 2006.

Unknown, "Alternative Indices", Financial Times (U.K. Edition), Oct. 13, 2006.

Nusbaum, Roger, "Personal Finance: ETFs, A Surge of Energy ETFs", TheStreet.com, Oct. 13, 2006.

Kinnel, Russell, "Fund Spy, Great Mutual Funds Go Head to Head, It's Marsico Vs. Janus and Fidelity Vs. Vanguard", Morningstar.com, Oct. 16, 2006.

Baker, Nick, "Arnott's 'Fundamental' Stock Index Beats S&P 500, Sparks Debate", Bloomberg.com, Oct. 18, 2006.

Asness, Clifford, "The Value of Fundamental Indexing", Daily ii.com a.k.a. Institutional Investor, Oct. 19, 2006.

Baker, Nick, "Business: Marketplace by Bloomberg: Around the Markets, Rebuilding Indexes From Ground Up", International Herald Tribune, Oct. 19, 2006.

Baker, Nick, "Financial Post: FP Investing, Manager Adds Twist to Index Investing: Focus on Fundamentals", National Post (Canada), Oct. 19, 2006.

EXHIBIT 1 Page 54

**US 7,792,719 B2**

Page 6

Bloomberg News, "Is Jobs' Job Safe Amid Options Scandals?, Business, Analyst Touts 'Fundamentals'", St. Paul Pioneer Press, (St. Paul, Minnesota), Oct. 22, 2006.

Sivanithy, R., "Companies: Is Fundamental Weighting Better in Nourse Indices?" The Business Times Singapore, Oct. 27, 2006.

Pender, Kathleen, "Bogle Shares His Wisdom", San Francisco Chronicle, Oct. 29, 2006.

Hajim, Corey, "Smart Strategies, A Better Way to Index?", Fortune, Oct. 30, 2006.

Editorial Staff, "Marketplace", OnWallStreet, Nov. 1, 2006.

Voyles, Bennett, "New Kid in Town: The Fundamental Index", OnWallStreet, Nov. 1, 2006.

Unknown, "Breaking News, SSgA Goes Fundamental", IndexUniverse.com, Nov. 2, 2006.

Hoffman, David, "ETF Powerhouses Leery of Fundamental Indexing", InvestmentNews.com, Nov. 6, 2006.

Dunstan, Barrie, "Supplement: Quarterly Review of Funds, Fundamental Shift Towards Value Is Best of Both Worlds", Australian Financial Review on Fundamental Indexation, Nov. 8, 2006.

Burns, Scott, "The Looming Battle: Fundamental Vs. Traditional Indexing", Scottburns.com, Nov. 11, 2006.

Burns, Scott, "As Index Funds Duke It Out, It Pays to Be Skeptical", The Boston Globe Via Boston.com, Nov. 12, 2006.

Burns, Scott, "Indexing Idea Has a Challenger", The Dallas Morning News Via DallasNews.com, Nov. 12, 2006.

Dunstan, Barrie, "News: Managed Funds—A Third Way: Fundamental Indexing (Sub-Head) There Is Fresh Life in the Debate Between Active Share Managers and Index Fund Managers", Independent Financial Review (New Zealand), Nov. 15, 2006.

Carrick, Rob, "Report on Business: Globe Investor: Portfolio Strategy, New ETFs Will Whet Your Appetite (Sub-Head) The Products May Satisfy Investors Who Like the Low Cost and Flexibility of These Funds That Trade Like a Stock", The Globe & Mail (Toronto), Nov. 18, 2006.

Plumpton, Emma (Redmayne-Bentley Stockbrokers), "Influence of Geography on the Wane", Aberdeen Press & Journal (UK), Nov. 20, 2006.

Carpenter, Margie et al., "Rethinking The World: Global Economic Changes Are Demanding a More Sophisticated Evaluation of Your Clients' Portfolio Allocations", Financial Planning Magazine, Dec. 1, 2006.

Gotlieb, Rish, "Why Portfolio Pros by ETFs, Money Managers Who Don't Have the Time to Specialize in Every Market Use the Convenience of Exchange-Traded Funds", Toronto Star, Dec. 7, 2006.

Hougan, Matthew, "Life From The Superbowl", IndexUniverse.com, Dec. 7, 2006.

Morris, Sonya, "Fund Spy—What's the Right Way to Index? (Sub-Head) Our Take on the Newest Breed of Index Funds", Morningstar.com, Dec. 12, 2006.

Unknown, "The Buttonwood Column, Weights and Measures, A Squabble Erupts Over How Best to Create a Stockmarket Index", The Economist Newspaper Limited (London), Dec. 13, 2006.

Woods, Nancy, "Financial Post: FP Weekend: Ask a Broker Column, Working Toward a Balanced Portfolio", National Post (Canada), Dec. 16, 2006.

Critchley, Barry, "Financial Post: Off the Record, Merrill (ML), Claymore (C) Steal a March", National Post (Canada), Dec. 19, 2006.

Unknown, "RA Among Enhanced-Index Managers Approved by Tacoma ERS", Pension & Investment Daily, Dec. 19, 2006.

Wherry, Rob, "Battle for Index Supremacy, and Centers of Attention: A New Generation of Indexers Want to Replace the S&P 500. Should You Follow Their Lead", SmartMoneySelect.com, Dec. 22, 2006.

Burns, Scott, "Sloth, Passivity Yield Tidy Profit, Index Funds and Broad Asset Class Diversification Keep Investing Simple", Austin-American Statesman, Statesman.com, Personal Finance, Dec. 24, 2006.

Ransom, Diana et al., "Talk the Talk: Financial Buzz Words of '07", Wall Street Journal, Dec. 26, 2006.

Time Middleton, "Mutual Funds, A Play-It-Safe Portfolio for 2007", MSN Money, Dec. 26, 2006.

Salzinger, Mark, "Feature Interview With Jason Hsu", Investor's ETF Report, Jan. 2007.

Unknown, "Bettering Fundamentals", IndexUniverse.com, Jan. 4, 2007.

Salisbury, Ian, "New ETFs to Weight Stocks by Revenue", Dow Jones, Jan. 4, 2007.

Wherry, Rob, "SmartMoney Picks the Best Mutual Fund of 2006", SmartMoney.com, Jan. 5, 2007.

Riley, Barry, "A Quest for Perpetual Profit Machines", Financial Times, Jan. 15, 2007.

Burton, Jonathan, "Putting ETFs in Their Place: Vanguard Indexing Guru Gus Sauter on the Best Kind of Exchanged-Traded Fund", MarketWatch.com, Jan. 9, 2007.

Fox, Justin, "Fundamentally Okay Index Funds", Time.com, Jan. 29, 2007.

Knight , Rebecca et al., "Active Solution Is Within Reach: In the Second Part in a Series, Rebecca Knight and John Authers Say the Asset Class Could Move Beyond the Passive Approach in 2007", Financial Times, Jan. 30, 2007.

Baker, Nick, et al., "Fundamental Index Sparks Debate: Arnott's FTSE RAFI US 1000 Beats The S&P 500 With a New Stock Weighting Method", Bloomberg Markets Magazine, Feb. 2007.

Fazzi, Raymond, "Surprisingly Few Surprises: Value Funds, International Equities and REITS Remained Strong Last Year", Financial Advisor, Feb. 2007.

Berman, David, "Claymore Fundamental Index ETF Among 'New Breed' of ETFs", National Post (Canada), Feb. 1, 2007.

Jacobius, Arleen, "Acting on Faith: Institutional Investors Are Leaping Into Alternative Investments, But Lack Tools to Assess the Risks", Pensions & Investments, Feb. 5, 2007.

Heuer, Max, "All the Rage: Schwab Joins Fundamental Indexers", Institutional Investor Newsletter, Feb. 5, 2007.

Burke, Kevin, "The ETF Weighting Game," Registered Rep./www.registeredrep. com, 2007, pp. 79-88.

Unknown, "The most dangerous patent in finance! Is fundamental indexing patently absurd?," Research Comment, Desjardins Securities, May 7, 2007.

Salzinger, Mark, "Interview : Jason Hsu," The Investor's ETF Report, Jan. 2007.

David Hoffman, "Non-Traditional Indexes Gaining Ground in ETF World," Investment News, Feb. 12, 2007.

Rob Wherry, "Ready for an All-ETF Portfolio? Here Are Some Models," SmartMoney.com, Feb. 13, 2007.

Ray Turchansky, "Investment Vehicle Lines Get Blurry: Merits of Passive Versus Active Management Debated," Edmonton Journal, Feb. 14, 2007.

Jonathan Chevreau, "Trading Begins Today on Two New Exchange-Traded Funds From Claymore Investments," National Post (Canada), Feb. 14, 2007.

Trang Ho, "Exchange-Traded Funds: After an Excellent '06, Fast Start for Telecom," Investor's Business Daily, Feb. 16, 2007.

Matthew Richards, "Get Down to the Fundamental Factors," Financial Times, Feb. 17, 2007.

Warren Boroson, "A New Strategy for Stock Indexes," Daily Record, Feb. 18, 2007.

David Hoffman, "Weightings Ignoring Market Caps Gain in Popularity," Pensions&Investments Online, Feb. 19, 2007.

Trang Ho, "Exchange-Traded Funds: Consumer ETFs Reflect Strong Buying Trends," Investor's Business Daily, Feb. 20, 2007.

Diya Gullapalli, "On Tap: Retirement-Oriented Offerings," The Wall Street Journal, Feb. 22, 2007.

Rob Carrick, "For Your RRSP, Take a Page from the CPP," The Globe & Mail (Toronto), Feb. 24, 2007.

Rudy Luukko, "Enhanced Indexing Cuts Costs of Funds," Toronto Star, Feb. 24, 2007.

Brooke Southall, "Malkiel Defends Investing Strategy," Investment News, Feb. 26, 2007.

Susan Trammell, "Applied Science: How to Jump-Start a Quantitative Investment Process," CFA Magazine, Mar./Apr. 2007.

Eric Uhlfelder, "Challenging EAFE: Managers Who Closely Track Market-Cap-Weighted Country Indexes May Miss Opportunities," Financial Advisor Magazine, Mar. 1, 2007.

John C. Bogle, "False Promises: Index Funds That Promise to Beat the Market," Journal of Indexes, Mar./Apr. 2007.

EXHIBIT 1 Page 55

Vincent T. Lowry, "Fundamentally Better: The Case for Revenue Weighting," Journal of Indexes, Mar./Apr. 2007.

Ron Hylton, "It's the Volatility, Stupid: The Source of Excess Returns in Alternative Index Weighting Schemes," Journal of Indexes, Mar./Apr. 2007.

Eugene F. Fama, Kenneth R. French, "Straight Talk: Nouveau Indexes, Noise and the Nonsense of Active Management," Journal of Indexes, Mar./Apr. 2007.

Sonya Morris, Editor, "Introducing Model Portfolios," Morningstar ETFInvestor, Mar. 1, 2007.

Donald Jay Korn, "ETF Mania!," Financial Planning, Mar. 1, 2007.

David Hoffman, "New ETFs Highlight Belief That Simple Is Good," Investment News, Mar. 5, 2007.

Charles Paikert, "Oyster Bar powwow no pearl for Street," Investment News, Mar. 5, 2007.

Charles Paikert, "AIM Investments® Launches AIM Independence Funds," Yahoo!Finance, Mar. 6, 2007.

Charles Leary, "The Harsh Light of Day," IndexUniverse.com, Mar. 8, 2007.

Warren Boroson, "Tough Questions for Smart Manager," Daily Record, Mar. 25, 2007.

Warren Boroson, "New Fundamental Index Fund Listed in Stockholm," XACT, Mar. 26, 2007.

Tim Middleton, "With Market Reeling, Get More Aggressive," MSN Money, Mar. 27, 2007.

Tim Middleton, "Schwab to Launch Fundamental Index Mutual Funds," Reuters, Mar. 27, 2007.

Christine Ong, "AIM Vies for Lifecycle Edge by Diversification," Ignites.com, Mar. 28, 2007.

Karen Dolan, "Morningstar's Take: PIMCO Fundamental IndexPLUS TR D PIXDX," Morningstar, Mar. 28, 2007.

Brad Zigler, "Fundamentalism and Asset Allocation," Registered Rep, Apr. 1, 2007.

Kevin Burke, "The ETF Weighting Game," Registered Rep, Apr. 1, 2007.

Kathleen M. McBride, "Catching Up With . . . Jeffrey Mortimer," Investment Advisor Magazine, Apr. 1, 2007.

Sree Vidya Bhaktavatsalam, "Schwab Offers 'Fundamental' Index Funds to Beat Market Returns," Bloomberg, Apr. 2, 2007.

Kathleen M. McBride, "A Better Mousetrap?: Schwab Launches Three Fundamental Index Funds," Investment Advisor Magazine, Apr. 2, 2007.

Jesse Emspak, "Mutual Funds & Personal Finance: Schwab Focuses on Key Fundamentals," Investor's Business Daily, Apr. 2, 2007.

Murray Coleman, "New Twist on Indexing: Mutual Funds Meet ETFs," MarketWatch, Apr. 2, 2007.

Rob Wherry, "Schwab Launches Three Funds Similar to Popular ETFs," SmartMoney.com, Apr. 2, 2007.

Rob Wherry, "Schwab Launches Fundamental Index™Mutual Funds," Yahoo!Finance, Apr. 2, 2007.

Brooke Southall, "Fundamental Differences Over Schwab Funds," Investment News, Apr. 9, 2007.

Max Heuer, "Schwab Looks Up Market," Defined Contribution & Savings Plan Alert, Apr. 9, 2007.

Katie Benner, "Trying to Build a Better Index Fund: Fortune's Guide to Exchange-Traded Funds Based on Fundamental Indexes," CNN Money, Apr. 11, 2007.

Janet Kidd Stewart, "401(k) options worth looking over: Investors should keep track as firms pitch employers more ETFs," Chicago Tribune, Apr. 15, 2007.

John Kimelman, "ETF Pro Says Stocks Aren't Worth the Risk," Barron's, Apr. 20, 2007.

Peter A. McKay, "More Professors Are Lured Out of Ivory Tower to Street: Demand for New Funds Offers a Chance to Test Theories, Make Money," The Wall Street Journal, Apr. 21, 2007.

Peter A. McKay, "North Dakota Considers Research Affiliates," Money Management Letter, Apr. 23, 2007.

Philip Coggan, "Presenting the Portfolio Rebalancing Act: Fundamental Indexation Rejects Weighting Stocks Within a Benchmark by Market Value," Investment Advisor (UK), Apr. 28, 2007.

Paul J. Lim, "The Indexing Wars," U.S. News & World Report, Apr. 29, 2007.

