Peter J. Wied (SBN 198475)
pwied@goodwinprocter.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500 / Fax: 213.623.1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RESEARCH AFFILIATES, LLC,, PLAINTIFF(S) v. WISDOM TREE INVESTMENTS, INC., WISDOM TREE TRUST, WISDOM TREE ASSET MANAGEMENT, INC., WISDOM TREE RETIREMENT SERVICES, INC., MELLON CAPITAL MANAGEMENT CORP., AND ALPS DISTRIBUTORS, INC., DEFENDANT(S). | CASE NUMBER: SACV11-01846 DOC (ANx) **NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND STRIKE INEQUITABLE CONDUCT PLEADINGS; EXHIBITS 1-8; 10 AND 12 TO THE DECLARATION OF PETER J. WIED; APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

September 24, 2012
Date

/s/ Peter Wied
Peter Wied
Party Represented: Wisdom Tree Investments, Inc., Wisdom Tree Trust, Wisdom Tree Asset Management, Inc., Wisdom Tree Retirement Services, Inc., Mellon Capital Management Corp., and ALPS Distributors, Inc.,

*Note: File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)  **NOTICE OF MANUAL FILING**


American LegalNet, Inc.
www.FormsWorkFlow.com