Douglas Appell, "Fundamental Indexing Superiority Disputed: Claim of Cap-Weighting's Drag on Return is 'False'," Pensions &Investments Online, Apr. 30, 2007.

Douglas Appell, "Fund News (excerpt)," No-Load Fund Investor, May 1, 2007.

Kathleen M. McBride, "The IA 25: Robert Arnott," Investment Advisor Magazine, May 1, 2007.

James Picerno, "The ETF revolution is looking more speculative by the day," Wealth Manager, May 1, 2007.

Jonathan Clements, "Why Aiming for Average Has Its own Genius," The Wall Street Journal, May 6, 2007.

Peter Gibson, Ed Sollbach, Jeff Evans, Elizabeth Leung, "Research Comment: Portfolio Strategy & Quantitative Research," Desjardins Securities, May 7, 2007.

Douglas Appell, "Disputing the superiority of fundamental indexing," Investment News, May 7, 2007.

Heather Bell, "Fundamental Analysis," IndexUniverse.com, May 8, 2007.

Heather Bell, "News Briefs: Analysts wary of fundamental indexes," Pensions&Investments Online, May 14, 2007.

Julian Harding, "Worth the Weight," Pensions Management, May 15, 2007.

Vernon Wessels, "Plexus Will Use Arnott's Index to Choose South African Stocks," Bloomberg, May 18, 2007.

Vernon Wessels, "Plexus scores home run with international partner," Fanews, May 18, 2007.

Jackie Cameron, "New threat for active asset managers," Moneyweb, May 18, 2007.

Kazuaki Fujita, "Eye on Fundamentals Buoying Japanese Investors (translated)," Nikkei Financial Daily, May 18, 2007.

Rob Carrick, "The case for blending passive, active indexing," The Globe & Mail (Toronto), May 19, 2007.

Warren Boroson, "Expert predicts volatile market," Daily Record, May 20, 2007.

Regis Nyamakanga, "Stock index system due to launch in SA," Business Day, May 21, 2007.

Jesse Emspak, "Exchange-Traded Funds: Fundamental Indexing Fuels PowerShares ETF," Investor's Business Daily, May 23, 2007.

Jesse Emspak, "Four New Lyxor ETFs on Fundamental Indices Launched in the XTF Segment," Deutsche Borse Group, May 24, 2007.

Rob Carrick, "Got high-dollar blues? Currency neutrality can bring peace of mind," The Globe & Mail (Toronto), May 24, 2007.

Consuelo Mack, "A message from Consuelo (an email to WealthTrack subscribers from Consuelo Mack)," PBS WealthTrack, May 24, 2007.

Kathleen Pender, "Changing indexes for funds," San Francisco Chronicle, May 24, 2007.

Kathleen Pender, "Consuelo Mack WealthTrack: An Interview with Rob Arnott (transcript)," PBS WealthTrack, May 25, 2007.

John Authers, "It's time to point the finger at the index," Financial Times, May 26, 2007.

Burton Malkiel, "Many Happy Returns," Barron's, May 28, 2007.

Don Vialoux, "More ways to access Japan: Seven exchange-traded funds now available," National Post (Canada), May 28, 2007.

Brad Zigler, "Fundamentalists at the Gates: The Trouble With Cap-Weighted Indexes," Seeking Alpha, May 31, 2007.

Rob Wherry, "Enhanced Index Funds Make a Move on Their Older Brethren," SmartMoney.com, May 31, 2007.

Marla Brill, "Indexing Debate Heats Up," Financial Advisor Magazine, Jun. 1, 2007.

Marla Brill, "The age of investment strategy indices (Roundtable Discussion)," Global Pensions, Jun. 1, 2007.

Stephen P. Brown, "Actively Managed ETFs: The Next Generation?," Registered Rep, Jun. 1, 2007.

David A. Geracioti, "From Theory to Practice," Registered Rep, Jun. 1, 2007.

Laura du Preez, "New index investment method promises more," Personal Finance, Jun. 2, 2007.

Rob Wherry, "The Index-Fund Makeover," The Wall Street Journal, Jun. 2, 2007.

Warren Boroson, "Having 'fun' in market is costly," Daily Record, Jun. 3, 2007.

EXHIBIT 1 Page 56

Sophia Grene, "The fundamental rules apply: Rising interest in wealth weighted indices," Financial Times, Jun. 4, 2007.

Sophia Grene, "IPM launches four Fundamental Index™ Funds," Press Release, Jun. 5, 2007.

David Williams, "Want another 5% on top? (Interview with Paul Stewart)," Business Day, Jun. 7, 2007.

Sophia Grene, "Dilsaver Reveals Schwab Funds' Biggest Secret," MutualFundWire.com, Jun. 7, 2007.

Julia Taylor, "New Funds: Informed Portfolio Management," Financial Times, Jun. 11, 2007.

Pam Black, "Press Release for 'Index Smackdown' debate between Rob Arnott and Gus Sauter," Financial Planning, Jun. 12, 2007.

Lawrence Carrel, "Godfather of Fundamental Indexing Faces Challenge," TheStreet.com, Jun. 13, 2007.

Barry Critchley, "You learn something new every day: New tricks to make the market work better," National Post (Canada), Jun. 15, 2007.

Pauline Skypala, "Spa ETF's Multi-launch set to expand range of ETF trackers," Financial Times, Jun. 18, 2007.

Kathie O'Donnell, "Fundamentals-based index fund has goods, struggles for attention," Investment News, Jun. 18, 2007.

Kathie O'Donnell, "Genworth Financial's AssetMark Introduces New Fundamental Index™ Funds," Press Release, Jun. 18, 2007.

Maureen Darrigo, "Market Pulse: BNN Market Call—Som Seif," The Globe & Mail (Toronto), Jun. 19, 2007.

Maureen Darrigo, "PowerShares to Launch Four International ETFs Based on FTSE RAFI™ Indexes at the New York Stock Exchange Jun. 25, 2007," Press Release, Jun. 19, 2007.

Jesse Emspak, "Exchange-Traded Funds: PowerShares Launches Foreign Index Funds," Investor's Business Daily, Jun. 20, 2007.

Ellen Roseman, "Canadians spread cash worldwide," Toronto Star, Jun. 20, 2007.

John Kimelman, "Sampling the ETF Smorgasbord," Barron's, Jun. 22, 2007.

Kevin Bailey, "New Funds Are Old Hat," Herald Sun (Australia), Jun. 25, 2007.

Matthew Hougan, "International RAFI ETFs List on ARCA," IndexUniverse.com, Jun. 25, 2007.

Jonathan Chevreau, "One in Ten Licensed for ETF Run-Up," National Post (Canada), Jun. 25, 2007.

Jonathan Chevreau, "PowerShares Launches Four New FTSE RAFI™ International ETFs on NYSE Arca," Press Release, Jun. 25, 2007.

Jonathan Chevreau, "Hirings: AssetMark Investment Services," Pensions&Investments Online, Jun. 25, 2007.

Jonathan Chevreau, "New U.S. ETFs include Sudan-Free social ETF," Reuters, Jun. 25, 2007.

Jonathan Chevreau, "PowerShares Expands Its Global ETF Initiative Strategy at NYSE," Press Release, Jun. 25, 2007.

Tim Middleton, "Don't follow the dumb money," MSN Money, Jun. 26, 2007.

Matthew Hougan, "ETF Watch: Jun. 7-25," IndexUniverse.com, Jun. 27, 2007.

Rob Wherry, "New From Morningstar's Conference," SmartMoney.com, Jun. 28, 2007.

Mark Salzinger, "Navigating Choppier Waters With ETFs, Funds & Stocks," No-Load Fund Investor, Jul. 1, 2007.

John Spence, "Tempest in an index fund: Robert Arnott and John Bogle clash over best indexing strategy," MarketWatch, Jul. 1, 2007.

John Spence, "Research Affiliates to Sub-Advise Value- and Growth-focused Mandates Based on the Fundamental Index™ Concept for Genworth Financial's AssetMark Asset Allocation Portfolios," Press Releases, Jul. 5, 2007.

Trang Ho, "Foreign ETF Assets Up 24% So Far This Year," Investor's Business Daily, Jul. 11, 2007.

Charles Paikert, "Index battle (p. 2)," Investment News, Jul. 16, 2007.

Sonya Morris, "Measuring the Market's Value," Morningstar, Jul. 16, 2007.

Gastineau, Gary L., "The Cutting Edge," IndexUniverse.com, Jan. 2007.

Scott Burns, "Next-Generation Index Funds Coming," Dallas Morning News, Nov. 26, 2004.

Arnott, Robert, Hsu, Jason, Moore, Phil, "Redefining Indexation," Sep. 9, 2004.

Author Unknown, "Optimal Value-Weighted Portfolios," Economist's View: Value Weighted Portfolios, Jun. 14, 2006.

Author Unknown, "Stock Market Perspective: Better Ways to Index?" http://www.pankin.com/persp062.pdf.

Wooley, Scott, "The Index Insurgents," Forbes.com, Magazine article, Oct. 30, 2006.

Paul C. Wood and Richard E. Evans, "Fundamental Profit-Based Equity Indexation", Journal of Indexes, Second Quarter 2003, pp. 25-31.

Chance, Don M., "Six One Way, Half-A-Dozen the Other," www.indexuniverse.com/component/content/article/4035, Trading Places, May/Jun. 2008.

Brock, Woody, The Role of Pricing Model Uncertainty,:—Resolving Four Paradoxes in Today's Market Behavior, Strategic Economic Decisions, SED Profile May 2008.

Lydon, Tom; Wasik, John F., iMoney, "Profitable Exchange-Traded Fund Strategies for Every Investor," Chapter 2, The Art of Indexing Using the iMoney Plan, date unknown.

Author Unknown, The Role of "Pricing Model Uncertainty" —Resolving Four Paradoxes in Today's Market Behavior,—Strategic Economic Decisions, www.SEDinc.com, SED Profile, May 2008.

Office Action from related U.S. Appl. No. 10/961,404 mailed Mar. 13, 2008.

Office Action from related U.S. Appl. No. 11/196,509 mailed Mar. 19, 2008.

Bazley, John D., Financial Accounting Concepts and Uses, PWS-Kent Publishing Company, 1988, p. 4.

Fernholz, Robert, Diversity-Weighted Indexing, Journal of Portfolio Management, Winter 1998, pp. 74-82.

International Search Report and Written Opinion from PCT/US2008/003762 mailed Sep. 10, 2008.

International Search Report and Written Opinion issued in PCT/US2007/018534 mailed Sep. 17, 2008.

Office Action issued Oct. 3, 2008 in related U.S. Appl. No. 10/159,610.

DRM Portion of CalPERS' Presentation Given on Jan. 12, 2001, 4 pages.

D. Morris, AIMIC Press Conference Presentation—Tokyo, May 29, 1998 (10 pages).

J. Chernoff, "A New Look in Benchmarks: Consultant Devises Alternative Based on Country Wealth." Pensions & Investments Onling (plonline.com), Apr. 14, 1997 (4 pages).

"Index Industry Leaders . . . In Their Own Words," Journal of Indexes, Sep./Oct. 2006, pp. 10-21.

Chernoff, Joel, "A New Look in Benchmarks: Consultant Devises Alternative Based on Country Wealth," Pensions & Investments Online, Issue Date: Apr. 14, 1997.

Raub, David, "Rethinking Indexing," www.NorthBaybiz.com, Issue: Apr. 2006.

Author Unknown, "Methodology for the Management of the FTSE RAFI (Research Affiliates Fundamental Index) Index Series," The FTSE RAFI Index Series Ground Rules, Version 1.1, Dec. 2005.

Serwer, Andy, "Brains, Pluck, and Bucks," CNNMoney.com magazines/fortune/ fortune_archives, Jul. 3, 2006.

Arnott, Robert, "Retrospectives on Selected Fundamental Index Strategies," Research Affiliates, Dec. 2005.

Treynor, Jack, "Perspectives; Why Market-Valuation-Indifferent Indexing Works," Financial Analysts Journal, vol. 61, No. 5, CFA Institute, Sep./Oct. 2005.

Arnott, Rob and Hennessy, David, "Research Affiliates Fundamental Index," Feb. 2006.

Author Unknown, "PowerShares FTSE RAFI US 1000 Portfolio," www.powershares.com, PRF Facts, Sep. 2, 2005.

Markowitz, Harry M., "Market Efficiency: A Theoretical Distinction and So What?" www.cfapubs.org, Financial Analysts Journal, Reflections, CFA Institute, Sep./Oct. 2005, pp. 17-30.

Author Unknown, "PowerShares Exchange-Traded Fund Trust," PowerShares FTSE RAFI US 1000 Portfolio-PRF, Prospectus Supplement dated Feb. 22, 2006, Prospectus dated Dec. 19, 2005.

Hsu, Jason C. and Campollo, Carmen, "New Frontiers in Index Investing," Journal of Indexes, Jan./Feb. 2006, pp. 32-34, 36, 37, 58.

EXHIBIT 1 Page 57

## US 7,792,719 B2

Page 9

Makepeace, Mark, "FTSE: Coming to America," Journal of Indexes, Jan./Feb. 2006, pp. 38-39.

Blanchett, David, "Building the Best Index; Equal-Weighting vs. Market Capitalization," Journal of Indexes, Jan./Feb. 2006, pp. 40-42.

Gastineau, Gary, "Is Indexing Ready for the Challenges of the 21st Century?", Journal of Indexes, The Cutting Edge, Mar./Apr. 2006, pp. 32-35.

Author Unknown, "William F. Sharpe Awards—Plus Editorial Board Meeting Excerpts," Journal of Indexes, Mar./Apr. 2006, pp. 36-41.

Author Unknown, "FTSE/RAFI PowerShares ETF Launches on Big Board," Journal of Indexes, Mar./Apr. 2006, pp. 51-52.

Leake, Thomas and Morris, David, "Where Next for the Index Business Model? Bringing Low Cost to the World of Active Management," Journal of Indexes, May/Jun. 2006, pp. 22-26.

Schoenfeld, Steven A. and Ginis, Robert E., "Worth Weighting For? A Survey and Critique of Alternatively Weighted Indexes," Journal of Indexes, May/Jun. 2006, pp. 10-21.

Author Unknown, "CalPERS Goes Fundamental," News, Indexing Developments, Journal of Indexes, May/Jun. 2006, p. 52.

Arnott, Robert D., "What Cost "Noise"?" Financial Analysts Journal, Editor's Corner, CFA Institute, Mar./Apr. 2005, pp. 10-14.

Arnott et al., "Redefining Indexation," Research Affiliates, LLC, pp. 1-24, 2004.

Author Unknown, "Dividend Party Goes Global," Journal of Indexes, Mar./Apr. 2006, p. 52.

Office Action issued Jul. 8, 2009 in related U.S. Appl. No. 11/509,002.

Office Action issued Aug. 6, 2009 in related U.S. Appl. No. 10/159,610.

Office Action in JP Counterpart Application No. 2006-552146, May 25, 2010.

Advisory Action dated Feb. 25, 2009 issued in related U.S. Appl. No. 11/196,509.

Office Action dated Nov. 25, 2008 issued in related U.S. Appl. No. 10/961,404.

Office Action issued Dec. 5, 2008 in related CN application No. 200580000459.0.

Decision issued Feb. 2, 2009 in related GB application No. 0616163.2.

Decision issued Feb. 19, 2009 in related GB application No. 0222239.6.

International Search Report and Written Opinion issued Dec. 21, 2007 in related Appl. PCT/US2006/042430.

Kaplan, Paul, "Let's Not All Become Fundamental Indexers Just Yet," Journal of Indexes, Jan./Feb. 2009, pp. 34-37.

Point/Counterpoint, "The Fundamental Debate," Journal of Indexes, Jan./Feb. 2009, pp. 30-33, continued on p. 51.

Prestbo, John, In Perspective; "Weighting It Out," Journal of Indexes, Jan./Feb. 2009, pp. 38-40.

Communication from the European Patent Office dated Dec. 3, 2009, issued in related European Patent Application No. 03726210.2.

* cited by examiner

EXHIBIT 1 Page 58



FIG. 1

EXHIBIT 1 Page 59



FIG. 2

EXHIBIT 1 Page 60



FIG. 3

EXHIBIT 1 Page 61

US 7,792,719 B2

**1**

## VALUATION INDIFFERENT NON-CAPITALIZATION WEIGHTED INDEX AND PORTFOLIO

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a non-provisional application claiming priority to U.S. Provisional Patent Application No. 60/541,733 entitled, "Securities Indexing," to Arnott, filed Feb. 4, 2004, the contents of which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention pertains generally to securities investing and more specifically to construction and use of passive portfolios and indexes.

2. Related Art

Conventionally, there are various broad categories of securities portfolio management. One conventional securities portfolio management category is active management wherein the securities are selected for a portfolio individually based on economic, financial, credit, and/or business analysis; on technical trends; on cyclical patterns; etc. Another conventional category is passive management, also called indexing, wherein the securities in a portfolio duplicate those that make up an index. The securities in a passively managed portfolio are conventionally weighted by relative market capitalization weighting or equal weighting. Another middle ground conventional category of securities portfolio management is called enhanced indexing, in which a portfolio's characteristics, performance and holdings are substantially dominated by the characteristics, performance and holdings of the index, albeit with modest active management departures from the index.

The present invention relates generally to the passive and enhanced indexing categories of portfolio management. A securities market index, by intent, reflects an entire market or a segment of a market. A passive portfolio based on an index may also reflect the entire market or segment. Often every security in an index is held in the passive portfolio. Sometimes statistical modeling is used to create a portfolio that duplicates the profile, risk characteristics, performance characteristics, and securities weightings of an index, without actually owning every security included in the index. (Examples could be portfolios based on the Wilshire 5000 Equity Index or on the Lehman Aggregate Bond Index.) Sometimes statistical modeling is used to create the index itself such that it duplicates the profile, risk characteristics, performance characteristics, and securities weightings of an entire class of securities. (The Lehman Aggregate Bond Index is an example of this practice.)

Indexes are generally all-inclusive of the securities within their defined markets or market segments. In most cases indexes may include each security in the proportion that its market capitalization bears to the total market capitalization of all of the included securities. The only common exceptions to market capitalization weighting are equal weighting of the included securities (for example the Value Line index or the Standard & Poors 500 Equal Weighted Stock Index, which includes all of the stocks in the S&P 500 on a list basis; each stock given equal weighting as of a designated day each year) and share price weighting, in which share prices are simply added together and divided by some simple divisor (for example, the Dow Jones Industrial Average). Conventionally,

**2**

passive portfolios are built based on an index weighted using one of market capitalization weighting, equal weighting, and share price weighting.

Advantages of passive investing include: a low trading cost of maintaining a portfolio that has turnover only when an index is reconstituted, typically once a year; a low management cost of a portfolio that requires no analysis of individual securities; and no chance of the portfolio suffering a loss—relative to the market or market segment the index reflects—because of misjudgments in individual securities selection.

Advantages of using market capitalization weighting as the basis for a passive portfolio include that the index (and therefore a portfolio built on it) remains continually 'in balance' as market prices for the included securities change, and that the portfolio performance participates in (i.e., reflects) that of the securities market or market segment included in the index.

The disadvantages of market capitalization weighting passive indexes, which can be substantial, center on the fact that any under-valued securities are underweighted in the index and related portfolios, while any over-valued securities are over weighted. Also, the portfolio based on market capitalization weighting follows every market (or segment) bubble up and every market crash down. Finally, in general, portfolio securities selection is not based on a criteria that reflects a better opportunity for appreciation than that of the market or market segment overall.

### SUMMARY OF THE INVENTION

An exemplary embodiment of the present invention is directed to a new method, system and computer program product for passive investing that is based on indexes which are built with metrics other than market capitalization weighting, share price weighting or equal weighting. Among these metrics are various financial data of the company issuing securities, including but not limited to book value, sales, revenue, earnings, earnings per share, income, income growth rate, dividends, dividends per share, earnings before interest, tax, depreciation and amortization, etc. In another exemplary embodiment, other nonfinancial and non-market capitalization metrics can be used as the basis for compiling an index, such as, e.g., but not limited to, an index of companies with chief executive officers (CEOs) having graduated from a particular university.

A common element included in an exemplary embodiment of the present invention, which is entirely missing from conventionally available forms of index construction, is that the indexes of the present invention are "valuation-indifferent." That is, conventional indexes do not take account of classical valuation ratios, which causes the conventional indexes to create a natural tendency to over-weight the over-valued and under-weight the under-valued securities in the conventional indexes and portfolios based on them. While this cause also holds true for equal weighting, we exclude that as an already-extant (and trivial) exception.

The use of these non-market capitalization metrics according to the exemplary embodiment of the present invention, allows the construction of indexes and resulting passive portfolios that better reflect the economic scale and/or long-term growth potential of the individual securities within a market or market segment than do conventional capitalization weighting, share price weighting, or equal weighting. The non-market capitalization metrics according to an exemplary embodiment of the present invention, allow construction of indexes and resulting passive portfolios that offer to an investor who wishes to participate in a market or market segment a choice of passive portfolio alternatives with different risk

EXHIBIT 1 Page 62

US 7,792,719 B2

**3**

characteristics. The indexes and portfolios based on them according to the exemplary embodiment of the present invention, also provide these additional advantages while maintaining the conventional benefits of passive investing. In historical testing, these non-market capitalization metrics are found to outperform the conventional capitalization-weighted indexes over extended periods of time, with similar or lower portfolio risk.

Overall, the availability of non-market capitalization indexes, and the passive and enhanced index portfolios based on them, have the potential to reduce investment costs through more widespread use of low-cost passive and enhanced-index investing. The present invention has the potential to improve investment returns versus the conventional markets through the use of a securities weighting framework which is not subject to a natural tendency to overemphasize over-valued securities and underemphasize under-valued securities. The present invention also has the potential to reduce portfolio volatility through the use of securities weighting criteria that are less reflective of 'irrational exuberance.' An exemplary embodiment of the present invention also has the potential to offer 'customized' passive portfolios as each metric may have its own specific performance and risk characteristics.

An exemplary embodiment of the present invention sets forth a system, method, and computer program product for constructing a non-capitalization weighted portfolio of assets. In an exemplary embodiment, the method may include: (a) gathering data about a plurality of assets; (b) selecting a plurality of assets to create the index of assets; and (c) weighting each of the plurality of assets selected in the index based on an objective measure of scale of each of the plurality of assets, wherein the weighting may include: (i) weighting at least one of the plurality of assets; and (ii) weighting other than weighting based on market capitalization, equal weighting, and/or share price weighting.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a stock; a commodity; a futures contract; a bond; a mutual fund; a hedge fund; a fund of funds; an exchange traded fund (ETF); a derivative; or a negative weighting on any asset.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a stock.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a commodity.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a futures contract.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, wherein each of the assets may include a bond.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a mutual fund.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a hedge fund.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a fund of flunds.

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include an exchange traded fund (ETF).

**4**

In one exemplary embodiment, (c) may include weighting each of the plurality of assets, where each of the assets may include a derivative.

In one exemplary embodiment, (c) may include a negative weighting on any asset.

In one exemplary embodiment, the negative weighting may be performed for purposes of establishing, or measuring, performance for any security, a portfolio of assets, a hedge fund, and/or a long/short position.

In one exemplary embodiment, (c) may include weighting based on the objective measure of scale, where the objective measure of scale may include a measure of company size associated with each of the plurality of assets.

In one exemplary embodiment, the measure of company size may include one or more of: gross revenue, sales, income, earnings before interest and tax (EBIT), earnings before interest, taxes, depreciation and amortization (EBITDA), number of employees, book value, assets, liabilities, and/or net worth.

In one exemplary embodiment, (c) may include weighting based on the objective measure of scale, where the objective measure of scale includes a measure relating to an underlying asset itself.

In one exemplary embodiment, the asset may include a municipality, a municipality issuing bonds, or a commodity.

In one exemplary embodiment, the objective measure of scale associated with the asset may include one or more of: revenue, profitability, sales, total sales, foreign sales, domestic sales, net sales, gross sales, profit margin, operating margin, retained earnings, earnings per share, book value, book value adjusted for inflation, book value adjusted for replacement cost, book value adjusted for liquidation value, dividends, assets, tangible assets, intangible assets, fixed assets, property, plant, equipment, goodwill, replacement value of assets, liquidation value of assets, liabilities, long term liabilities, short term liabilities, net worth, research and development expense, accounts receivable, earnings before interest, taxes, dividends, and amortization (EBITDA), accounts payable, cost of goods sold (CGS), debt ratio, budget, capital budget, cash budget, direct labor budget, factory overhead budget, operating budget, sales budget, inventory method, type of stock offered, liquidity, book income, tax income, capitalization of earnings, capitalization of goodwill, capitalization of interest, capitalization of revenue, capital spending, cash, compensation, employee turnover, overhead costs, credit rating, growth rate, tax rate, liquidation value of company, capitalization of cash, capitalization of earnings, capitalization of revenue, cash flow, and/or future value of expected cash flow.

In one exemplary embodiment, (c) may include weighting each of the assets in the index based on the objective measure of scale, where the objective measure may include a ratio of any combination of the objective measures of scale of the asset other than ratios based on weighting the assets based on market capitalization, equal weighting, or share-price weighting.

In one exemplary embodiment, the ratio of any combination of the objective measures of scale may include one or more of: current ratio, debt ratio, overhead expense as a percent of sales, and/or debt service burden ratio.

In one exemplary embodiment, the objective measure of scale may include a demographic measure of the asset.

In one exemplary embodiment, the demographic measure of scale may include one or more of: employees, floor space, office space, location, and/or other demographics of an asset.

EXHIBIT 1 Page 63

US 7,792,719 B2

**5**

In one exemplary embodiment, the measure of company size may include one or more demographic measure of the asset.

In one exemplary embodiment, the demographic measure of the asset may include one or more of a non-financial metric, a non-market related metric, a number of employees, floor space, office space, and/or other demographics of the asset.

In one exemplary embodiment, (c) may include weighting based on the objective measure of scale, where the objective measure of scale may include a geographic metric.

In one exemplary embodiment, the geographic metric may include a geographic metric other than gross domestic product (GDP) weighting.

In one exemplary embodiment, the method may include a passive investing method that may include: constructing the portfolio of assets according to the index.

In one exemplary embodiment, the portfolio of assets may include one or more of: a fund; a mutual fund; a fund of funds; an asset account; an exchange traded fund (ETF); a separate account, a pooled trust; and/or a limited partnership.

In one exemplary embodiment, the method may further include: selecting a plurality of assets for trading according to the index; and trading one or more of said plurality of assets based on said weighting of the index.

In one exemplary embodiment, the trading may include: rebalancing the portfolio based on the index.

In one exemplary embodiment, rebalancing may include: rebalancing on a periodic basis.

In one exemplary embodiment, rebalancing may include: rebalancing based on the assets reaching a threshold.

In one exemplary embodiment, the method may further include applying rules associated with the index.

In one exemplary embodiment, the method of constructing the non-market capitalization weighted portfolio may be used for one or more of: investment management, and/or investment portfolio benchmarking.

In one exemplary embodiment, the method may include an enhanced index investing method. The method may include constructing the portfolio of assets in a fashion in which at least one of holdings, performance, or characteristics, are substantially similar to the index.

In one exemplary embodiment, the method may be a computer-implemented method and (a) may include: gathering data using computerized databases.

In one exemplary embodiment, (c) may include weighting based on a non-market capitalization financial metric associated with each of the plurality of assets, and a non-financial metric associated with each of said plurality of assets.

In another exemplary embodiment, a system for constructing a non-capitalization weighted portfolio of assets may include: means for gathering data about a plurality of assets; means for selecting a plurality of assets to create the index of assets; and weighting means for weighting each of said plurality of assets selected in the index based on an objective measure of scale of said each of said plurality of assets, wherein said weighting means may include: means for weighting at least one of said plurality of assets; and means for weighting other than weighting based on at least one of market capitalization, equal weighting, or share price weighting.

In yet another exemplary embodiment, a non-capitalization weighted portfolio of assets construction system, may include: a processor adapted to gather data about a plurality of assets; adapted to select a plurality of assets to create the index of assets; adapted to weight each of the plurality of assets selected in the index based on an objective measure of scale of the each of said plurality of assets; adapted to weight

**6**

at least one of the plurality of assets; and adapted to weight other than based on at least one of market capitalization, equal weighting, or share price weighting.

In another exemplary embodiment, a machine readable medium that provides instructions which when executed by a computing platform, cause the computing platform to perform operations may include a method of constructing a non-capitalization weighted portfolio of assets, the method may include: (a) gathering data about a plurality of assets; (b) selecting a plurality of assets to create the index of assets; and (c) weighting each of said plurality of assets selected in the index based on an objective measure of scale of said each of said plurality of assets, wherein said weighting comprises: (i) weighting at least one of said plurality of assets; and (ii) weighting other than weighting based on at least one of market capitalization, equal weighting, or share price weighting.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other features and advantages of the invention will be apparent from the following, more particular description of exemplary embodiments of the invention, as illustrated in the accompanying drawings. In the drawings, like reference numbers generally indicate identical, functionally similar, and/or structurally similar elements. The drawing in which an element first appears is indicated by the leftmost digits in the corresponding reference number. A preferred exemplary embodiment is discussed below in the detailed description of the following drawings:

FIG. 1 is a deployment diagram of an index generation and use process in accordance with an exemplary embodiment of the present invention;

FIG. 2 is a process flow diagram of an index generation process in accordance with an exemplary embodiment of the present invention; and

FIG. 3 is a process flow diagram of an index use process in accordance with an exemplary embodiment of the present invention.

DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS OF THE PRESENT INVENTION

Various exemplary embodiments of the invention are discussed in detail below including a preferred embodiment. While specific implementations are discussed, it should be understood that this is done for illustration purposes only. A person skilled in the relevant art can recognize that other components and configurations may be used without parting from the spirit and scope of the invention.

FIG. 1 depicts an exemplary deployment diagram of an index generation and use process in accordance with an exemplary embodiment of the present invention. According to the exemplary embodiment, an analyst may use a computer system to generate an index. The analyst may do so by using analysis software to examine data about entities offering different kinds of securities that may be traded by investors. An example of an entity that may be offering securities may be a publicly held company whose shares trade on an exchange. However, the present invention also applies to any entity that may have any type of security that may be traded where information about the entity and/or its security is available (or capable of being made available) for analysis.

EXHIBIT 1 Page 64

US 7,792,719 B2

**7**

In an exemplary embodiment, once an index has been generated by an analyst using the entity date, the index may be used to build investment portfolios. An investor, advisor, manager or broker may then manage the purchased securities as a mutual fund for a plurality of individual and institutional investors. Alternatively, the purchased securities may be managed for one or more investors. In the latter case, securities may be purchased based on the index for inclusion in an individual or an institutional investor's portfolio.

FIG. **2** depicts an exemplary process flow diagram of an index generation process in accordance with an exemplary embodiment of the present invention. In an exemplary embodiment, to generate an index, an analyst using analysis software may access entity data about various entities that have securities that are traded. For example, publicly traded companies must disclose information about certain financial aspects of their operations. This information may be aggregated for a plurality of entities. Market sectors and corresponding indices may then be identified and generated using the aggregate data.

In slightly more detail, an index may be generated by normalizing entity data for a particular non-market capitalization metric. The normalized entity data may be used to generate a weighting function describing the contribution of each entity to a business sector as defined by the metric, in an exemplary embodiment. An index may be generated using the weighting function. Once an index is generated, according to an exemplary embodiment, the index may be used to track the business sector defined by the metric or to create a portfolio of securities offered by the entities whose information was used to generate the index.

For example, in an exemplary embodiment of the invention a method of constructing a non-capitalization weighted portfolio of assets may include, e.g., gathering data about various assets; selecting a group of assets to create the index of assets; and weighting each of the group of assets selected in the index based on an objective measure of scale of each member of the group of assets, where the weighting may include weighting all or a subset of the group of assets, and weighting based on other than market capitalization, equal weighting, or share price weighting.

In one exemplary embodiment, the weighting of each member of the group of assets, may include weighting assets of any of various types. Examples of various types of assets may include, e.g., but not limited to, a stock type; a commodity type; a futures contract type; a bond type; a mutual fund type; a hedge fund type; a fund of funds type; an exchange traded fund (ETF) type; and a derivative type assets. The weighting may also include, e.g., but not limited to, a negative weighting on any of the various types of assets.

According to exemplary embodiments of the present invention, the index may be weighted based on an objective measure of scale, where the objective measure of scale may include a measure relating to an underlying asset itself. The asset may include a municipality, a municipality issuing bonds, or a commodity. An objective measure of scale associated with the asset may include any combination of: revenue, profitability, sales, total sales, foreign sales, domestic sales, net sales, gross sales, profit margin, operating margin, retained earnings, earnings per share, book value, book value adjusted for inflation, book value adjusted for replacement cost, book value adjusted for liquidation value, dividends, assets, tangible assets, intangible assets, fixed assets, property, plant, equipment, goodwill, replacement value of assets, liquidation value of assets, liabilities, long term liabilities, short term liabilities, net worth, research and development expense, accounts receivable, earnings before interest, taxes,

**8**

dividends, and amortization (EBITDA), accounts payable, cost of goods sold (CGS), debt ratio, budget, capital budget, cash budget, direct labor budget, factory overhead budget, operating budget, sales budget, inventory method, type of stock offered, liquidity, book income, tax income, capitalization of earnings, capitalization of goodwill, capitalization of interest, capitalization of revenue, capital spending, cash, compensation, employee turnover, overhead costs, credit rating, growth rate, tax rate, liquidation value of company, capitalization of cash, capitalization of earnings, capitalization of revenue, cash flow, and/or future value of expected cash flow.

Ratios too may be used. In an exemplary embodiment, the weighting of assets in the index based on objective measures of scale, may include a ratio of any combination of the objective measures of scale of the asset other than ratios based on weighting the assets based on market capitalization, equal weighting, or share-price weighting. For example, the ratio of any combination of the objective measures of scale may include, e.g., but not limited to, current ratio, debt ratio, overhead expense as a percent of sales, or debt service burden ratio.

In an exemplary embodiment, the portfolio of assets may include, e.g., but not limited to, one or more of, a fund; a mutual fund; a fund of funds; an asset account; an exchange traded fund (ETF); a separate account, a pooled trust; or a limited partnership.

In an exemplary embodiment, a measure of company size may include one of, or a combination of one or more of gross revenue, sales, income, earnings before interest and tax (EBIT), earnings before interest, taxes, depreciation and amortization (EBITDA), number of employees, book value, assets, liabilities, or net worth.

In one exemplary embodiment, the measure of company size may include a demographic measure of the asset. The demographic measure of the asset may include, e.g., one of, or any combination of one or more of a non-financial metric, a non-market related metric, a number of employees, floor space, office space, or other demographics of the asset.

In an exemplary embodiment, weighting may be based on the objective measure of scale, where the measure may include a geographic metric. The geographic metric in an exemplary embodiment may include a geographic metric other than gross domestic product (GDP) weighting.

FIG. **3** depicts an exemplary process flow diagram of an index use process in accordance with an exemplary embodiment of the present invention. An index may be received from an index generation process and may be used to determine the identity and quantity of securities to purchase for a portfolio, according to an exemplary embodiment. The securities may be purchased from an exchange or other market and may be held on account for an investor or group of investors. The index may be updated on, e.g., but not limited to, a periodic basis and may be used as a basis to rebalance the portfolio, according to an exemplary embodiment. According to another exemplary embodiment, the portfolio can be rebalanced when, e.g., a pre-determined threshold is reached. In this way, a portfolio may be created and maintained based on a non-market capitalization index.

Rebalancing can be based on assets reaching a threshold condition or value. For example, but not limited to, rebalancing may occur upon reaching a threshold such as, e.g., 'when the portfolio of assets increases in market value by 20%,' or 'when the assets on a sub-category within the portfolio exceed 32% of the size of the portfolio,' or 'when a U.S. President is elected from a different party than the incumbent,' etc.

EXHIBIT 1 Page 65

9

The present invention, in an exemplary embodiment may be used the non-market capitalization weighted portfolio may be used for investment management, or investment portfolio benchmarking.

An exemplary embodiment of the invention may be implemented on a computing device(s), processor(s), computer(s) and/or communications device(s).

The computer, in an exemplary embodiment, may comprise one or more central processing units (CPUs) or processors, which may be coupled to a bus. The processor may, e.g., access main memory via the bus. The computer may be coupled to an input/output (I/O) subsystem such as, e.g., but not limited to, a network interface card (NIC), or a modem for access to a network. The computer may also be coupled to a secondary memory directly via bus, or via a main memory, for example. Secondary memory may include, e.g., but not limited to, a disk storage unit or other storage medium. Exemplary disk storage units may include, but are not limited to, a magnetic storage device such as, e.g., a hard disk, an optical storage device such as, e.g., a write once read many (WORM) drive, or a compact disc (CD), or a magneto optical device. Another type of secondary memory may include a removable disk storage device, which may be used in conjunction with a removable storage medium, such as, e.g. a CD-ROM, or a floppy diskette. In general, the disk storage unit may store an application program for operating the computer system referred to commonly as an operating system. The disk storage unit may also store documents of a database (not shown). The computer may interact with the I/O subsystems and disk storage unit via bus. The bus may also be coupled to a display for output, and input devices such as, but not limited to, a keyboard and a mouse or other pointing/selection device.

In this document, the terms "computer program medium" and "computer readable medium" may be used to generally refer to media such as, e.g., but not limited to removable storage drive, a hard disk installed in hard disk drive, and signals, etc. These computer program products may provide software to computer system. The invention may be directed to such computer program products.

References to "one embodiment," "an embodiment," "example embodiment," "various embodiments," etc., may indicate that the embodiment(s) of the invention so described may include a particular feature, structure, or characteristic, but not every embodiment necessarily includes the particular feature, structure, or characteristic. Further, repeated use of the phrase "in one embodiment," or "in an exemplary embodiment," do not necessarily refer to the same embodiment, although they may.

In the following description and claims, the terms "coupled" and "connected," along with their derivatives, may be used. It should be understood that these terms are not intended as synonyms for each other. Rather, in particular embodiments, "connected" may be used to indicate that two or more elements are in direct physical or electrical contact with each other. "Coupled" may mean that two or more elements are in direct physical or electrical contact. However, "coupled" may also mean that two or more elements are not in direct contact with each other, but yet still co-operate or interact with each other.

An algorithm is here, and generally, considered to be a self-consistent sequence of acts or operations leading to a desired result. These include physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these

10

signals as bits, values, elements, symbols, characters, terms, numbers or the like. It should be understood, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities.

Unless specifically stated otherwise, as apparent from the following discussions, it is appreciated that throughout the specification discussions utilizing terms such as "processing," "computing," "calculating," "determining," or the like, refer to the action and/or processes of a computer or computing system, or similar electronic computing device, that manipulate and/or transform data represented as physical, such as electronic, quantities within the computing system's registers and/or memories into other data similarly represented as physical quantities within the computing system's memories, registers or other such information storage, transmission or display devices.

In a similar manner, the term "processor" may refer to any device or portion of a device that processes electronic data from registers and/or memory to transform that electronic data into other electronic data that may be stored in registers and/or memory. A "computing platform" may comprise one or more processors.

Embodiments of the present invention may include apparatuses for performing the operations herein. An apparatus may be specially constructed for the desired purposes, or it may comprise a general purpose device selectively activated or reconfigured by a program stored in the device.

While various embodiments of the present invention have been described above, it should be understood that they have been presented by way of example only, and not limitation. Thus, the breadth and scope of the present invention should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents. While this invention has been particularly described and illustrated with reference to a preferred embodiment, it will be understood to those having ordinary skill in the art that changes in the above description or illustrations may be made with respect to formal detail without departing from the spirit and scope of the invention.

What is claimed is:

1. A method of constructing an index of assets (I), the method implemented by at least one analysis host processor, the at least one analysis host processor comprising at least one computer processor, the method comprising:

  (a) accessing by the at least one analysis host processor of one or more databases storing and permitting retrieval of data (D) about a plurality of entities (E) and a plurality of corresponding assets (A) each issued by or having been issued by at least one of the plurality of entities (E);

  (b) receiving by the at least one analysis host processor at least one objective measure of scale (O) regarding one or more of the plurality of said assets, or one or more of the plurality of said entities (E) associated with said corresponding assets (A);

  (c) retrieving by the at least one analysis host processor one or more of said data (D) about said plurality of said entities (E) and said corresponding assets (A);

  (d) selecting by the at least one analysis host processor a selection from said plurality of said assets (A) and said entities (E) to comprise a plurality of constituent index assets (IA) comprising the index of assets (I), wherein said selecting comprises:

    (i) selecting by the at least one analysis host processor said one or more data (D) to be a quantitative data (Q) reflecting the amount of said at least one objective

EXHIBIT 1 Page 66

US 7,792,719 B2

| 11 | 12 |

measure of scale (O) associated with each of said entities, wherein said at least one objective measure of scale (O) is substantially independent of the market prices (P) of any of said assets (A) and is substantially independent of a market capitalization (MC) of any of said entities (E),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given asset (A), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:

a demographic measure of a said entity (E) associated with said asset (A);

a financial metric of a said entity (E) associated with said asset (A);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said asset (A);

(ii) ranking by the at least one analysis host processor said entities (E) based upon at least one of a said quantitative data (Q) associated with the at least one objective measure of scale (O) of each of said entities (E); and

(iii) selecting by the at least one analysis host processor said selection from said plurality of said assets (A) or said entities (E) to comprise said plurality of constituent index assets (IA) based on said ranking; and

(e) calculating by the at least one analysis host processor proportional weights for the index of assets to be objective measure of scale weights (OW) substantially independent of the market prices (P) of any of said assets (A) and substantially independent of a market capitalization (MC) of any of said entities (E), wherein said calculating comprises:

(i) adding by the at least one analysis host processor the quantitative data (Q) of each of said at least one objective measure of scale (O) for all of said constituent index assets (IA) to yield a sum total quantitative data (SUMQ) for said at least one objective measure of scale (O); and

(ii) determining by the at least one analysis host processor a relative size of the quantitative data (Q) of a said at least one objective measure of scale (O) for each said constituent index asset (IA) as a proportion of said sum total quantitative data (SUMQ) for said at least one objective measure of scale (O) to yield the objective measure of scale weight (OW) of each of the constituent index assets (IA) comprising the index of assets (I),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given constituent index asset (IA), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a financial metric of a said entity (E) associated with said constituent index asset (IA);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said constituent index asset (IA).

**2**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises at least one of

a stock; a commodity; a futures contract; a bond; a municipal bond; a corporate bond; a mutual fund; a hedge fund; a fund of funds; an exchange traded fund (ETF); or a derivative.

**3**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a stock.

**4**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a commodity.

**5**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a futures contract.

**6**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a bond.

**7**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a mutual fund.

**8**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a hedge fund.

**9**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a fund of funds.

**10**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises an exchange traded fund (ETF).

**11**. The analysis host implemented method according to claim **1**, wherein each of said assets comprises a derivative.

**12**. The analysis host implemented method according to claim **1**, wherein said (e) comprises performing a negative weighting on any of said assets.

**13**. The analysis host implemented method according to claim **12**, wherein said performing said negative weighting comprises at least one of: establishing or measuring performance, for at least one of: any security; a portfolio; a hedge fund; or at least one of: a long or a short position.

**14**. The analysis host implemented method according to claim **1**, wherein said objective measure of scale comprises a measure relating to at least one of an underlying attribute of one of the assets, or the entity associated with the asset.

**15**. The analysis host implemented method according to claim **1**, wherein said entity comprises at least one of: a company; a municipality; a municipality issuing bonds; a country; or an issuer of the asset.

**16**. The analysis host implemented method according to claim **1**, wherein said objective measure of scale comprises at least one of a mathematical transformation of at least one objective measure of scale, or a ratio of any combination of objective measures of scale relating to one or more of said assets and the ratio is not based on any one of: weighting said one or more assets based on market capitalization; equal weighting; or weighting in proportion to the price of said one or more assets.

**17**. The analysis host implemented method according to claim **16**, wherein said ratio of any combination of said objective measures of scale comprises at least one of:

a current ratio,

a debt ratio,

an overhead expense as a percent of sales, or

a debt service burden ratio.

**18**. The analysis host implemented method according to claim **1**, wherein said (e) comprises weighting based on said objective measure of scale, wherein said objective measure of scale comprises an economic indicator.

**19**. The analysis host implemented method according to claim **1**, wherein said objective measure of scale comprises a measure tied to a particular geography associated with the assets.

**20**. The analysis host implemented method of claim **1**, wherein the method comprises constructing a portfolio of assets based upon the index of assets (I).

EXHIBIT 1 Page 67

US 7,792,719 B2

13

**21**. The analysis host implemented method of claim **20**, wherein the portfolio of assets comprises at least one of:
a fund;
a mutual fund;
a fund of funds;
an asset account;
an exchange traded fund (ETF);
a separate account;
a pooled trust; or
a limited partnership.

**22**. The analysis host implemented method according to claim **20**, further comprising:
selecting the portfolio of assets for trading according to the index of assets (I); and
trading via at least one trading host processor one or more of said portfolio of assets based on said selecting or said weighting of the constituent index assets (IA) of the index of assets (I).

**23**. The analysis host implemented method according to claim **22**, wherein said trading comprises: rebalancing the portfolio of assets based on the index of assets (I).

**24**. The analysis host implemented method according to claim **23**, wherein said rebalancing is performed on a periodic basis.

**25**. The analysis host implemented method according to claim **23**, wherein said rebalancing is based upon the constituent index assets (IA) crossing a threshold value.

**26**. The analysis host implemented method according to claim **22**, further comprising: applying one or more rules associated with the index of assets (I).

**27**. The analysis host implemented method according to claim **1**, wherein the method of constructing the index is used for at least one of: investment management; or investment portfolio benchmarking.

**28**. The analysis host implemented method of claim **1**, wherein the method further comprises an enhanced valuation indifferent non-capitalization weighted index investing method, comprising:
constructing a portfolio of assets in a fashion in which at least one of: holdings; performance; or characteristics, are substantially similar to the index of assets (I).

**29**. The analysis host implemented method according to claim **1**, wherein said (a) comprises: gathering data about the plurality of entities using computerized databases.

**30**. The analysis host implemented method according to claim **1**, wherein said objective measure of scale comprises a non-financial metric.

**31**. The analysis host implemented method according to claim **1**, wherein the analysis host implemented method comprises at least one of: a passive investing method; an active investing method; or an enhanced type of active investing method.

**32**. The analysis host implemented method according to claim **1**, wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:
revenue of a said entity (E) associated with said asset (A);
gross revenue of a said entity (E) associated with said asset (A);
profitability of a said entity (E) associated with said asset (A);
sales of a said entity (E) associated with said asset (A);
total sales of a said entity (E) associated with said asset (A);
foreign sales of a said entity (E) associated with said asset (A);
domestic sales of a said entity (E) associated with said asset (A);

14

net sales of a said entity (E) associated with said asset (A);
gross sales of a said entity (E) associated with said asset (A);
profit margin of a said entity (E) associated with said asset (A);
operating margin of a said entity (E) associated with said asset (A);
retained earnings of a said entity (E) associated with said asset (A);
earnings per share of a said entity (E) associated with said asset (A);
book value of a said entity (E) associated with said asset (A);
book value adjusted for inflation of a said entity (E) associated with said asset (A);
book value adjusted for replacement cost of a said entity (E) associated with said asset (A);
book value adjusted for liquidation value of a said entity (E) associated with said asset (A);
dividends of a said entity (E) associated with said asset (A);
assets of a said entity (E) associated with said asset (A);
tangible assets of a said entity (E) associated with said asset (A);
intangible assets of a said entity (E) associated with said asset (A);
fixed assets of a said entity (E) associated with said asset (A);
property of a said entity (E) associated with said asset (A);
plant of a said entity (E) associated with said asset (A);
equipment of a said entity (E) associated with said asset (A);
goodwill of a said entity (E) associated with said asset (A);
replacement value of assets of a said entity (E) associated with said asset (A);
liquidation value of assets of a said entity (E) associated with said asset (A);
liabilities of a said entity (E) associated with said asset (A);
long term liabilities of a said entity (E) associated with said asset (A);
short term liabilities of a said entity (E) associated with said asset (A);
net worth of a said entity (E) associated with said asset (A);
research and development expense of a said entity (E) associated with said asset (A);
accounts receivable of a said entity (E) associated with said asset (A);
earnings before interest and tax (EBIT) of a said entity (E) associated with said asset (A);
earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said asset (A);
accounts payable of a said entity (E) associated with said asset (A);
cost of goods sold (CGS) of a said entity (E) associated with said asset (A);
debt ratio of a said entity (E) associated with said asset (A);
budget of a said entity (E) associated with said asset (A);
capital budget of a said entity (E) associated with said asset (A);
cash budget of a said entity (E) associated with said asset (A);
direct labor budget of a said entity (E) associated with said asset (A);
factory overhead budget of a said entity (E) associated with said asset (A);
operating budget of a said entity (E) associated with said asset (A);

EXHIBIT 1 Page 68

**15**

sales budget of a said entity (E) associated with said asset (A);

inventory method of a said entity (E) associated with said asset (A);

type of stock offered of a said entity (E) associated with said asset (A);

liquidity of a said entity (E) associated with said asset (A);

book income of a said entity (E) associated with said asset (A);

tax income of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of goodwill of a said entity (E) associated with said asset (A);

capitalization of interest of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

capital spending of a said entity (E) associated with said asset (A);

cash of a said entity (E) associated with said asset (A);

compensation of a said entity (E) associated with said asset (A);

employee turnover of a said entity (E) associated with said asset (A);

overhead costs of a said entity (E) associated with said asset (A);

credit rating of a said entity (E) associated with said asset (A);

growth rate of a said entity (E) associated with said asset (A);

tax rate of a said entity (E) associated with said asset (A);

liquidation value of entity of a said entity (E) associated with said asset (A);

capitalization of cash of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

cash flow of a said entity (E) associated with said asset (A),

a demographic measure of a said entity (E) associated with said asset (A);

a measure relating to a demographic attribute of a said entity (E) associated with said asset (A);

a non-financial metric of a said entity (E) associated with said asset (A);

a non-market related metric of a said entity (E) associated with said asset (A);

number of employees of a said entity (E) associated with said asset (A);

floor space of a said entity (E) associated with said asset (A); or office space of a said entity (E) associated with said asset (A); and

wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

revenue of a said entity (E) associated with said constituent index asset (IA);

gross revenue of a said entity (E) associated with said constituent index asset (IA);

profitability of a said entity (E) associated with said constituent index asset (IA);

sales of a said entity (E) associated with said constituent index asset (IA);

**16**

total sales of a said entity (E) associated with said constituent index asset (IA);

foreign sales of a said entity (E) associated with said constituent index asset (IA);

domestic sales of a said entity (E) associated with said constituent index asset (IA);

net sales of a said entity (E) associated with said constituent index asset (IA);

gross sales of a said entity (E) associated with said constituent index asset (IA);

profit margin of a said entity (E) associated with said constituent index asset (IA);

operating margin of a said entity (E) associated with said constituent index asset (IA);

retained earnings of a said entity (E) associated with said constituent index asset (IA);

earnings per share of a said entity (E) associated with said constituent index asset (IA);

book value of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for inflation of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for replacement cost of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for liquidation value of a said entity (E) associated with said constituent index asset (IA);

dividends of a said entity (E) associated with said constituent index asset (IA);

assets of a said entity (E) associated with said constituent index asset (IA);

tangible assets of a said entity (E) associated with said constituent index asset (IA);

intangible assets of a said entity (E) associated with said constituent index asset (IA);

fixed assets of a said entity (E) associated with said constituent index asset (IA);

property of a said entity (E) associated with said constituent index asset (IA);

plant of a said entity (E) associated with said constituent index asset (IA);

equipment of a said entity (E) associated with said constituent index asset (IA);

goodwill of a said entity (E) associated with said constituent index asset (IA);

replacement value of assets of a said entity (E) associated with said constituent index asset (IA);

liquidation value of assets of a said entity (E) associated with said constituent index asset (IA);

liabilities of a said entity (E) associated with said constituent index asset (IA);

long term liabilities of a said entity (E) associated with said constituent index asset (IA);

short term liabilities of a said entity (E) associated with said constituent index asset (IA);

net worth of a said entity (E) associated with said constituent index asset (IA);

research and development expense of a said entity (E) associated with said constituent index asset (IA);

accounts receivable of a said entity (E) associated with said constituent index asset (IA);

earnings before interest and tax (EBIT) of a said entity (E) associated with said constituent index asset (IA);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said constituent index asset (IA);

accounts payable of a said entity (E) associated with said constituent index asset (IA);

EXHIBIT 1 Page 69

US 7,792,719 B2

**17**

cost of goods sold (CGS) of a said entity (E) associated with said constituent index asset (IA);

debt ratio of a said entity (E) associated with said constituent index asset (IA);

budget of a said entity (E) associated with said constituent index asset (IA);

capital budget of a said entity (E) associated with said constituent index asset (IA);

cash budget of a said entity (E) associated with said constituent index asset (IA);

direct labor budget of a said entity (E) associated with said constituent index asset (IA);

factory overhead budget of a said entity (E) associated with said constituent index asset (IA);

operating budget of a said entity (E) associated with said constituent index asset (IA);

sales budget of a said entity (E) associated with said constituent index asset (IA);

inventory method of a said entity (E) associated with said constituent index asset (IA);

type of stock offered of a said entity (E) associated with said constituent index asset (IA);

liquidity of a said entity (E) associated with said constituent index asset (IA);

book income of a said entity (E) associated with said constituent index asset (IA);

tax income of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of goodwill of a said entity (E) associated with said constituent index asset (IA);

capitalization of interest of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

capital spending of a said entity (E) associated with said constituent index asset (IA);

cash of a said entity (E) associated with said constituent index asset (IA);

compensation of a said entity (E) associated with said constituent index asset (IA);

employee turnover of a said entity (E) associated with said constituent index asset (IA);

overhead costs of a said entity (E) associated with said constituent index asset (IA);

credit rating of a said entity (E) associated with said constituent index asset (IA);

growth rate of a said entity (E) associated with said constituent index asset (IA);

tax rate of a said entity (E) associated with said constituent index asset (IA);

liquidation value of entity of a said entity (E) associated with said constituent index asset (IA);

capitalization of cash of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

cash flow of a said entity (E) associated with said constituent index asset (IA),

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a measure relating to a demographic attribute of a said entity (E) associated with said constituent index asset (IA);

**18**

a non-financial metric of a said entity (E) associated with said constituent index asset (IA);

a non-market related metric of a said entity (E) associated with said constituent index asset (IA);

number of employees of a said entity (E) associated with said constituent index asset (IA);

floor space of a said entity (E) associated with said constituent index asset (IA); or

office space of a said entity (E) associated with said constituent index asset (IA).

**33**. The analysis host implemented method according to claim **1**, wherein at least one of: said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises a future value of expected cash flow of a said entity (E) associated with said asset (A); or

said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises a future value of expected cash flow of a said entity (E) associated with said constituent index asset (IA).

**34**. The analysis host implemented method according to claim **1**, further comprising: generating a subset of said data to obtain said plurality of said assets (A) and said plurality of said entities (E).

**35**. The analysis host implemented method according to claim **34**, wherein said generating the subset comprises generating a sector.

**36**. The analysis host implemented method according to claim **34**, wherein said generating the subset comprises generating a subcategory of said entities or assets, to obtain said plurality of said entities, or said plurality of said assets.

**37**. The analysis host implemented method according to claim **34**, wherein said generating said subset of said data by the at least one analysis host processor comprises selecting based on at least one of: a metric of liquidity of said assets, or any metric of size of said entities.

**38**. The analysis host implemented method according to claim **37**, wherein said generating said subset of said data by said selecting comprises selecting a subset of said assets or said entities at least one of, before, during, or after said selecting of said (d).

**39**. The analysis host implemented method according to claim **1**, further comprising:

selecting a portion of at least one of said assets or said entities based on any criterion to obtain said plurality of said entities, or said plurality of said assets.

**40**. The analysis host implemented method according to claim **1**, further comprising constructing said index further comprising at least one of:

minimizing trading costs;

minimizing turnover;

minimizing management costs;

avoiding misjudgments in selection;

avoiding following a market bubble;

taking account of classical valuation ratios;

constructing a valuation indifferent index; or

reducing portfolio volatility.

**41**. The computer-implemented method according to claim **1**, further comprising constructing a portfolio based on an index of assets, the method comprising:

f) receiving the index of assets from an index provider, where the index provider previously constructed the index of assets and stored the index of assets on at least one analysis host,

the at least one analysis host comprising at least one processor, and a memory coupled to said at least one processor, wherein said analysis host is configured to:

EXHIBIT 1 Page 70

US 7,792,719 B2

19

access one or more databases storing and permitting retrieval of data (D) about a plurality of entities (E) and a plurality of corresponding assets (A) each issued by or having been issued by at least one of the plurality of entities (E);

receive at least one objective measure of scale (O) regarding one or more of the plurality of the assets or one or more of the plurality of the entities (E) associated with the corresponding assets (A);

retrieve one or more of the data (D) about the plurality of the entities (E) and the corresponding assets (A);

generate a subset of the data to obtain the plurality of the assets (A) or the plurality of the entities (E) based on at least one criterion;

select a selection from the plurality of the assets (A) or the entities (E) to comprise a plurality of constituent index assets (IA) comprising the index of assets (I), wherein said select comprises wherein said analysis host is configured to:

select the one or more data (D) to be a quantitative data (Q) reflecting the amount of the at least one objective measure of scale (O) associated with each of the entities, wherein the at least one objective measure of scale (O) is substantially independent of the market prices (P) of any of the assets (A) and is substantially independent of a market capitalization (MC) of any of the entities (E),

wherein the at least one objective measure of scale (O) comprises a measure of size (SZ) of each the entity (E) associated with each the given asset (A), and wherein the measure of the size (SZ) of each the entity (E) corresponding to each the asset (A) comprises at least one of:

a demographic measure of a the entity (E) associated with the asset (A);

a financial metric of a the entity (E) associated with the asset (A);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a the entity (E) associated with the asset (A);

rank the entities (E) based upon at least one of the quantitative data (Q) associated with the at least one objective measure of scale (O) of each of the entities (E); and

select the selection from the plurality of the assets (A) and the entities to comprise the plurality of constituent index assets (IA) based on the ranking; and

calculate proportional weights for the index of assets to be objective measure of scale weights (OW) substantially independent of the market prices (P) of any of the assets (A) and substantially independent of a market capitalization (MC) of any of the entities (E), wherein said calculate comprises wherein said analysis host is configured to:

add the quantitative data (Q) of each of the at least one objective measure of scale (O) for all of the constituent index assets (IA) to yield a sum total quantitative data (SUMQ) for the at least one objective measure of scale (O); and

determine a relative size of the quantitative data (Q) of a the at least one objective measure of scale (O) for each the constituent index asset (IA) as a proportion of the sum total quantitative data (SUMQ) for the at least one objective measure of scale (O) to yield the objective measure of scale weight (OW)

20

of each of the constituent index assets (IA) comprising the index of assets (I),

wherein the at least one objective measure of scale (O) comprises a measure of size (SZ) of each the entity (E) associated with each the given constituent index asset (IA), and wherein the measure of the size (SZ) of each the entity (E) corresponding to each the constituent index asset (IA) comprises at least one of:

a demographic measure of a the entity (E) associated with the constituent index asset (IA);

a financial metric of a the entity (E) associated with the constituent index asset (IA);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a the entity (E) associated with the constituent index asset (IA);

g) purchasing a portfolio of assets by at least one trading host comprising at least one processor and at least one memory coupled to said at least one processor, said portfolio of assets comprising the plurality of constituent assets of the index of assets in proportion to the constituent weights of the index of assets received; and

h) altering said portfolio of assets by said at least one trading host comprising said at least one processor, when the index of assets received from the index provider changes over time, said altering comprising at least one of:

i) purchasing by said at least one trading host any new constituent assets of the index of assets over time;

ii) purchasing by said at least one trading host any additional constituent assets based on changes in the constituent weights of the constituent assets making up the index of assets over time;

iii) selling by said at least one trading host any previous constituent assets no longer components of the index of assets over time; or

iv) selling by said at least one trading host any previous constituent assets necessitated by changes in the calculated weights of the index of assets over time.

**42**. A system for constructing an index of assets (I), comprising:

at least one analysis host comprising at least one computer processor; and

at least one memory coupled to said at least one processor, wherein said analysis host is configured to:

access by the at least one processor one or more databases storing and permitting retrieval of data (D) about a plurality of entities (E) and a plurality of corresponding assets (A) each issued by or having been issued by at least one of the plurality of entities (E);

receive by the at least one processor at least one objective measure of scale (O) regarding one or more of the plurality of assets (A), or one or more of the plurality of entities (E) associated with said corresponding assets (A);

retrieve by the at least one processor one or more of said data (D) about said plurality of said entities (E) and said corresponding assets (A);

select by the at least one processor a selection from said plurality of said assets (A) or said entities (E) to comprise a plurality of constituent index assets (IA) comprising the index of assets (I), wherein said select comprises wherein said analysis host is configured to:

select by the at least one processor said one or more data (D) to be a quantitative data (Q) reflecting the

EXHIBIT 1 Page 71

US 7,792,719 B2

**21**

amount of said at least one objective measure of scale (O) associated with each of said entities, wherein said at least one objective measure of scale (O) is substantially independent of the market prices (P) of any of said assets (A) and is substantially independent of a market capitalization (MC) of any of said entities (E),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given asset (A), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:

a demographic measure of a said entity (E) associated with said asset (A);

a financial metric of a said entity (E) associated with said asset (A);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said asset (A);

rank by the at least one processor said entities (E) based upon at least one of a said quantitative data (Q) associated with the at least one objective measure of scale (O) of each of said entities (E); and

select by the at least one processor said selection from said plurality of said assets (A) or said entities (E) to comprise said plurality of constituent index assets (IA) based on said ranking; and

calculate by the at least one processor proportional weights for the index of assets to be objective measure of scale weights (OW) substantially independent of the market prices (P) of any of said assets (A) and substantially independent of a market capitalization (MC) of any of said entities (E), wherein said calculate comprises wherein said analysis host is configured to:

add by the at least one processor the quantitative data (Q) of each of said at least one objective measure of scale (O) for all of said constituent index assets (IA) to yield a sum total quantitative data (SUMQ) for said at least one objective measure of scale (O); and

determine by the at least one processor a relative size of the quantitative data (Q) of a said at least one objective measure of scale (O) for each said constituent index asset (IA) as a proportion of said sum total quantitative data (SUMQ) for said at least one objective measure of scale (O) to yield the objective measure of scale weight (OW) of each of the constituent index assets (IA) comprising the index of assets (I),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given constituent index asset (IA), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a financial metric of a said entity (E) associated with said constituent index asset (IA);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said constituent index asset (IA).

**22**

**43**. The system according to claim **42**, wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:

revenue of a said entity (E) associated with said asset (A);

gross revenue of a said entity (E) associated with said asset (A);

profitability of a said entity (E) associated, with said asset (A);

sales of a said entity (E) associated with said asset (A);

total sales of a said entity (E) associated with said asset (A);

foreign sales of a said entity (E) associated with said asset (A);

domestic sales of a said entity (E) associated with said asset (A);

net sales of a said entity (E) associated with said asset (A);

gross sales of a said entity (E) associated with said asset (A);

profit margin of a said entity (E) associated with said asset (A);

operating margin of a said entity (E) associated with said asset (A);

retained earnings of a said entity (E) associated with said asset (A);

earnings per share of a said entity (E) associated with said asset (A);

book value of a said entity (E) associated with said asset (A);

book value adjusted for inflation of a said entity (E) associated with said asset (A);

book value adjusted for replacement cost of a said entity (E) associated with said asset (A);

book value adjusted for liquidation value of a said entity (E) associated with said asset (A);

dividends of a said entity (E) associated with said asset (A);

assets of a said entity (E) associated with said asset (A);

tangible assets of a said entity (E) associated with said asset (A);

intangible assets of a said entity (E) associated with said asset (A);

fixed assets of a said entity (E) associated with said asset (A);

property of a said entity (E) associated with said asset (A);

plant of a said entity (E) associated with said asset (A);

equipment of a said entity (E) associated with said asset (A);

goodwill of a said entity (E) associated with said asset (A);

replacement value of assets of a said entity (E) associated with said asset (A);

liquidation value of assets of a said entity (E) associated with said asset (A);

liabilities of a said entity (E) associated with said asset (A);

long term liabilities of a said entity (E) associated with said asset (A);

short term liabilities of a said entity (E) associated with, said asset (A);

net worth of a said entity (E) associated with said asset (A);

research and development expense of a said entity (E) associated with said asset (A);

accounts receivable of a said entity (E) associated with said asset (A);

earnings before interest and tax (EB IT) of a said entity (E) associated with said asset (A);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said asset (A);

accounts payable of a said entity (E) associated with said asset (A);

EXHIBIT 1 Page 72

US 7,792,719 B2

23

cost of goods sold (CGS) of a said entity (E) associated with said asset (A);

debt ratio of a said entity (E) associated with said asset (A);

budget of a said entity (E) associated with said asset (A);

capital budget of a said entity (E) associated with said asset (A);

cash budget of a said entity (E) associated with said asset (A);

direct labor budget of a said entity (E) associated with said asset (A);

factory overhead budget of a said entity (E) associated with said asset (A);

operating budget of a said entity (E) associated with said asset (A);

sales budget of a said entity (E) associated with said asset (A);

inventory method of a said entity (E) associated with said asset (A);

type of stock offered of a said entity (E) associated with said asset (A);

liquidity of a said entity (E) associated with said asset (A);

book income of a said entity (E) associated with said asset (A);

tax income of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of goodwill of a said entity (E) associated with said asset (A);

capitalization of interest of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

capital spending of a said entity (E) associated with said asset (A);

cash of a said entity (E) associated with said asset (A);

compensation of a said entity (E) associated with said asset (A);

employee turnover of a said entity (E) associated with said asset (A);

overhead costs of a said entity (E) associated with said asset (A);

credit rating of a said entity (E) associated with said asset (A);

growth rate of a said entity (E) associated with said asset (A);

tax rate of a said entity (E) associated with said asset (A);

liquidation value of entity of a said entity (E) associated with said asset (A);

capitalization of cash of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

cash flow of a said entity (E) associated with said asset (A),

a demographic measure of a said entity (E) associated with said asset (A);

a measure relating to a demographic attribute of a said entity (E) associated with said asset (A);

a non-financial metric of a said entity (E) associated with said asset (A);

a non-market related metric of a said entity (E) associated with said asset (A);

number of employees of a said entity (E) associated with said asset (A);

24

floor space of a said entity (E) associated with said asset (A); or

office space of a said entity (E) associated with said asset (A); and

wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

revenue of a said entity (E) associated with said constituent index asset (IA);

gross revenue of a said entity (E) associated with said constituent index asset (IA);

profitability of a said entity (E) associated with said constituent index asset (IA);

sales of a said entity (E) associated with said constituent index asset (IA);

total sales of a said entity (E) associated with said constituent index asset (IA);

foreign sales of a said entity (E) associated with said constituent index asset (IA);

domestic sales of a said entity (E) associated with said constituent index asset (IA);

net sales of a said entity (E) associated with said constituent index asset (IA);

gross sales of a said entity (E) associated with said constituent index asset (IA);

profit margin of a said entity (E) associated with said constituent index asset (IA);

operating margin of a said entity (E) associated with said constituent index asset (IA);

retained earnings of a said entity (E) associated with said constituent index asset (IA);

earnings per share of a said entity (E) associated with said constituent index asset (IA);

book value of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for inflation of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for replacement cost of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for liquidation value of a said entity (E) associated with said constituent index asset (IA);

dividends of a said entity (E) associated with said constituent index asset (IA);

assets of a said entity (E) associated with said constituent index asset (IA);

tangible assets of a said entity (E) associated with said constituent index asset (IA);

intangible assets of a said entity (E) associated with said constituent index asset (IA);

fixed assets of a said entity (E) associated with said constituent index asset (IA);

property of a said entity (E) associated with said constituent index asset (IA);

plant of a said entity (E) associated with said constituent index asset (IA);

equipment of a said entity (E) associated with said constituent index asset (IA);

goodwill of a said entity (E) associated with said constituent index asset (IA);

replacement value of assets of a said entity (E) associated with said constituent index asset (IA);

liquidation value of assets of a said entity (E) associated with said constituent index asset (IA);

liabilities of a said entity (E) associated with said constituent index asset (IA);

long term liabilities of a said entity (E) associated with said constituent index asset (IA);

EXHIBIT 1 Page 73

US 7,792,719 B2

25 26

short term liabilities of a said entity (E) associated with said constituent index asset (IA);

net worth of a said entity (E) associated with said constituent index asset (IA);

research and development expense of a said entity (E) associated with said constituent index asset (IA);

accounts receivable of a said entity (E) associated with said constituent index asset (IA);

earnings before interest and tax (EBIT) of a said entity (E) associated with said constituent index asset (IA);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said constituent index asset (IA);

accounts payable of a said entity (E) associated with said constituent index asset (IA);

cost of goods sold (CGS) of a said entity (E) associated with said constituent index asset (IA);

debt ratio of a said entity (E) associated with said constituent index asset (IA);

budget of a said entity (E) associated with said constituent index asset (IA);

capital budget of a said entity (E) associated with said constituent index asset (IA);

cash budget of a said entity (E) associated with said constituent index asset (IA);

direct labor budget of a said entity (E) associated with said constituent index asset (IA);

factory overhead budget of a said entity (E) associated with said constituent index asset (IA);

operating budget of a said entity (E) associated with said constituent index asset (IA);

sales budget of a said entity (E) associated with said constituent index asset (IA);

inventory method of a said entity (E) associated with said constituent index asset (IA);

type of stock offered of a said entity (E) associated with said constituent index asset (IA);

liquidity of a said entity (E) associated with said constituent index asset (IA);

book income of a said entity (E) associated with said constituent index asset (IA);

tax income of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of goodwill of a said entity (E) associated with said constituent index asset (IA);

capitalization of interest of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

capital spending of a said entity (E) associated with said constituent index asset (IA);

cash of a said entity (E) associated with said constituent index asset (IA);

compensation of a said entity (E) associated with said constituent index asset (IA);

employee turnover of a said entity (E) associated with said constituent index asset (IA);

overhead costs of a said entity (E) associated with said constituent index asset (IA);

credit rating of a said entity (E) associated with said constituent index asset (IA);

growth rate of a said entity (E) associated with said constituent index asset (IA);

tax rate of a said entity (E) associated with said constituent index asset (IA);

liquidation value of entity of a said entity (E) associated with said constituent index asset (IA);

capitalization of cash of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

cash flow of a said entity (E) associated with said constituent index asset (IA),

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a measure relating to a demographic attribute of a said entity (E) associated with said constituent index asset (IA);

a non-financial metric of a said entity (E) associated with said constituent index asset (IA);

a non-market related metric of a said entity (E) associated with said constituent index asset (IA);

number of employees of a said entity (E) associated with said constituent index asset (IA);

floor space of a said entity (E) associated with said constituent index asset (IA); or

office space of a said entity (E) associated with said constituent index asset (IA).

**44**. The system according to claim **42**, wherein at least one of: said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises a future value of expected cash flow of a said entity (E) associated with said asset (A); or said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises a future value of expected cash flow of a said entity (E) associated with said constituent index asset (IA).

**45**. A computer-implemented index construction system, comprising:

at least one analysis host comprising at least one processor; and

at least one memory coupled to said at least one processor, wherein said analysis host is configured to:

access one or more databases storing and permitting retrieval of data (D) about a plurality of entities (E) and a plurality of corresponding assets (A) each issued by or having been issued by at least one of the plurality of entities (E);

receive at least one objective measure of scale (O) regarding one or more of the plurality of said assets, or one or more of the plurality of entities (E) associated with said corresponding assets (A);

retrieve one or more of said data (D) about a plurality of said entities (E) and said corresponding assets (A);

select a selection from said plurality of said assets (A) or said entities (E) to comprise a plurality of constituent index assets (IA) comprising the index of assets (I), wherein said select comprises wherein said analysis host is configured to:

select said one or more data (D) to be a quantitative data (Q) reflecting the amount of said at least one objective measure of scale (O) associated with each of said entities, wherein said at least one objective measure of scale (O) is substantially independent of the market prices (P) of any of said assets (A) and is substantially independent of a market capitalization (MC) of any of said entities (E),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given asset (A), and wherein said measure of the size (SZ) of each

EXHIBIT 1 Page 74

US 7,792,719 B2

**27**

said entity (E) corresponding to each said asset (A) comprises at least one of:

a demographic measure of a said entity (E) associated with said asset (A);

a financial metric of a said entity (E) associated with said asset (A);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said asset (A);

rank said entities (E) based upon at least one of a said quantitative data (Q) associated with the at least one objective measure of scale (O) of each of said entities (E); and

select said selection from said plurality of said assets (A) or said entities (E) to comprise said plurality of constituent index assets (IA) based on said ranking; and

calculate proportional weights for the index of assets to be objective measure of scale weights (OW) substantially independent of the market prices (P) of any of said assets (A) and substantially independent of a market capitalization (MC) of any of said entities (E), wherein said calculate comprises wherein said analysis host is configured to:

add the quantitative data (Q) of each of said at least one objective measure of scale (O) for all of said constituent index assets (IA) to yield a sum total quantitative data (SUMQ) for said at least one objective measure of scale (O); and

determine a relative size of the quantitative data (Q) of a said at least one objective measure of scale (O) for each said constituent index asset (IA) as a proportion of said sum total quantitative data (SUMQ) for said at least one objective measure of scale (O) to yield the objective measure of scale weight (OW) of each of the constituent index assets (IA) comprising the index of assets (I),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given constituent index asset (IA), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a financial metric of a said entity (E) associated with said constituent index asset (IA);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said constituent index asset (IA).

**46**. The computer implemented index construction system according to claim **45**, further comprising:

at least one trading host comprising at least one processor, and at least one memory coupled to said at least one processor, said at least one trading host configured to:

select a plurality of assets for trading according to the index of assets; and

trade one or more of said plurality of assets based on said select or said calculation of weights of the constituent index assets of the index.

**47**. A computer-implemented index construction system according to claim **45**, wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:

revenue of a said entity (E) associated with said asset (A);

**28**

gross revenue of a said entity (E) associated with said asset (A);

profitability of a said entity (E) associated with said asset (A);

sales of a said entity (E) associated with said asset (A);

total sales of a said entity (E) associated with said asset (A);

foreign sales of a said entity (E) associated with said asset (A);

domestic sales of a said entity (E) associated with said asset (A);

net sales of a said entity (E) associated with said asset (A);

gross sales of a said entity (E) associated with said asset (A);

profit margin of a said entity (E) associated with said asset (A);

operating margin of a said entity (E) associated with said asset (A);

retained earnings of a said entity (E) associated with said asset (A);

earnings per share of a said entity (E) associated with said asset (A);

book value of a said entity (E) associated with said asset (A);

book value adjusted for inflation of a said entity (E) associated with said asset (A);

book value adjusted for replacement cost of a said entity (E) associated with said asset (A);

book value adjusted for liquidation value of a said entity (E) associated with said asset (A);

dividends of a said entity (E) associated with said asset (A);

assets of a said entity (E) associated with said asset (A);

tangible assets of a said entity (E) associated with said asset (A);

intangible assets of a said entity (E) associated with said asset (A);

fixed assets of a said entity (E) associated with said asset (A);

property of a said entity (E) associated with said asset (A);

plant of a said entity (E) associated with said asset (A);

equipment of a said entity (E) associated with said asset (A);

goodwill of a said entity (E) associated with said asset (A);

replacement value of assets of a said entity (E) associated with said asset (A);

liquidation value of assets of a said entity (E) associated with said asset (A);

liabilities of a said entity (E) associated with said asset (A);

long term liabilities of a said entity (E) associated with said asset (A);

short term liabilities of a said entity (E) associated with said asset (A);

net worth of a said entity (E) associated with said asset (A);

research and development expense of a said entity (E) associated with said asset (A);

accounts receivable of a said entity (E) associated with said asset (A);

earnings before interest and tax (EBIT) of a said entity (E) associated with said asset (A);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said asset (A);

accounts payable of a said entity (E) associated with said asset (A);

cost of goods sold (CGS) of a said entity (E) associated with said asset (A);

debt ratio of a said entity (E) associated with said asset (A);

budget of a said entity (E) associated with said asset (A);

EXHIBIT 1 Page 75

US 7,792,719 B2

29

capital budget of a said entity (E) associated with said asset (A);

cash budget of a said entity (E) associated with said asset (A);

direct labor budget of a said entity (E) associated with said asset (A);

factory overhead budget of a said entity (E) associated with said asset (A);

operating budget of a said entity (E) associated with said asset (A);

sales budget of a said entity (E) associated with said asset (A);

inventory method of a said entity (E) associated with said asset (A);

type of stock offered of a said entity (E) associated with said asset (A);

liquidity of a said entity (E) associated with said asset (A);

book income of a said entity (E) associated with said asset (A);

tax income of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of goodwill of a said entity (E) associated with said asset (A);

capitalization of interest of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

capital spending of a said entity (E) associated with said asset (A);

cash of a said entity (E) associated with said asset (A);

compensation of a said entity (E) associated with said asset (A);

employee turnover of a said entity (E) associated with said asset (A);

overhead costs of a said entity (E) associated with said asset (A);

credit rating of a said entity (E) associated with said asset (A);

growth rate of a said entity (E) associated with said asset (A);

tax rate of a said entity (E) associated with said asset (A);

liquidation value of entity of a said entity (E) associated with said asset (A);

capitalization of cash of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

cash flow of a said entity (E) associated with said asset (A),

a demographic measure of a said entity (E) associated with said asset (A);

a measure relating to a demographic attribute of a said entity (E) associated with said asset (A);

a non-financial metric of a said entity (E) associated with said asset (A);

a non-market related metric of a said entity (E) associated with said asset (A);

number of employees of a said entity (E) associated with said asset (A);

floor space of a said entity (E) associated with said asset (A); or office space of a said entity (E) associated with said asset (A); and

30

wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

revenue of a said entity (E) associated with said constituent index asset (IA);

gross revenue of a said entity (E) associated with said constituent index asset (IA);

profitability of a said entity (E) associated with said constituent index asset (IA);

sales of a said entity (E) associated with said constituent index asset (IA);

total sales of a said entity (E) associated with said constituent index asset (IA);

foreign sales of a said entity (E) associated with said constituent index asset (IA);

domestic sales of a said entity (E) associated with said constituent index asset (IA);

net sales of a said entity (E) associated with said constituent index asset (IA);

gross sales of a said entity (E) associated with said constituent index asset (IA);

profit margin of a said entity (E) associated with said constituent index asset (IA);

operating margin of a said entity (E) associated with said constituent index asset (IA);

retained earnings of a said entity (E) associated with said constituent index asset (IA);

earnings per share of a said entity (E) associated with said constituent index asset (IA);

book value of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for inflation of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for replacement cost of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for liquidation value of a said entity (E) associated with said constituent index asset (IA);

dividends of a said entity (E) associated with said constituent index asset (IA);

assets of a said entity (E) associated with said constituent index asset (IA);

tangible assets of a said entity (E) associated with said constituent index asset (IA);

intangible assets of a said entity (E) associated with said constituent index asset (IA);

fixed assets of a said entity (E) associated with said constituent index asset (IA);

property of a said entity (E) associated with said constituent index asset (IA);

plant of a said entity (E) associated with said constituent index asset (IA);

equipment of a said entity (E) associated with said constituent index asset (IA);

goodwill of a said entity (E) associated with said constituent index asset (IA);

replacement value of assets of a said entity (E) associated with said constituent index asset (IA);

liquidation value of assets of a said entity (E) associated with said constituent index asset (IA);

liabilities of a said entity (E) associated with said constituent index asset (IA);

long term liabilities of a said entity (E) associated with said constituent index asset (IA);

short term liabilities of a said entity (E) associated with said constituent index asset (IA);

net worth of a said entity (E) associated with said constituent index asset (IA);

EXHIBIT 1 Page 76

**31**

research and development expense of a said entity (E) associated with said constituent index asset (IA);

accounts receivable of a said entity (E) associated with said constituent index asset (IA);

earnings before interest and tax (EBIT) of a said entity (E) associated with said constituent index asset (IA);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said constituent index asset (IA);

accounts payable of a said entity (E) associated with said constituent index asset (IA);

cost of goods sold (CGS) of a said entity (E) associated with said constituent index asset (IA);

debt ratio of a said entity (E) associated with said constituent index asset (IA);

budget of a said entity (E) associated with said constituent index asset (IA);

capital budget of a said entity (E) associated with said constituent index asset (IA);

cash budget of a said entity (E) associated with said constituent index asset (IA);

direct labor budget of a said entity (E) associated with said constituent index asset (IA);

factory overhead budget of a said entity (E) associated with said constituent index asset (IA);

operating budget of a said entity (E) associated with said constituent index asset (IA);

sales budget of a said entity (E) associated with said constituent index asset (IA);

inventory method of a said entity (E) associated with said constituent index asset (IA);

type of stock offered of a said entity (E) associated with said constituent index asset (IA);

liquidity of a said entity (E) associated with said constituent index asset (IA);

book income of a said entity (E) associated with said constituent index asset (IA);

tax income of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of goodwill of a said entity (E) associated with said constituent index asset (IA);

capitalization of interest of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

capital spending of a said entity (E) associated with said constituent index asset (IA);

cash of a said entity (E) associated with said constituent index asset (IA);

compensation of a said entity (E) associated with said constituent index asset (IA);

employee turnover of a said entity (E) associated with said constituent index asset (IA);

overhead costs of a said entity (E) associated with said constituent index asset (IA);

credit rating of a said entity (E) associated with said constituent index asset (IA);

growth rate of a said entity (E) associated with said constituent index asset (IA);

tax rate of a said entity (E) associated with said constituent index asset (IA);

liquidation value of entity of a said entity (E) associated with said constituent index asset (IA);

capitalization of cash of a said entity (E) associated with said constituent index asset (IA);

**32**

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

cash flow of a said entity (E) associated with said constituent index asset (IA),

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a measure relating to a demographic attribute of a said entity (E) associated with said constituent index asset (IA); 1

a non-financial metric of a said entity (E) associated with said constituent index asset (IA);

a non-market related metric of a said entity (E) associated with said constituent index asset (IA);

number of employees of a said entity (E) associated with said constituent index asset (IA);

floor space of a said entity (E) associated with said constituent index asset (IA); or

office space of a said entity (E) associated with said constituent index asset (IA).

**48**. The computer-implemented index construction system according to claim **45**, wherein at least one of:

said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises a future value of expected cash flow of a said entity (E) associated with said asset (A); or

said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises a future value of expected cash flow of a said entity (E) associated with said constituent index asset (IA).

**49**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises at least one of a stock; a commodity; a futures contract; a bond; a municipal bond; a corporate bond; a mutual fund; a hedge fund; a fund of funds; an exchange traded fund (ETF); or a derivative.

**50**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a stock.

**51**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a commodity.

**52**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a futures contract.

**53**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a bond.

**54**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a mutual fund.

**55**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a hedge fund.

**56**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a fund of funds.

**57**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises an exchange traded fund (ETF).

**58**. The computer-implemented index construction system according to claim **45**, wherein each of said assets comprises a derivative.

**59**. The computer-implemented index construction system according to claim **45**, wherein said calculate comprises

EXHIBIT 1 Page 77

US 7,792,719 B2

**33**

wherein said analysis host is configured to perform a negative weighting on any of said assets.

**60**. The computer-implemented index construction system according to claim **59**, wherein said analysis host is configured to perform said negative weighting comprises wherein said analysis host is configured to at least one of: establish or measure performance, for at least one of: any security; a portfolio; a hedge fund; or at least one of: a long or a short position.

**61**. The computer-implemented index construction system according to claim **45**, wherein said objective measure of scale comprises a measure relating to at least one of an underlying attribute of one of the assets, or the entity associated with the asset.

**62**. The computer-implemented index construction system according to claim **45**, wherein said entity comprises at least one of: a company; a municipality; a municipality issuing bonds; a country; or an issuer of the asset.

**63**. The computer-implemented index construction system according to claim **45**, wherein said objective measure of scale comprises at least one of: a mathematical transformation of at least one objective measure of scale, or a ratio of any combination of objective measures of scale relating to said assets or said entities.

**64**. The computer-implemented index construction system according to claim **63**, wherein said ratio of said any combination of said objective measures of scale comprises at least one of:

a current ratio,

a debt ratio,

a overhead expense as a percent of sales, or

a debt service burden ratio.

**65**. The computer-implemented index construction system according to claim **45**, wherein said calculate comprises wherein said analysis host is configured to weight based on said objective measure of scale; wherein said objective measure of scale comprises an economic indicator.

**66**. The computer-implemented index construction system according to claim **45**, wherein said objective measure of scale comprises a measure tied to a particular geography associated with the assets.

**67**. The computer-implemented index construction system according to claim **45**, further comprising wherein said analysis host is configured to construct a portfolio of assets based upon the index of assets (I).

**68**. The computer-implemented index construction system of claim **67**, wherein the portfolio of assets comprises at least one of:

a fund;

a mutual fund;

a fund of funds;

an asset account;

an exchange traded fund (ETF);

a separate account;

a pooled trust; or

a limited partnership.

**69**. The computer-implemented index construction system according to claim **67**, further comprising wherein said analysis host is configured to:

select the portfolio of assets for trading according to the index of assets (I); and

trade via at least one trading host processor one or more of said portfolio of assets based on said selecting or said weighting of the constituent index assets (IA) of the index of assets (I).

**70**. The computer-implemented index construction system according to claim **69**, wherein said analysis host is config-

**34**

ured to trade comprises wherein said analysis host is configured to rebalance the portfolio of assets based on the index of assets (I).

**71**. The computer-implemented index construction system according to claim **70**, wherein said analysis host is configured to rebalance on a periodic basis.

**72**. The computer-implemented index construction system according to claim **70**, wherein said analysis host is configured to rebalance based upon the constituent index assets (IA) crossing a threshold value.

**73**. The computer-implemented index construction system according to claim **69**, further comprising wherein said analysis host is configured to:

apply one or more rules associated with the index of assets (I).

**74**. The computer-implemented index construction system according to claim **45**, wherein the index construction system is used for at least one of: investment management; or investment portfolio benchmarking.

**75**. The computer-implemented index construction system of claim **45**, wherein the index construction system further comprises wherein said analysis host is configured to enhance valuation indifferent non-capitalization weighted index investing, comprising wherein said analysis host is configured to:

construct a portfolio of assets in a fashion in which at least one of: holdings; performance; or characteristics, are substantially similar to the index of assets (I).

**76**. The computer-implemented index construction system according to claim **45**, wherein said access comprises wherein said analysis host is configured to: gather data about at least one of the plurality of assets or the plurality of entities using computerized databases.

**77**. The computer-implemented index construction system according to claim **45**, wherein said objective measure of scale comprises a non-financial metric.

**78**. The computer-implemented index construction system according to claim **45**, wherein the system comprises at least one of: a passive investing system; an active investing system; or an enhanced type of active investing system.

**79**. The computer-implemented index construction system according to claim **45**, further comprising wherein said analysis host is configured to:

generate a subset of said data to obtain said plurality of said assets (A) and said plurality of said entities (E).

**80**. The computer-implemented index construction system according to claim **79**, wherein said analysis host is configured to generate the subset comprises wherein said analysis host is configured to generate a sector.

**81**. The computer-implemented index construction system according to claim **79**, wherein said analysis host is configured to generate the subset comprises wherein said analysis host is configured to generate a subcategory.

**82**. The computer-implemented index construction system according to claim **45**, further comprising wherein said analysis host is configured to:

select a portion of at least one of said assets or said entities based on any criterion to obtain said plurality of said entities or said plurality of said assets.

**83**. The computer-implemented index construction system according to claim **45**, further comprising wherein said analysis host is configured to construct said index further comprising wherein said analysis host is configured to at least one of:

minimize trading costs;

minimize turnover;

minimize management costs;

avoid misjudgments in selection;

EXHIBIT 1 Page 78

US 7,792,719 B2

35

36

avoid following a market bubble;
take account of classical valuation ratios;
construct a valuation indifferent index; or
reduce portfolio volatility.

**84**. The system according to claim **45**, wherein said analysis host is configured to select comprises wherein said analysis host is configured to select based on at least one of a liquidity of said assets or any metric of size of said entities.

**85**. A computer program product embodied on a machine readable storage medium that provides instructions which when executed by at least one analysis host processor, causes said at least one analysis host processor to perform operations comprising a method of constructing an index of assets, the method comprising:

(a) accessing by the at least one analysis host processor of one or more databases storing and permitting retrieval of data (D) about a plurality of entities (E) and a plurality of corresponding assets (A) each issued by or having been issued by at least one of the plurality of entities (E);

(b) receiving by the at least one analysis host processor at least one objective measure of scale (O) regarding one or more of the plurality of said assets, or one or more of the plurality of entities (E) associated with said corresponding assets (A);

(c) retrieving by the at least one analysis host processor one or more of said data (D) about said plurality of said entities (E) and said corresponding assets (A);

(d) selecting by the at least one analysis host processor a selection from said plurality of said assets (A) or said entities (E) to comprise a plurality of constituent index assets (IA) comprising the index of assets (I), wherein said selecting comprises:

(i) selecting by the at least one analysis host processor said one or more data (D) to be a quantitative data (Q) reflecting the amount of said at least one objective measure of scale (O) associated with each of said entities, wherein said at least one objective measure of scale (O) is substantially independent of the market prices (P) of any of said assets (A) and is substantially independent of a market capitalization (MC) of any of said entities (E),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given asset (A), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:

a demographic measure of a said entity (E) associated with said asset (A);

a financial metric of a said entity (E) associated with said asset (A);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said asset (A);

(ii) ranking by the at least one analysis host processor said entities (E) based upon at least one of a said quantitative data (Q) associated with the at least one objective measure of scale (O) of each of said entities (E); and

(iii) selecting by the at least one analysis host processor said selection from said plurality of said assets (A) or said entities (E) to comprise said plurality of constituent index assets (IA) based on said ranking; and

(e) calculating by the at least one analysis host processor proportional weights for the index of assets to be objective measure of scale weights (OW) substantially independent of the market prices (P) of any of said assets (A) and substantially independent of a market capitalization (MC) of any of said entities (E), wherein said calculating comprises:

(i) adding by the at least one analysis host processor the quantitative data (Q) of each of said at least one objective measure of scale (O) for all of said constituent index assets (IA) to yield a sum total quantitative data (SUMQ) for said at least one objective measure of scale (O); and

(ii) determining by the at least one analysis host processor a relative size of the quantitative data (Q) of a said at least one objective measure of scale (O) for each said constituent index asset (IA) as a proportion of said sum total quantitative data (SUMQ) for said at least one objective measure of scale (O) to yield the objective measure of scale weight (OW) of each of the constituent index assets (IA) comprising the index of assets (I),

wherein said at least one objective measure of scale (O) comprises a measure of size (SZ) of each said entity (E) associated with each said given constituent index asset (IA), and wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

a demographic measure of a said entity (E) associated with said constituent index asset (IA);

a financial metric of a said entity (E) associated with said constituent index asset (IA);

a metric from information disclosures of a publicly traded entity; or

a metric from information about a said entity (E) associated with said constituent index asset (IA).

**86**. The computer program product embodied on a machine readable storage medium of claim **85**, the method further comprising:

selecting a plurality of assets for trading according to the index of assets; and

trading one or more of said plurality of assets based on said selecting or said calculating of said objective measure of scale weights of the constituent index assets of the index.

**87**. The computer program product embodied on a machine readable storage medium according to claim **85**, wherein said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises at least one of:

revenue of a said entity (E) associated with said asset (A);

gross revenue of a said entity (E) associated with said asset (A);

profitability of a said entity (E) associated with said asset (A);

sales of a said entity (E) associated with said asset (A);

total sales of a said entity (E) associated with said asset (A);

foreign sales of a said entity (E) associated with said asset (A);

domestic sales of a said entity (E) associated with said asset (A);

net sales of a said entity (E) associated with said asset (A);

gross sales of a said entity (E) associated with said asset (A);

profit margin of a said entity (E) associated with said asset (A);

operating margin of a said entity (E) associated with said asset (A);

retained earnings of a said entity (E) associated with said asset (A);

earnings per share of a said entity (E) associated with said asset (A);

EXHIBIT 1 Page 79

**37**

book value of a said entity (E) associated with said asset (A);

book value adjusted for inflation of a said entity (E) associated with said asset (A);

book value adjusted for replacement cost of a said entity (E) associated with said asset (A);

book value adjusted for liquidation value of a said entity (E) associated with said asset (A);

dividends of a said entity (E) associated with said asset (A);

assets of a said entity (E) associated with said asset (A);

tangible assets of a said entity (E) associated with said asset (A);

intangible assets of a said entity (E) associated with said asset (A);

fixed assets of a said entity (E) associated with said asset (A);

property of a said entity (E) associated with said asset (A);

plant of a said entity (E) associated with said asset (A);

equipment of a said entity (E) associated with said asset (A);

goodwill of a said entity (E) associated with said asset (A);

replacement value of assets of a said entity (E) associated with said asset (A);

liquidation value of assets of a said entity (E) associated with said asset (A);

liabilities of a said entity (E) associated with said asset (A);

long term liabilities of a said entity (E) associated with said asset (A);

short term liabilities of a said entity (E) associated with said asset (A);

net worth of a said entity (E) associated with said asset (A);

research and development expense of a said entity (E) associated with said asset (A);

accounts receivable of a said entity (E) associated with said asset (A);

earnings before interest and tax (EBIT) of a said entity (E) associated with said asset (A);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said asset (A);

accounts payable of a said entity (E) associated with said asset (A);

cost of goods sold (CGS) of a said entity (E) associated with said asset (A);

debt ratio of a said entity (E) associated with said asset (A);

budget of a said entity (E) associated with said asset (A);

capital budget of a said entity (E) associated with said asset (A);

cash budget of a said entity (E) associated with said asset (A);

direct labor budget of a said entity (E) associated with said asset (A);

factory overhead budget of a said entity (E) associated with said asset (A);

operating budget of a said entity (E) associated with said asset (A);

sales budget of a said entity (E) associated with said asset (A);

inventory method of a said entity (E) associated with said asset (A);

type of stock offered of a said entity (E) associated with said asset (A);

liquidity of a said entity (E) associated with said asset (A);

book income of a said entity (E) associated with said asset (A);

tax income of a said entity (E) associated with said asset (A);

**38**

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of goodwill of a said entity (E) associated with said asset (A);

capitalization of interest of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

capital spending of a said entity (E) associated with said asset (A);

cash of a said entity (E) associated with said asset (A);

compensation of a said entity (E) associated with said asset (A);

employee turnover of a said entity (E) associated with said asset (A);

overhead costs of a said entity (E) associated with said asset (A);

credit rating of a said entity (E) associated with said asset (A);

growth rate of a said entity (E) associated with said asset (A);

tax rate of a said entity (E) associated with said asset (A);

liquidation value of entity of a said entity (E) associated with said asset (A);

capitalization of cash of a said entity (E) associated with said asset (A);

capitalization of earnings of a said entity (E) associated with said asset (A);

capitalization of revenue of a said entity (E) associated with said asset (A);

cash flow of a said entity (E) associated with said asset (A),

a demographic measure of a said entity (E) associated with said asset (A);

a measure relating to a demographic attribute of a said entity (E) associated with said asset (A);

a non-financial metric of a said entity (E) associated with said asset (A);

a non-market related metric of a said entity (E) associated with said asset (A);

number of employees of a said entity (E) associated with said asset (A);

floor space of a said entity (E) associated with said asset (A); or

office space of a said entity (E) associated with said asset (A); and

wherein said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises at least one of:

revenue of a said entity (E) associated with said constituent index asset (IA);

gross revenue of a said entity (E) associated with said constituent index asset (IA);

profitability of a said entity (E) associated with said constituent index asset (IA);

sales of a said entity (E) associated with said constituent index asset (IA);

total sales of a said entity (E) associated with said constituent index asset (IA);

foreign sales of a said entity (E) associated with said constituent index asset (IA);

domestic sales of a said entity (E) associated with said constituent index asset (IA)

net sales of a said entity (E) associated with said constituent index asset (IA);

gross sales of a said entity (E) associated with said constituent index asset (IA);

EXHIBIT 1 Page 80

US 7,792,719 B2

**39**

profit margin of a said entity (E) associated with said constituent index asset (IA);

operating margin of a said entity (E) associated with said constituent index asset (IA);

retained earnings of a said entity (E) associated with said constituent index asset (IA);

earnings per share of a said entity (E) associated with said constituent index asset (IA);

book value of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for inflation of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for replacement cost of a said entity (E) associated with said constituent index asset (IA);

book value adjusted for liquidation value of a said entity (E) associated with said constituent index asset (IA);

dividends of a said entity (E) associated with said constituent index asset (IA);

assets of a said entity (E) associated with said constituent index asset (IA);

tangible assets of a said entity (E) associated with said constituent index asset (IA);

intangible assets of a said entity (E) associated with said constituent index asset (IA);

fixed assets of a said entity (E) associated with said constituent index asset (IA);

property of a said entity (E) associated with said constituent index asset (IA);

plant of a said entity (E) associated with said constituent index asset (IA);

equipment of a said entity (E) associated with said constituent index asset (IA);

goodwill of a said entity (E) associated with said constituent index asset (IA);

replacement value of assets of a said entity (E) associated with said constituent index asset (IA);

liquidation value of assets of a said entity (E) associated with said constituent index asset (IA);

liabilities of a said entity (E) associated with said constituent index asset (IA);

long term liabilities of a said entity (E) associated with said constituent index asset (IA);

short term liabilities of a said entity (E) associated with said constituent index asset (IA);

net worth of a said entity (E) associated with said constituent index asset (IA);

research and development expense of a said entity (E) associated with said constituent index asset (IA);

accounts receivable of a said entity (E) associated with said constituent index asset (IA);

earnings before interest and tax (EBIT) of a said entity (E) associated with said constituent index asset (IA);

earnings before interest, taxes, dividends, and amortization (EBITDA) of a said entity (E) associated with said constituent index asset (IA);

accounts payable of a said entity (E) associated with said constituent index asset (IA);

cost of goods sold (CGS) of a said entity (E) associated with said constituent index asset (IA);

debt ratio of a said entity (E) associated with said constituent index asset (IA);

budget of a said entity (E) associated with said constituent index asset (IA);

capital budget of a said entity (E) associated with said constituent index asset (IA);

cash budget of a said entity (E) associated with said constituent index asset (IA);

**40**

direct labor budget of a said entity (E) associated with said constituent index asset (IA);

factory overhead budget of a said entity (E) associated with said constituent index asset (IA);

operating budget of a said entity (E) associated with said constituent index asset (IA);

sales budget of a said entity (E) associated with said constituent index asset (IA);

inventory method of a said entity (E) associated with said constituent index asset (IA);

type of stock offered of a said entity (E) associated with said constituent index asset (IA);

liquidity of a said entity (E) associated with said constituent index asset (IA);

book income of a said entity (E) associated with said constituent index asset (IA);

tax income of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of goodwill of a said entity (E) associated with said constituent index asset (IA);

capitalization of interest of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

capital spending of a said entity (E) associated with said constituent index asset (IA);

cash of a said entity (E) associated with said constituent index asset (IA);

compensation of a said entity (E) associated with said constituent index asset (IA);

employee turnover of a said entity (E) associated with said constituent index asset (IA);

overhead costs of a said entity (E) associated with said constituent index asset (IA);

credit rating of a said entity (E) associated with said constituent index asset (IA);

growth rate of a said entity (E) associated with said constituent index asset (IA);

tax rate of a said entity (E) associated with said constituent index asset (IA);

liquidation value of entity of a said entity (E) associated with said constituent index asset (IA);

capitalization of cash of a said entity (E) associated with said constituent index asset (IA);

capitalization of earnings of a said entity (E) associated with said constituent index asset (IA);

capitalization of revenue of a said entity (E) associated with said constituent index asset (IA);

cash flow of a said entity (E) associated with said constituent index asset (IA),

a demographic measure of a said entity (E) associated with said constituent index asset (IA),

a measure relating to a demographic attribute of a said entity (E) associated with said constituent index asset (IA);

a non-financial metric of a said entity (E) associated with said constituent index asset (IA);

a non-market related metric of a said entity (E) associated with said constituent index asset (IA);

number of employees of a said entity (E) associated with said constituent index asset (IA);

floor space of a said entity (E) associated with said constituent index asset (IA); or

office space of a said entity (E) associated with said constituent index asset (IA).

EXHIBIT 1 Page 81

US 7,792,719 B2

41

**88**. The computer program product embodied on a machine readable storage medium according to claim **85**, wherein at least one of:

said measure of the size (SZ) of each said entity (E) corresponding to each said asset (A) comprises a future value of expected cash flow of a said entity (E) associated with said asset (A); or

42

said measure of the size (SZ) of each said entity (E) corresponding to each said constituent index asset (IA) comprises a future value of expected cash flow of a said entity (E) associated with said constituent index asset (IA).

* * * * *

EXHIBIT 1 Page 82